IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, et al., | |
| **Plaintiffs,** | |
| v. | 8:10-cv-00318-LSC-FG3 |
| JBS US, LLC, f/k/a JBS SWIFT & CO., a/k/a SWIFT BEEF COMPANY, | ORDER |
| **Defendant.** | |

    This matter is before the court on the motion to intervene as plaintiffs (Doc. 28) filed by 49 individuals who allege they are "persons aggrieved and adversely affected by the unlawful employment practices" of the defendant. *See* 42 U.S.C. 2000e-5(f)(1). The court has reviewed the "Intervenors' Complaint" that was submitted with the motion. The EEOC did not respond to the motion. Upon counsel's representation that the defendant does not object to the proposed intervention, and pursuant to Fed. R. Civ. P. 24(a)(1), the court finds that the motion should be granted.

    **IT IS ORDERED:**

    1.   The Motion to Intervene (Doc. 28) is granted.

    2.   To maintain clarity of the record, the intervenor plaintiffs shall electronically file their "Intervenors' Complaint" as a separate document, and shall effect service, as appropriate, no later than **January 25, 2011.**

    DATED December 22, 2010.

                                                    BY THE COURT:

                                                  s/ F.A. Gossett, III
                                                  **United States Magistrate Judge**