IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | 8:10CV318 |
| V. | ) ) ) | |
| JBS USA, LLC, | ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the court on Plaintiff-Intervenors' Unopposed Motion to Amend to Add Additional Intervenors (filing 95). The motion will be granted.

**IT IS ORDERED:**

1. Plaintiff-Intervenors' Unopposed Motion to Amend to Add Additional Intervenors (filing 95) is granted. Yasin Ahmed, Yusuf Dulane and Abdirizaq Abdulle shall be allowed to join as Plaintiff-Intervenors in this case.

2. Plaintiff-Intervenors' First Amended Complaint shall be filed on or before August 3, 2011.

3. Upon the filing of Plaintiff-Intervenors' First Amended Complaint, the Clerk of Court is directed to modify the name of Plaintiff-Intervenor, Sutra Otad, to Sugra Olad and; additionally, change the name of Plaintiff-Intervenor, Ambiya K. Roble, to Asli Abdille Abdullahi on the case caption. This change will be reflected on Plaintiff-Intervenors' First Amended Complaint.

4. As requested by Plaintiff-Intervenors, the Clerk of Court is further directed to remove Amina Mohamed as a Plaintiff-Intervenor in this case.

**DATED August 1, 2011.**

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge