IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | 8:10CV318 |
| V. | ) ) | |
| JBS USA, LLC, | ) ) | ORDER |
| Defendant. | ) ) | |

On September 9, 2011, Plaintiff filed a motion for a protective order (filing 113). The motion requests an order barring Defendant from taking a Rule 30(b)(6) deposition of the Nebraska Equal Opportunity Commission ("NEOC") and a Rule 30(b)(6) deposition of the EEOC. Today, the NEOC filed a motion requesting that the subpoena served upon it be quashed (filing 120). Given the date of the depositions at issue, currently scheduled for October 3 and 4, 2011, an accelerated briefing schedule is necessary.

Accordingly,

**IT IS ORDERED:**

1. Briefs opposing Plaintiff's motion for protective order (filing 113) and the NEOC's motion to quash (filing 120) shall be submitted no later than September 22, 2011.

2. Reply briefs must be submitted no later than September 26, 2011.

**DATED September 15, 2011.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**