# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) Case No. 8:10CV00318 ) |
| Plaintiff, | ) ) |
| ABDI MOHAMED, et al., | ) ORDER GRANTING THE PARTIES' ) JOINT MOTION TO AMEND THE ) ORDER FOR INITIAL PROGRESSION |
| Plaintiff/Interveners, | ) OF CASE PHASE I TO ALLOW ) TIME TO MEDIATE AND COMPLETE ) DISCOVERY IF MEDIATION IS NOT ) SUCCESSFUL |
| FARHAN ABDI, et al., | ) |
| Plaintiff/Intervenors, | ) ) |
| JBS USA, LLC, f/k/a JBS SWIFT & CO., a/k/a SWIFT BEEF COMPANY, | ) ) ) |
| Defendant. | ) |

This case is before the court on the parties' Joint Motion to Amend (#201). For good cause shown,

IT IS ORDERED: The Initial Progression Order (Doc 77) is amended as follows:

| | |
|---|---|
| June 15, 2012: | Plaintiffs' expert reports |
| July 15, 2012: | Defendant's expert reports |
| August 1, 2012: | Plaintiffs' rebuttal expert reports |
| August 31, 2012: | Discovery cutoff |
| September 30, 2012: | Dispositive motion cutoff |
| February, 2013: | Ready for Phase I trial. |

Dated this 23rd day of March 2012.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge