## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | Case No. 8:10CV00318 |
| **Plaintiff,** | |
| | **ORDER** |
| **ABDI MOHAMED, et al.,** | |
| **Plaintiff/Interveners,** | |
| **FARHAN ABDI, et al.,** | |
| **Plaintiff/Intervenors,** | |
| **JBS USA, LLC, f/k/a JBS SWIFT & CO., a/k/a SWIFT BEEF COMPANY,** | |
| **Defendant.** | |

For good cause shown in the parties' joint motion (filing 265),

**IT IS ORDERED** that certain deadlines in the Court's Order Setting Final Schedule for Progression of Phase I Case (filing 228) are amended as follows:

A. October 31, 2012:  Completion of Wesley Batista deposition if such deposition is not barred by the Court;

B. September 15, 2012:  Completion of all other depositions;

C. October 15, 2012:  Filing of summary judgment motions;

D. October 15, 2012:  Filing of motions in limine regarding expert testimony.

**DATED August 15, 2012.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**