IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT** | ) | |
| **OPPORTUNITY COMMISSION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:10CV318** |
| | ) | |
| **V.** | ) | |
| | ) | |
| **JBS USA, LLC,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

Plaintiff Equal Opportunity Commission (the "EEOC") has moved the Court for an order extending the deadline for the parties to file motions in limine challenging the admissibility of expert testimony at trial (filing 298). The EEOC requests that the deadline be extended to February 27, 2013. The Court finds that an extension is appropriate, but that the length of the extension requested is unacceptable.

Accordingly,

**IT IS ORDERED** that the EEOC's Unopposed Motion to Extend Deadline to File Motions in Limine Regarding Experts (filing 298) is granted, in part. The parties shall file motions in limine challenging the admissibility of expert testimony by or before December 17, 2012.

**DATED October 2, 2012.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**