# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | 8:10CV318 |
| V. | ) ) | |
| JBS USA, LLC, | ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court on Plaintiff and Plaintiff/Intervenors' Motion to Reconsider (filing 315). Plaintiff and Plaintiff/Intervenors request that the undersigned reconsider a portion of the order entered on October 29, 2012 (filing 311), which denied Defendant's motion for a protective order barring the deposition of Wesley Batista ("Batista"). Plaintiff and Plaintiff/Intervenors' motion to reconsider further requests that the undersigned clarify whether Plaintiff/Intervenors can participate in Batista's deposition given the previous ruling (filing 296) that Plaintiff/Intervenors may not participate in Phase I of this proceeding.

Defendant argues that the motion to reconsider is premature because Defendant plans on filing an objection to the order denying Defendant's motion for a protective order. Defendant further suggests that the request for clarification is premature given the objection pending on the undersigned's order precluding Plaintiff/Intervenors from participating in Phase I of this proceeding. (Filing 305.) The undersigned agrees with Defendant.

Accordingly,

**IT IS ORDERED** that Plaintiff and Plaintiff/Intervenors' Motion to Reconsider is denied.

**DATED November 9, 2012.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**