IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>ABDI MOHAMED, et al.,<br><br>    Plaintiff/Intervenors,<br><br>FARHAN ABDI, et al.,<br><br>    Plaintiff/Intervenors,<br><br>    v.<br><br>JBS USA, LLC f/k/a JBS SWIFT & CO., a/k/a SWIFT BEEF COMPANY,<br><br>    Defendant. | CASE NO. 10CV318<br><br><br>ORDER GRANTING<br>PLAINTIFF'S MOTION TO<br>FILE SUPPLEMENTAL AUTHORITY |

This matter is before the Court on the Plaintiff's Motion to File Supplemental Authority in Support of Plaintiff EEOC's Statement of Objections to the September 28, 2012, Order of the Magistrate Judge Precluding Intervenors from Participating as Parties in Phase I (Filing No. 236).  Having reviewed the Motion, Brief (Filing No. 327) and Index of Evidence (Filing No. 328), the Court concludes that the Motion should be granted and the Court will consider the supplemental authority presented.  Accordingly,

IT IS ORDERED that:

1. The Plaintiff's Motion to File Supplemental Authority in Support of Plaintiff EEOC's Statement of Objections to the September 28, 2012, Order of the Magistrate Judge Precluding Intervenors from Participating as Parties in Phase I (Filing No. 326) is granted;

2. The Court will consider the Plaintiff EEOC's Brief (Filing No. 327) and Index of Evidence (Filing No. 328) when ruling on Plaintiff EEOC's Statement of Objections to the September 28, 2012, Order of the Magistrate Judge Precluding Intervenors from Participating as Parties in Phase I (Filing No. 305); and

3. The Defendant JBS USA, LLC, may respond to Plaintiff's Supplemental Authority on or before November 21, 2012.

DATED this 13th day of November, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge