# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | 8:10CV318 |
| V. | ) ) | |
| JBS USA, LLC, | ) ) | ORDER |
| Defendant. | ) ) | |

Melvin D. Kennedy has moved to withdraw as counsel for Plaintiff Equal Employment Opportunity Commission (filing 462). Upon the representation that Plaintiff will remain represented in this matter, the motion will be granted.

Accordingly,

**IT IS ORDERED:**

1. The Motion to Withdraw (filing 462) is granted.

2. The Clerk of Court shall terminate Melvin D. Kennedy's appearance as counsel of record for Plaintiff Equal Employment Opportunity Commission and shall terminate future notices to Mr. Kennedy in this matter.

**DATED April 3, 2013.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**