## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | Case No. 8:10CV00318 |
| Plaintiff | ) ) | |
| ABDI MOHAMED, et. al., | ) ) | **STIPULATED ORDER REGARDING COST SHARING FOR INTERPRETING** |
| Plaintiff/Intervenors, | ) ) | **TRIAL TESTIMONY DURING THE PHASE I TRIAL** |
| FARHAN ABDI, et al., | ) ) | |
| Plaintiff/Intervenors, | ) ) | |
| v. | ) ) | |
| JBS USA, LLC, f/k/a JBS SWIFT & CO. a/k/a SWIFT BEEF COMPANY, | ) ) ) | |
| Defendant. | ) | |

      This matter having come before the Court on the stipulation of Plaintiff EEOC and Defendant JBS USA, LLC (collectively the "parties") concerning the need for in-court interpreters and the parties' agreement to share costs for interpreting trial testimony during the Phase I trial, and the Court being fully advised enters the following Stipulated Order pursuant to Rule 43(d) of the Federal Rules of Civil Procedure:

1. The parties intend to call numerous witnesses during the Phase I trial who do not speak English, or whose English-speaking ability is sufficiently limited as to require in-court interpretation services.

2. The parties intend to call witnesses whose primary language is either Somali or Spanish, and therefore interpreters in each language will be required.

3. Due to the anticipated length of trial testimony requiring interpreting, the parties will need to retain at least two interpreters for each language to allow the interpreters adequate breaks to maintain the integrity of the translated testimony.

4. The parties agree to split the costs of the in-court interpreters by each paying the costs associated with one Somali and one Spanish interpreter.

5. The parties agree to minimize interpreting costs by presenting Somali and Spanish speaking witnesses consecutively and on consecutive trial days to the extent possible.

6. The parties have been informed that a staff interpreter for the U.S. District Court for the District of Nebraska may be available and willing to provide Spanish interpretation during the Phase I trial at no cost to the parties. In the event the Court's staff interpreter is able to interpret for this case, the parties shall retain and split the cost of an additional Spanish-language interpreter to alternate with the Court's staff interpreter.

7. The parties may separately retain other interpreters for purposes of communicating privately with witnesses or clients. Such arrangements are not subject to the terms of this stipulation.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

Dated: April 17, 2013

                                              FOR PLAINTIFF EEOC:

                                              s/ Rebecca S. Stith
                                              Rebecca S. Stith
                                              Senior Trial Attorney

EEOC – Seattle Field Office
909 First Avenue, Suite 400
Seattle, WA  98104-1061
(206) 220-6858 / (206) 220-6911 (fax)
rebecca.stith@eeoc.gov

s/Anne E. Gusewelle
Senior Trial Attorney
EEOC-Kansas City Area Office
4th and State Ave, 9th Floor
Kansas City, KS 66101
(913) 551-4844/(913) 551-6957 fax
anne.gusewelle@eeoc.gov

s/ Nicholas Pladson
Senior Trial Attorney
EEOC-Minneapolis Area Office
330 S. Second Ave., Ste 720
Minneapolis, MN 55401
(612) 335-4047
nicholas.pladson@eeoc.gov

s/ Peter Laura
Senior Trial Attorney
EEOC-San Francisco District Office
350 The Embarcadero, Ste. 500
San Francisco, CA 94105
(415) 625-5641
peter.laura@eeoc.gov


FOR DEFENDANT JBS USA, LLC:

s/ Heather Fox Vickles
s/ Walter V. Siebert
Heather Fox Vickles
Walter V. Siebert
SHERMAN & HOWARD L.L.C.
633 17th Street, Suite 3000
Denver, CO  80202
(303) 297-2900 / (303) 298-0940 (fax)
hvickles@shermanhoward.com
bsiebert@shermanhoward.com

s/ Roger J. Miller
Roger J. Miller, Esq.
McGrath North Mullin & Kratz, PC LLO
First National Tower, Suite 3700
1601 Dodge Street
Omaha, NE  68102
(402) 341-3070 / (402) 341-0216 (fax)
rmiller@mcgrathnorth.com

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  19th day of April,  2013

s/Laurie Smith Camp
Chief District Court Judge