IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

```
FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

APR 24 2013

OFFICE OF THE CLERK
```

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, et al., | ) ) ) |
| Plaintiff(s), | ) ) |
| vs. | ) ) ) |
| JBS USA, LLC f/k/a JBS SWIFT & CO. a/k/a SWIFT BEEF COMPANY, | ) ) ) |
| Defendant(s). | ) |

Case No. 10-318

**AMENDED ORDER ON
FINAL PRETRIAL
CONFERENCE FOR PHASE I**

A final pretrial conference was held on the 8th day of April, 2013.   Appearing for the parties as counsel were:

Walter V. Siebert and Heather F. Vickles for Defendant JBS USA, LLC (JBS), and Rebecca S. Stith and Peter F. Laura for Plaintiff Equal Employment Opportunity Commission (EEOC).

**(A)   Exhibits.** See attached Exhibit List (Attachment "A").

Caution:  Upon express approval of the judge holding the pretrial conference for good cause shown, the parties may be authorized to defer listing of exhibits or objections until a later date to be specified by the judge holding the pretrial conference.  The mere listing of an exhibit on an exhibit list by a party does not mean it can be offered into evidence by the adverse party without all necessary evidentiary prerequisites being met.

**(B)   Uncontroverted Facts.**  The parties have agreed that the following may be accepted as established facts for purposes of this case only:

1.      In July 2007, Defendant JBS USA ("Defendant" or "JBS USA") acquired Swift & Company, including the beef plant located in Grand Island, Nebraska.

2.      JBS USA is headquartered in Greeley, Colorado.

3.      JBS USA is a Delaware limited liability company  doing business in the State of Nebraska and the City of Grand Island, and has continuously had at least 15 employees. (Doc Nos. 99,¶4; 107, ¶4).

4.      JBS USA has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).  (Doc Nos. 99,¶5; 107, ¶5).

5.      The jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345.   (Doc Nos. 99,¶1; 107, ¶1).

6.       Plaintiff, the Equal Employment Opportunity Commission (the "EEOC"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII,  (Doc Nos. 99, ¶3; 107, ¶3).

7.      Pursuant to the Order of this Court, the jurisdiction of the Court for Phase I of these proceedings is authorized pursuant to Section 707 of Title VII, 42 U.S.C. § 2000e-6, as amended.  (Doc Nos. 296, 338).

2

8.    UFCW, Local 22 was the exclusive bargaining agent for production and
      maintenance workers at the Grand Island plant and could make requests to
      accommodate employees' religious practices.

9.    Plant operations are divided into two separate areas - slaughter and fabrication.
      Both areas operate on a production line basis in which a "chain" moves the beef
      in one direction from slaughter to the cooler, and then from the cooler through
      fabrication into packaging. As the beef is moving through fabrication, different
      lines of employees perform different jobs on the beef.

10.   The chain can be set to move at varying speeds, which are calculated on a head
      per hour basis.

11.   There was an A shift and a B shift at the Grand Island plant. The A shift
      operated from 6:00 a.m. to 2:30 p.m., and the B shift operated from 3:00 p.m. to
      11:30 p.m.

12.   The workforce of 2800-3000 total employees was evenly split between the A shift
      and B shift.

13.   Plant operations are primarily divided between the slaughter and fabrication
      departments. About three times as many employees work in the fabrication
      department as the slaughter department.

14.   In 2007, approximately 1,400 employees worked on B shift.

3

15.     In 2007, approximately 120-130 Somali Muslims worked on the B shift fabrication side, and approximately 200 total Somali Muslim employees worked at the plant out of a workforce of approximately 2800.

16.     In 2008, there were under 3000 total employees at the Grand Island plant, with just under 1500 employees working on B shift.

17.     In 2008, there were 200-300 Somali Muslims working on the B shift fabrication side.

18.     In 2009, JBS issued written guidelines addressing unscheduled work breaks, including requests for unscheduled breaks for prayer. In 2011, JBS issued revised guidelines addressing requests for unscheduled breaks, including requests for unscheduled breaks for prayer.

**(C)     Controverted and Unresolved Issues.** The issues remaining to be determined and unresolved matters for the Court's attention are:

1.     Whether JBS violated Title VII by engaging in a pattern or practice of failing to reasonably accommodate the religious practices of Somali Muslim employees by: (i) allowing them to take unscheduled breaks to pray[1]; and/or (ii) moving the meal break during the remainder of Ramadan 2008 (from September 18 through September 30, 2008), to a time that coincided closely with such employees' sunset prayer time.

a.     Whether JBS had adequate notice of the Somali Muslim employees' need for the accommodations identified above.

---

[1] The EEOC believes that the evidence regarding unscheduled breaks for prayer should include events in 2007, including those prior to December 6, 2007. Defendant believes that such evidence should be limited to events occurring on or after December 6, 2007, for reasons briefed in the summary judgment pleadings.

b.      Whether the Somali employees' conflicts with work were the result of a bona fide religious belief.

c.      Whether unscheduled breaks for prayer and/or moving the meal break during the remainder of Ramadan 2008 were reasonable accommodations.

d.      Whether JBS's allowing Muslim employees to pray during scheduled breaks and other non-work times was a reasonable alternative accommodation of their religious practices.[2]

e.      Whether the accommodations of unscheduled breaks for prayer and/or moving the meal break during the remainder of Ramadan 2008 would have posed an undue hardship on JBS.,

f.      Whether the failure to accommodate claim and some of the requested injunctive relief may be moot in light of JBS's current practices, including the 2009 and 2011 written guidelines on unscheduled work breaks, including unscheduled breaks for prayer.[3]

2.      If it is determined at trial that JBS violated Title VII, whether the EEOC is entitled to injunctive relief against JBS.

3.      If it is determined at trial that JBS violated Title VII, and the Court finds that EEOC is entitled to injunctive relief against JBS, what injunctive relief should be granted by the Court, including but not limited to:

a. A permanent injunction to prevent such unlawful practices from occurring at the Grand Island plant in the future;

---

[2] The EEOC states that it did not allege that employees could not use regular breaks and non-work time to pray.
[3] The EEOC also considers a controverted issue to be whether JBS's 2009 and 2011 written guidelines on unscheduled work breaks, which included allowing unscheduled breaks for prayer, undermine its undue burden affirmative defense.

b.  Regular training during a set term of years to be determined by the Court for plant managers and other plant employees on Title VII's prohibitions and requirements including but not limited to its requirement of reasonable accommodation of religious requirements for a period of years to be set by the Court;

c.  The appointment of a third-party monitor during a term of years to be set by the Court to oversee the implementation and continuation of injunctive relief;

d.  Regular reporting to the EEOC during a term of years to be set by the Court on Defendant's compliance with the Court's injunctive relief orders;

e.  A posting of the terms of the injunctive relief order at the plant during a term of years to be set by the Court;

f.  Other injunctive and equitable relief,  as the Parties may propose following the Phase I trial and which the Court deems just and proper[4]; and

g.  Court oversight as necessary to ensure compliance with the Court's rulings on injunctive relief and such other and further injunctive relief as the Court deems appropriate.

## Pending Motions and Statement of Objections:

Defendant's Statement of Objections (Doc. No. 330) to the Magistrate Judge's Order (Doc. No. 311) permitting the deposition of Wesley Batista (Doc. Nos. 311, 330, 333-334).[5]

---

[4] The EEOC may consider proposing to the Court, if deemed appropriate, certain equitable relief for some or all of the aggrieved individuals, which JBS views as outside the scope of Phase I relief.

[5] Should the Court deny the Objections, then the EEOC may seek to depose Mr. Batista, where permitted by law, for the purpose of using such testimony at the Phase I trial.

6

**(D)**     **Witnesses.**  All witnesses, including rebuttal witnesses, expected to be called to testify by plaintiff, except those who may be called for impeachment purposes as defined in NECivR 16.2(c) only, are:

**[List names and complete addresses of all persons who will testify *in person only*. Such list shall identify those witnesses the party expects to be present and those witnesses the party may call if the need arises, and shall also identify, by placing an "(F)" following the name, each witness whose only testimony is intended to establish foundation for an exhibit for which foundation has not been waived.]**

| NAME LIVE WITNESSES | ADDRESS & PHONE NUMBER | WILL CALL | MAY CALL | NEBRASKA RESIDENT/NONRESIDENT |
|---|---|---|---|---|
| Dennis Sydow | redacted | X | | Has been subpoenaed |
| Doug Schult | redacted | X | | Nonresident corporate witness; JBS will produce |
| Fadumo Abdi | redacted | X | | Subpoena by mail accepted by Intervenor attorney |
| Fardusa Council | redacted | X | | Subpoena by mail accepted by Tyson attorney |
| Fos Ali | redacted | | X | Has been subpoenaed |
| Habsa Ibrahim | redacted | X | | Subpoena by mail accepted by Intervenor attorney |
| Hawo Sharif | redacted | X | | Subpoena by mail accepted by Intervenor attorney |
| Mary Chmelka | redacted | X | | Has been subpoenaed |
| Mike Helzer | redacted | X | | GI plant manager; JBS will produce |
| Naima Mohamed | redacted | X | | Subpoena by mail accepted by Intervenor attorney |
| Omar Mohamed | redacted | X | | Subpoena by mail accepted by Intervenor attorney |
| Roger Cooper | redacted | X | | GI plant manager; JBS will produce |
| Salvador Prado | redacted | X | | Has been subpoenaed |
| Steve Lamken | redacted | X | | Subpoena by mail accepted by Grand Island City attorney |
| Terry Mostek | redacted | X | | Subpoena by mail accepted by UFCW local attorney |

7

| Tony Keiper | redacted | X | | Subpoena by mail accepted by Grand Island City attorney |
|---|---|---|---|---|
| Waris Adan | redacted | | X | Has been subpoenaed |
| Custodian of Records (F) | c/o EEOC, 1222 Spruce St., Room 8.100, St. Louis, MO 63103; 314-539-7800 | | X | |
| Custodian of Records (F) | c/o Defendant, 1770 Promontory Circle, Greeley, CO 80634 | | X | |
| Custodian of Records (F) | c/o NEOC, Nebraska State Office Building 301 Centennial Mall South, 5th Floor PO Box 94934 Lincoln, NE 68509-4934; 402- 471-2024 | | X | |

All witnesses expected to be called to testify by defendant, except those who may be called for impeachment purposes as defined in NECivR 16.2(c) only, are:

| Defendant expects to call the following witnesses: Name | Address & Phone No. |
|---|---|
| Kurt Brandt | redacted |
| Mary Chmelka | redacted |
| Roger Cooper | redacted |
| Cindy Davis | redacted |
| James Hamilton | redacted |
| Tim Haumont | redacted |
| Dan Hoppes | redacted |

8

| Defendant expects to call the following witnesses: Name | Address & Phone No. |
|---|---|
| Terry Mostek | redacted |
| Doug Schult | redacted |
| Heather Skinner | redacted [6] |
| Dennis Sydow | redacted |
| Don Willnerd | redacted |

Defendant may call the following witnesses:

| Name | Address & Phone No. |
|---|---|
| Omar Adam | redacted |
| Fos Ali | redacted |
| Mario Mascote Alvarez | redacted |
| Rick Ballhorst | redacted |
| Ali Basin | redacted |
| Yolanda Chavez | redacted |
| Todd Cole | redacted |
| Ramiro Coronado | redacted |
| Fardusa Council | redacted |
| Abel Covarrubias | redacted |
| Shangon Diang | redacted |
| Jama Diriye | redacted |

---

[6] Pursuant to the Court's Order (Doc. No. 469), Ms. Skinner will testify as a fact witness only.

| Name | Address & Phone No. |
| --- | --- |
| Terry Dubbs | redacted |
| Miguel Flores | redacted |
| Jim Fuller | redacted |
| Mario Guadron | redacted |
| Mike Helzer | redacted |
| Abdul Hirsi | redacted |
| Amina Hirsi | redacted |
| Fuaad Hirsi | redacted |
| Maria Lagunas | redacted |
| GIPD Chief Steve Lamken | redacted |
| Sinia Montoya | redacted |
| Dora Mostek | redacted |
| Sergio Sampaio Nogueira | redacted |
| Salvador Prado | redacted |
| Mohamed Qualinle | redacted |
| Ernesto Ramirez | redacted |
| Abdirisak Sahal | redacted |
| Mohamed Y. Said | redacted |
| Hassan J. Sheikhuna | redacted |
| Juriana Sperandio | redacted |
| Angelo Ungery | redacted |
| Tony Urias | redacted |
| Jim Vassar | redacted |
| Maxamed Xasan | redacted |

10

| Name | Address & Phone No. |
|------|---------------------|
| Juan Zamudio | redacted |

It is understood that, except upon a showing of good cause, no witness whose name and address does not appear herein shall be permitted to testify over objection for any purpose except impeachment. A witness whose only testimony is intended to establish foundation for an exhibit for which foundation has not been waived shall not be permitted to testify for any other purpose, over objection, unless such witness has been disclosed pursuant to Federal Rule of Civil Procedure 26(a)(3). A witness appearing on any party's witness list may be called by any other party.

The parties request that the Court enter an order pursuant to Fed. R. Evid. 615 excluding witnesses from the courtroom prior to giving their trial testimony.

**(E)** Expert Witnesses' Qualifications. Experts to be called by plaintiff and their qualifications are:

Kathleen Moore, Ph.D. (CV attached)
Gwendolyn Combs, Ph.D. (CV attached)

Experts to be called by defendant and their qualifications are:

Liyakat Takim, Ph.D. (CV attached)
Peter Hurtgen, Esq. (CV attached)
Mark Grey, Ph.D. (CV attached)

**(F)** **Voir Dire.** Counsel have reviewed Federal Rule of Civil Procedure 47(a) and NECivR 47.2(a) and suggest the following with regard to the conduct of juror examination:

[NOT APPLICABLE]

**(G)** **Number of Jurors.** Counsel have reviewed Federal Rule of Civil Procedure 48 and NECivR 48.1 and suggest that this matter be tried to a jury composed of _____ members.

[NOT APPLICABLE]

11

**(H)     Verdict.**  The parties [will] [will not] stipulate to a less-than-unanimous verdict. (If applicable), the parties' stipulation is: _____.

[NOT APPLICABLE]

**(I)     Briefs, Instructions, and Proposed Findings.**  Counsel have reviewed NECivR 39.2(a), 51.1(a), and 52.1, and suggest the following schedule for filing trial briefs, proposed jury instructions, and proposed findings of fact, as applicable:

Trial briefs, if desired, shall be filed on or before April 30, 2013.

The Parties' Designations of Deposition Testimony and Discovery Responses (Doc. Nos. 464 and 466), filed April 8, 2013, prior to the Court's ruling on motions for summary judgment, are hereby withdrawn.  In an effort to eliminate irrelevant, unnecessary or duplicative evidence, the parties will resubmit their designations of deposition testimony and discovery responses, on or before thirty (30) calendar days after the conclusion of trial, with rebuttal-designations and objections to designations due on or before forty (40) calendar days after the conclusion of trial. Designations may be submitted only for those witnesses unable or unavailable to testify at trial and who are included in the Parties' will call and may call witnesses listed above and/or were included in the Parties' witnesses for whom deposition designations were previously filed (Doc. Nos. 464, 466).

Proposed findings of fact shall be filed on or before sixty (60) calendar days after the conclusion of trial.  Jury instructions are not required.

**(J)     Length of Trial.**  Counsel estimate the length of trial will consume not less than 10 days, not more than 18 days, and probably about 14 days.

**(K)     Trial Date.**  Trial is set for May 7-31, 2013, and will convene on Tuesday through Friday of each week.

Counsel for Defendant has a conflict on Friday, May 10, 2013, and respectfully requests that the trial be recessed on that day if possible.  Counsel for Plaintiff has a conflict on May 30 and 31, 2013, and respectfully requests that trial, if still in session, be recessed on those days if possible or that counsel be excused from attendance at trial on those days. Counsel for the Parties have conferred about these dates and are planning witness testimony accordingly.

12

FOR PLAINTIFF EEOC:

s/ Rebecca S. Stith
Rebecca S. Stith
Senior Trial Attorney
EEOC – Seattle Field Office
909 First Avenue, Suite 400
Seattle, WA 98104-1061
(206) 220-6858 / (206) 220-6911 (fax)
rebecca.stith@eeoc.gov

s/Anne E. Gusewelle
Senior Trial Attorney
EEOC-Kansas City Area Office
4th and State Ave, 9th Floor
Kansas City, KS 66101
(913) 551-4844/(913) 551-6957 fax
anne.gusewelle@eeoc.gov

s/ Nicholas Pladson
Senior Trial Attorney
EEOC-Minneapolis Area Office
330 S. Second Ave., Ste 720
Minneapolis, MN 55401
(612) 335-4047
nicholas.pladson@eeoc.gov

s/ Peter Laura
Senior Trial Attorney
EEOC-San Francisco District Office
350 The Embarcadero, Ste. 500
San Francisco, CA 94105
(415) 625-5641
peter.laura@eeoc.gov

Counsel for Plaintiff EEOC

FOR DEFENDANT JBS USA, LLC:

s/ Heather Fox Vickles
s/ Walter V. Siebert
13

Heather Fox Vickles
Walter V. Siebert
SHERMAN & HOWARD L.L.C.
633 17th Street, Suite 3000
Denver, CO  80202
(303) 297-2900 / (303) 298-0940 (fax)
hvickles@shermanhoward.com
bsiebert@shermanhoward.com

s/ Roger J. Miller
Roger J. Miller, Esq.
McGrath North Mullin & Kratz, PC LLO
First National Tower, Suite 3700
1601 Dodge Street
Omaha, NE  68102
(402) 341-3070 / (402) 341-0216 (fax)
rmiller@mcgrathnorth.com

April 24, 2013.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff,<br><br>ABDI MOHAMED, et al.,<br><br>　　　　Plaintiff-Intervenors,<br><br>FARHAN ABDI, et al.,<br><br>　　　　Plaintiff-Intervenors,<br><br>　　vs.<br><br>JBS USA, LLC, f/k/a JBS SWIFT & CO., a/k/a SWIFT BEEF COMPANY,<br><br>　　　　Defendant. | Case No.: 8:10CV00318<br><br>**REVISED JOINT EXHIBIT LIST FOR PHASE I TRIAL**<br><br><br>Courtroom Deputy:<br><br>Court Reporter: |

Trial Date(s): May 7, 2013

| EXHIBIT NO. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **PLF** | **DF** | **3 PTY** | **DESCRIPTION** | **OFF** | **OBJ** | **RCV D** | **NOT RCVD** | **DATE** |
| 1 | 1 | | Production and Maintenance Employee Handbook, Revised 6/07 (JBS-NE000102-130) (Dep Ex 7) | | Stip. | | | |
| 2 | 2 | | JBS Harassment & Retaliation Policy (JBS-NE008875) (Dep Ex 13) | | Stip. | | | |
| 3 | 3 | | JBS Reaffirmation of EEO Policy, 8/27/07 (JBS-NE008879) (Dep Ex 16) | | Stip. | | | |

ATTACHMENT A

| EXHIBIT NO. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PLF | DF | 3 PTY | DESCRIPTION | OFF | OBJ | RCV D | NOT RCVD | DATE |
| 4 | 4 | | Collective Bargaining Agreement, 1/31/05 to 2/28/10 (JBS-NE000001-50) (Dep Ex 10) | | Stip. | | | |
| 5 | 5 | | 6/8/07 – 10/2/07 series of emails and letters between Kapitan and Hamilton, and series of letters between Kapitan and JBS outside counsel Selzer (PI Abdi0000001-13, 0000015, 16-18 ) (Kapitan Dep Exs 2-8, 10) | | Stip. | | | |
| 6 | 6 | | 8/27/07 Kapitan letter to Hoppes PI Abdi0000014) (Kapitan Dep Ex 9) | | Stip. | | | |
| 7 | 7 | | 6/18-07 – 7/13/07 Chmelka notes re: Mahad Jelle request to transfer (JBS-NE010042-43) (Dep Ex 217) | | Stip. | | | |
| 8 | 8 | | 9/1/07 Chmelka note re: two Muslim males asking about sunrise prayer (JBS-NE010050) (Dep Ex 218) | | Stip. | | | |
| 9 | 9 | | September 2008 calendar (Dep Ex 52) | | Stip. | | | |
| 10 | 10 | | 9/4-9/5/2008 Schult email string to plant and corporate managers re: prayer times (JBS-NE010031-34) (Dep Ex 222) | | Stip. | | | |
| 11 | 11 | | 9/10/08 Chmelka memo re incident with Somali ladies (E000000081-82) (Dep Ex 221) | | Stip. | | | |
| | | | | | | | | |

ATTACHMENT A

| EXHIBIT NO. | | | | | | | | |
|:---:|:---:|:---:|---|:---:|:---:|:---:|:---:|:---:|
| **PLF** | **DF** | **3 PTY** | **DESCRIPTION** | **OFF** | **OBJ** | **RCV D** | **NOT RCVD** | **DATE** |
| 12 | 12 | | 9/12/08 Minutes of Meeting (E000000075-77) (Dep Ex 45) | | Stip. | | | |
| 13 | 13 | | 9/12/08 Schult email to Sydow re: requests to pray (JBS-NE010040) (Dep Ex 223) | | Stip. | | | |
| 14 | 14 | | 9/12-9/13/08 Felix/Shandley emails with corporate and plant managers with handwritten notes (JBS-NE010038) (Dep Ex 224) | | Stip. | | | |
| 15 | 15 | | 9/13/08 Sydow response to 9/12/08 Schult email re: requests to pray (JBS-NE010041) (Dep Ex 240) | | Stip. | | | |
| 16 | 16 | | 9/15/08 Minutes of Meeting (E000000078-80) (Dep Ex 46) | | Stip. | | | |
| 17 | 17 | | 9/16/08 Schult letter to Hoppes re: employees who failed to come to work on 9/15/08 (JBS-NE010054) (Dep Ex 278) | | Stip. | | | |
| 18 | 18 | | 9/17/08 email from Cooper re: Spanish posting (JBS-NE011275-76) (Dep Ex 47) | | Stip. | | | |
| 19 | 19 | | Notice "To All JBS Grand Island Employees" re: accommodating religious practices (JBS-NE010039) (Dep Exs 219, 279) | | Stip. | | | |
| | | | | | | | | |

ATTACHMENT A

| EXHIBIT NO. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **PLF** | **DF** | **3 PTY** | **DESCRIPTION** | **OFF** | **OBJ** | **RCV D** | **NOT RCVD** | **DATE** |
| 20 | 20 | | 9/18/08 letter from Sydow to Hoppes re: agreement to move meal break (JBS-NE010051 and 010055) (Dep Exs 48 and 238) | | Stip. | | | |
| 21 | 21 | | 9/18/08 posting re: second break for B-shift (E000000171) (Dep Ex 49) | | Stip. | | | |
| 22 | 22 | | 9/19/2008 Notice of Termination of Employment (JBS-NE000982)(Dep Ex 33) | | Stip. | | | |
| 23 | 23 | | Document "Grand Island Prayer Break Background" (JBS-NE011280-81) (Dep Ex 227) | | Stip. | | | |
| 24 | 24 | | | | | | | |
| 25 | 25 | | JBS Talking Points (E000000083-86) (Dep Ex 51) | | Stip. | | | |
| 26 | 26 | | 9/18/08 GIPD Law Incident Table and 911 Call Detail Reports (Powers01223-24, 1229-31 (Dep Ex 55); GIPD00001-2; JBS-NE021066-75) | | Stip. | | | |
| 27 | 27 | | 8/10/09 Guidelines for Unscheduled Work Breaks (JBS-NE028403-05) (Dep Ex 271) | | Stip. | | | |
| 28 | 28 | | Fadumo Abdi App 7/21/08 (JBS-NE001062-63) (Dep Ex 76) | | Stip. | | | |
| 29 | 29 | | | | . | | | |
| 30 | 30 | | | | | | | |

ATTACHMENT A

| EXHIBIT NO. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **PLF** | **DF** | **3 PTY** | **DESCRIPTION** | **OFF** | **OBJ** | **RCV D** | **NOT RCVD** | **DATE** |
| 31 | 31 | | Abdulakdir Adan App 10/23/07 (JBS-NE01150-51) (Dep Ex 317) | | Stip. | | | |
| 32 | 32 | | | | | | | |
| 33 | 33 | | | | | | | |
| 34 | 34 | | 9/18/08 Grievance No. 90 for Ahmed Dalmar (JBS-NE007222-25) (Dep Ex 69) | | Stip. | | | |
| 35 | 35 | | 10/29/08 Hoppes letter to NEOC re: Ahmed Dalmar (E000004919) (Dep Ex 339) | | Stip. | | | |
| 36 | 36 | | Hassan Duwane App 2/6/07 (JBS-NE013501-02) (Dep Ex 148) | | Stip. | | | |
| 37 | 37 | | Mohamed Jama Farah App 6/30/07 (JBS-NE001541-44) (Dep Ex 122) | | Stip. | | | |
| 38 | 38 | | Habsa Ibrahim App 2/21/07 (JBS-NE001841-42) (Dep Ex 463) | | Stip. | | | |
| 39 | 39 | | Ahmed Mohamed App 6/30/07 (JBS-NE021302-05) (Dep Ex 519) | | Stip. | | | |
| 40 | 40 | | Ahmed Mohamed App 7/7/08 (JBS-NE021283-86) (Dep Ex 523) | | Stip. | | | |
| 41 | 41 | | Naima Mohamed App 6/11/07 (JBS010878-879) (Dep Ex 4) | | Stip. | | | |
| 42 | 42 | | Omar Mohamed App 1/15/08 (JBS-NE031528-29) (Dep Ex 474) | | Stip. | | | |
| 43 | 43 | | Sahara Noor App 11/12/07 (JBS-NE012165-66) (Dep Ex 513) | | Stip. | | | |

ATTACHMENT A

| EXHIBIT NO. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PLF | DF | 3 PTY | DESCRIPTION | OFF | OBJ | RCV D | NOT RCVD | DATE |
| 44 | 44 | | Sugra Olad App 11/26/07 (JBS-NE002245-46) (Dep Ex 133) | | Stip. | | | |
| 45 | 45 | | Ahmed Qurey App 10/15/07 (JBS-NE002273-76 (Dep Ex 500) | | Stip. | | | |
| 46 | 46 | | Deq Said App 7/5/08 (JBS-NE013715-16, 013727, 013726) (Dep Ex 162) | | Stip. | | | |
| 47 | 47 | | Hawo Sharif App 3/20/07 (JBS-NE003619-20) (Dep Ex 456) | | Stip. | | | |
| 48 | 48 | | Abdiaziz Yusuf App 9/7/07 (JBS011174-79) (Dep Ex 32) | | Stip. | | | |
| 49 | 49 | | Abdirahman Yusuf App 12/19/06 (JBS-NE003304-05) (Dep Ex 96) | | Stip. | | | |
| 50 | 50 | | Abdirahman Yusuf App 5/19/08 (JBS-NE003290-93) (Dep Ex 101) | | Stip. | | | |
| 51 | 51 | | | | | | | |
| | | | | | | | | |
| | | | **PLAINTIFF EEOC'S EXHIBITS:** | | | | | |
| 100 | | | | | | | | |
| 101 | | | | | | | | |
| 102 | | | | | | | | |
| 103 | | | | | | | | |
| 104 | | | | | | | | |
| 105 | | | | | | | | |
| 106 | | | | | | | | |

ATTACHMENT A

| EXHIBIT NO. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PLF | DF | 3 PTY | DESCRIPTION | OFF | OBJ | RCV D | NOT RCVD | DATE |
| 107 | | | | | | | | |
| 108 | | | | | | | | |
| 109 | | | | | | | | |
| 110 | | | | | | | | |
| 111 | | | | | | | | |
| 112 | | | | | | | | |
| 113 | | | | | | | | |
| 114 | | | | | | | | |
| 115 | | | | | | | | |
| 116 | | | | | | | | |
| 117 | | | | | | | | |
| 118 | | | | | | | | |
| 119 | | | | | | | | |
| 120 | | | | | | | | |
| 121 | | | | | | | | |
| 122 | | | | | | | | |
| 123 | | | | | | | | |
| 124 | | | | | | | | |
| 125 | | | | | | | | |
| 126 | | | | | | | | |
| 127 | | | | | | | | |
| 128 | | | | | | | | |
| 129 | | | | | | | | |
| 130 | | | | | | | | |
| 131 | | | | | | | | |
| 132 | | | | | | | | |
| 133 | | | | | | | | |

ATTACHMENT A

| EXHIBIT NO. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PLF | DF | 3 PTY | DESCRIPTION | OFF | OBJ | RCV D | NOT RCVD | DATE |
| 134 | | | | | | | | |
| 135 | | | | | | | | |
| 136 | | | | | | | | |
| 137 | | | | | | | | |
| 138 | | | | | | | | |
| 139 | | | | | | | | |
| 140 | | | | | | | | |
| 141 | | | | | | | | |
| 142 | | | | | | | | |
| 143 | | | | | | | | |
| 144 | | | | | | | | |
| 145 | | | | | | | | |
| 146 | | | | | | | | |
| 147 | | | | | | | | |
| 148 | | | | | | | | |
| 149 | | | | | | | | |
| 150 | | | | | | | | |
| 151 | | | | | | | | |
| 152 | | | | | | | | |
| 153 | | | | | | | | |
| 154 | | | | | | | | |
| 155 | | | | | | | | |
| 156 | | | | | | | | |
| 157 | | | | | | | | |
| 158 | | | | | | | | |
| 159 | | | | | | | | |
| 160 | | | | | | | | |

ATTACHMENT A

| EXHIBIT NO. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PLF | DF | **3 PTY** | DESCRIPTION | OFF | OBJ | RCV D | NOT RCVD | DATE |
| 161 | | | | | | | | |
| 162 | | | | | | | | |
| 163 | | | | | | | | |
| 164 | | | | | | | | |
| 165 | | | | | | | | |
| 166 | | | | | | | | |
| 167 | | | | | | | | |
| 168 | | | | | | | | |
| 169 | | | | | | | | |
| 170 | | | | | | | | |
| 171 | | | | | | | | |
| 172 | | | | | | | | |
| 173 | | | | | | | | |
| 174 | | | | | | | | |
| 175 | | | | | | | | |
| 176 | | | | | | | | |
| 177 | | | | | | | | |
| 178 | | | | | | | | |
| 179 | | | | | | | | |
| 180 | | | | | | | | |
| 181 | | | | | | | | |
| 182 | | | | | | | | |
| 183 | | | | | | | | |
| 184 | | | | | | | | |
| 185 | | | | | | | | |

ATTACHMENT A

| EXHIBIT NO. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PLF | DF | 3 PTY | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
| 186 | | | List of employees under three supervisors (E000000267-273) (Dep Ex 42) | | | | | |
| 187 | | | 6/4/07 Email re: Somalis leaving the line to pray (JBS-NE011246) (Dep Ex 43) | | H | | | |
| 188 | | | Helzer NEOC Interview (E000000043-46) (Dep Ex 50) | | H, R, O[1] | | | |
| 189 | | | | | | | | |
| 190 | | | | | | | | |
| 191 | | | 9/18/08 handwritten notes re: un rep telling employees to leave line to pray (JBS-NE010949, 10975) (Dep Ex 65) | | H | | | |
| 192 | | | Naima Mohamed ID (JBS010902) (Dep Ex 1) | | R | | | |
| 193 | | | Naima Mohamed Charge (E000003234-35) (Dep Ex 19) | | H, R | | | |
| 194 | | | Ahmed Dalmar ID (JBS-NE002010) (Dep Ex 21) | | R | | | |
| 195 | | | Ahmed Dalmar Charge (E000002267) (Dep Ex 23) | | H, R | | | |
| 196 | | | Abdiaziz Yusuf ID (JBS011189) (Dep Ex 30) | | R | | | |
| 197 | | | Fadumo Abdi ID (JBS-NE001074)(Dep Ex 74) | | R | | | |
| 198 | | | Fadumo Abdi Charge (E000001289) (Dep Ex 79) | | H, R | | | |

[1] Defendant objects to all "NEOC Interview" exhibits on the following grounds: (a) relevancy, Fed. R. Evid. 401 and 403; (b) inadmissible hearsay, Fed. R. Evid. 801 and 802; (c) other, the EEOC's characterization of such exhibits as "NEOC Interviews" is inaccurate and misleading as the documents are incomplete, selective and subjective summaries drafted by various NEOC employees.
ATTACHMENT A

| EXHIBIT NO. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **PLF** | **DF** | **3 PTY** | **DESCRIPTION** | **OFF** | **OBJ** | **RCV D** | **NOT RCVD** | **DATE** |
| 199 | | | | | | | | |
| 200 | | | | | | | | |
| 201 | | | | | | | | |
| 202 | | | Abdirahman Yusuf ID (JBS-NE003340) (Dep Ex 95) | | R | | | |
| 203 | | | Abdirahman Yusuf Charge (E000002340) (Dep Ex 105) | | H, R | | | |
| 204 | | | | | | | | |
| 205 | | | | | | | | |
| 206 | | | | | | | | |
| 207 | | | Sugra Olad ID (JBS-NE002256)(Dep Ex 132) | | R | | | |
| 208 | | | Sugra Olad Charge (E000001343) (Dep Ex 136) | | H, R | | | |
| 209 | | | | | | | | |
| 210 | | | | | | | | |
| 211 | | | Hassan Duwane ID (JBS-NE002683)(Dep Ex 147) | | R | | | |
| 212 | | | Deq Said ID (JBS-NE013729)(Dep Ex 161) | | R | | | |
| 213 | | | | | | | | |
| 214 | | | | | | | | |
| 215 | | | 5/16/07 Chmelka email string re: Somali employee exits (JBS-NE011233) (Dep Ex 216) | | | | | |
| 216 | | | Chmelka NEOC interview (E000000038-42) (Dep Ex 220) | | H, R, O | | | |

ATTACHMENT A

| PLF | DF | 3 PTY | DESCRIPTION | OFF | OBJ | RCV D | NOT RCVD | DATE |
|---|---|---|---|---|---|---|---|---|
| **EXHIBIT NO.** | | | | | | | | |
| 217 | | | 9/21/08 Cooper email to Chmelka with list of Somali Muslim employees terminated (including some SSNs) and handwritten notes (JBS-NE010531-34) (Dep Ex 226) | | | | | |
| 218 | | | Sydow NEOC interview (E000000035-37) (Dep Ex 236) | | H, R, O | | | |
| 219 | | | 11/15/12 Affidavit of plant HR manager Maxamad Xasan (EMPLOY/925136.1, four pages) re attached 8/10/09 Memo from corporate HR manager Bob Daubenspeck, "Guidelines for Unscheduled Work Breaks" (JBS-NE028403-05) & attached 7/[no date]/11Memo from corporate HR head Chris Gaddis, "Guidelines for Unscheduled Work Breaks" (JBS-NE32915) (Def. Ex. H-1 to Defendant's MSJ (Doc 358-13)) | | H, O$^2$ | | | |
| 220 | | | | | | | | |
| 221 | | | 10/1/08 document numbered 1-11, "Our Complaints" (no bates number) (Dep Ex 326) | | H, A | | | |
| 222 | | | Abdulkadir Adan Charge (bates number not visible) (Dep Ex 325) | | H, R | | | |
| 223 | | | Union grievance for Ali Shire (E000004638-43) (Dep Ex 331) | | R | | | |

---

$^2$ Defendant objects to the affidavit portion of this Exhibit as hearsay, and the 8/10/09 memo is duplicative of Exhibit 39. Defendant will stipulate to the admissibility of the July 2011 memo, see Defendant's Exhibit 357.

ATTACHMENT A

| EXHIBIT NO. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PLF | DF | 3 PTY | DESCRIPTION | OFF | OBJ | RCV D | NOT RCVD | DATE |
| 224 | | | Mostek NEOC interview (E000000057-59)(Dep Ex 332) | | H, R, O | | | |
| 225 | | | 5/15/07 news article re walkout by Somali workers at GI plant (JBS-NE011204-06) ( Dep Ex. 336) | | H, R | | | |
| 226 | | | | | | | | |
| 227 | | | 9/29/08 Hoppes letter to Schult re: prayer issue (JBS-NE010052) (Dep Ex 338) | | | | | |
| 228 | | | Document with questions from Defendant's expert and Hoppes' written responses (E000004561-62) (Dep Ex 340) | | H, O³ | | | |
| 229 | | | Habsa Ibrahim ID (JBS-NE001863)(Dep Ex 462) | | R | | | |
| 230 | | | Habsa Ibrahim Charge (JBS-NE016092) (Dep Ex 466) | | H, R | | | |
| 231 | | | | | | | | |
| 232 | | | Omar Mohamed ID (JBS-NE021392) (Dep Ex 473) | | R | | | |
| 233 | | | | | | | | |
| 234 | | | | | | | | |
| 235 | | | Ahmed Qurey Charge (E000001563) (Dep Ex 504) | | H, R | | | |
| 236 | | | Ahmed Qurey NEOC interview (JBS-NE014858-59) (Dep Ex 505) | | H, R, O | | | |
| 237 | | | Sahara Noor ID (JBS-NE013523) (Dep Ex 512) | | R | | | |

³ Defendant objects to the characterization of this document as inaccurate; it does not contain questions "from Defendant's expert."
ATTACHMENT A

| EXHIBIT NO. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **PLF** | **DF** | **3 PTY** | **DESCRIPTION** | **OFF** | **OBJ** | **RCV D** | **NOT RCVD** | **DATE** |
| 238 | | | Ahmed Mohamed ID JBS-NE021320, JBS-NE0211322 (Dep Ex 517, Dep Ex 518) | | R | | | |
| 239 | | | Ahmed Mohamed Charge (E000002015) (Dep Ex 527) | | H, R | | | |
| 240 | | | Ahmed Mohamed NEOC Interview (E000002032-33) (Dep Ex 526) | | H, R, O | | | |
| 241 | | | 6/11/07 Kapitan "Swift Report" on meeting with GI plant management re prayer accommodations (0000019-20) (Kapitan Dep Ex 11) | | H, R | | | |
| 242 | | | Deposition of Douglas W. Schult, taken 9/25/12 in *EEOC, et al. v. JBS USA, LLC*, Civil Action No. 10-cv-02103-PAB-KLM | | H, O[4] | | | |
| 243 | | | Deposition of Robert J. Daubenspeck, taken 1/18/13 in *EEOC, et al. v. JBS USA, LLC*, Civil Action No. 10-cv-02103-PAB-KLM | | H, O (see preceding footnote) | | | |
| 244 | | | If the Court permits Defendant's expert(s) to testify, then the EEOC may seek to add exhibits cited in motions in limine regarding experts including but not limited to expert reports, CVs, and articles | | R, H, O[5] | | | |

---

[4] Deposition transcripts are not appropriate trial exhibits. Should Plaintiff wish to offer certain deposition testimony into evidence, it should be designated by page and line numbers by the applicable pretrial deadline.
[5] Depending on the purpose for which such materials are offered into evidence, JBS may object to their admission on the grounds of (a) relevancy, Fed. R. Evid. 401 and 403; (b) hearsay, Fed. R. Evid. 801 and 802; or (c) other.

ATTACHMENT A

| EXHIBIT NO. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PLF | DF | 3 PTY | DESCRIPTION | OFF | OBJ | RCV D | NOT RCVD | DATE |
| 245 | | | If the Court permits Plaintiff EEOC's expert(s) to testify, then the EEOC may seek to add exhibits cited in motions in limine regarding experts including but not limited to expert reports, CVs, and articles | | R, H, O (see preceding footnote) | | | |
| | | | **DEFENDANT JBS'S EXHIBITS:** | | | | | |
| | 300 | | Affirmative Action Program June 1, 2008 to May 31, 2009 (JBS-NE017946-68 + page "10-1" w/no bates number) (Dep Ex 230, 270) | | | | | |
| | 301 | | Zero-Tolerance Policy, January 2, 2008 (JBS-NE008881) (Dep Ex 14) | | | | | |
| | 302 | | Compliance to U.S. Immigration Laws Policy (JBS-NE008877) (Dep Ex 17) | | R, A, O[6] | | | |
| | 303 | | Corporate Hotline Poster (JBS-NE008889) (Dep Ex 15) | | | | | |
| | 304 | | May 16, 2007 email re: Update in Grand Island and employee list (JBS-NE011233 (Dep Ex 216, 274), 011231-32) | | A H O[7] | | | |
| | 305 | | CAIR "An Employer's Guide to Islamic Religious Practices" (Kapitan Dep Ex 1) | | R H A O[8] | | | |

---

[6] Because the document proposed as Exhibit 302 concerns a statute that is not at issue in this case, its introduction would needlessly consume time and the proposed exhibit should therefore be excluded under Rule 403.

[7] This exhibit does not appear to comprise one document and therefore the EEOC makes a best-evidence objection in addition to A and H objections.

[8] The exact provenance of this document is unknown. Rima Kapitan, who was a CAIR attorney in 2007, was unable to identify this document at her deposition.

ATTACHMENT A

| | EXHIBIT NO. | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **PLF** | **DF** | **3 PTY** | **DESCRIPTION** | **OFF** | **OBJ** | **RCV D** | **NOT RCVD** | **DATE** |
| | 306 | | July 2007 Emails re: Downtime Costs (JBS-NE028704) (Dep Ex 542) | | | | | |
| | 307 | | July 27, 2007 Religious Discrimination information from eeoc.gov (JBS-NE028802) | | R H A O[9] | | | |
| | 308 | | August 4, 2007 Sydow email re: Frequency of Changing Break Time (JBS-NE028710) | | R H A | | | |
| | 309 | | August 13, 2007 Schult Notes re: Maghrib prayer times and break/meal periods (JBS-NE028711-12) | | H A | | | |
| | 310 | | Requests for Change of Shift for Prayer Time Accommodations (E000000173) (Dep Ex 459) | | H A | | | |
| | 311 | | October 1, 2007 Grievance Report No. 83 (E000005059) | | R H A O[10] | | | |
| | 312 | | Representative Acknowledgements from February 2008 Annual Supervisory Training (JBS-NE028429, 412, 420, 436, 444, 448, 460-67, 480, 486, 496- 497) | | R H A | | | |
| | 313 | | September 2008 Prayer Calendar for Grand Island, Nebraska (JBS-NE028402) (Dep Ex 31) | | | | | |
| | 314 | | September 8, 2008 Email to Chmelka (JBS-NE010627) | | A H | | | |

---

[9]This exhibit contains legal conclusions.
[10]Best-evidence objection.  Defendant proposes to use a single page of a multiple-page grievance document.
ATTACHMENT A

| EXHIBIT NO. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PLF | DF | 3 PTY | DESCRIPTION | OFF | OBJ | RCV D | NOT RCVD | DATE |
|  | 315 |  | September 10, 2008 email from Mike Helzer re: value added issue (JBS-NE010628) (Dep Ex 44) |  | A H |  |  |  |
|  | 316 |  | September 15 & 16, 2008 Skinner Emails and backup documentation (JBS-NE028803-04, 031621-22) (Dep Ex 541) |  | A H O[11] |  |  |  |
|  | 317 |  | September 16, 2008 Helzer Email (JBS-NE017984-85) (Dep Ex 225) |  | A H |  |  |  |
|  | 318 |  | Notes of "2PM" Meeting (JBS-NE010057-58) (Dep Ex 258) |  | R A H O[12] |  |  |  |
|  | 319 |  | Grand Island Cafeteria Video (JBS-NE001002) |  | A O[13] |  |  |  |
|  | 320 |  | Diversity Meeting, September 20, 2008 (JBS-NE028659) |  | R A H |  |  |  |
|  | 321 |  | September 24, 2008 Sign-Ins (JBS-NE028660-68) |  | R A H O[14] |  |  |  |

---

[11]The backup documentation was prepared/reviewed by Heather Skinner in 2012 for this litigation after she was named an employee-expert by Defendant. The EEOC objects to documents JBS-NE031621-22 and any testimony relate d to them being admitted at the Phase I trial based on the court's Order precluding expert testimony by Ms. Skinner because she reviewed such documents in summer 2012 solely in her role as an expert for JBS. (Doc. No. 467). Such documents were not produced to the EEOC until approximately August 8, 2012, after JBS named her as an expert. The EEOC does not object to the admission of documents JBS-NE028803-04 (Dep. Ex. 400) as these documents reflect actions taken by Ms. Skinner in September 2008 about which she can testify as a fact witness.

[12]These handwritten notes have no identified author, do not state whom the notes are about, do not show where or when the notes were taken, and contain at least two different sets of handwriting. Prejudice outweighs probative value.

[13]This video has no audio, was shot from a third-party concession company's security camera, and shows only a small portion of the cafeteria. Thus, it is not a fair and accurate representation of what occurred. Prejudice outweighs probative value.

[14]These sheets with hand-written, often illegible signatures, do not contain any information on training topics, training scope, training length, or who was required to attend. Prejudice also outweighs probative value.

ATTACHMENT A

| EXHIBIT NO. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **PLF** | **DF** | **3 PTY** | **DESCRIPTION** | **OFF** | **OBJ** | **RCV D** | **NOT RCVD** | **DATE** |
| | 322 | | September 2008 Timeline prepared by UFCW, Local 22 (E000004882-83) (Dep Ex 334) | | H A O[15] | | | |
| | 323 | | October 17, 2008 Letter from UFCW, Local 22 to NEOC (UNION000124-26) | | A H O[16] | | | |
| | 324 | | Grand Island Head Count Numbers for September 2008 (JBS-NE001001) (Dep Ex 545) | | R H A O[17] | | | |
| | 325 | | September 2008 Production Data (JBS-NE001001, 032582-84) (Dep Ex 550). *Defendant may create demonstrative exhibits based on the data contained in these documents* | | R H A O[18] | | | |

[15]Local union president Dan Hoppes testified that he prepared the document with a union lawyer to respond to charges filed with the NEOC, that he was unsure of the timeline's accuracy, and that it contains some information given to him by others Prejudice also outweighs probative value.

[16]This UFCW-letterhead document, apparently prepared by the Union to send to the NEOC, has no identified author and is missing a signature page and the documents referenced as attachments to it. Prejudice also outweighs probative value.

[17] The EEOC objects to document JBS-NE001001 and any testimony related to such document being admitted at the Phase I trial based on the Court's Order precluding expert testimony by Ms. Skinner because the EEOC believes that she first reviewed such document  in summer 2012 solely in her role as an expert for JBS. (Doc. No. 467).

[18]This document is unreadable.  In addition, the EEOC objects to documents JBS-NE032582-84 and any testimony related to them being admitted at the Phase I trial based on the Court's Order precluding expert testimony by Ms. Skinner because she reviewed such documents  in summer 2012 solely in her role as an expert for JBS.  (Doc. No. 467).  Such documents were not produced to the EEOC until September 14, 2012, after JBS named her as an expert.  The EEOC also objects to document JBS-NE001001 and any testimony related to such document being admitted at the Phase I trial based on the Court's Order precluding expert testimony by Ms. Skinner because the EEOC believes that she first reviewed such document  in summer 2012 solely in her role as an expert for JBS.

ATTACHMENT A

| EXHIBIT NO. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PLF | DF | 3 PTY | DESCRIPTION | OFF | OBJ | RCV D | NOT RCVD | DATE |
| | 326 | | Period 8, 9 and 10 2008 Production Data (JBS-NE032576-77) (Dep Exs 547, 548). *Defendant may create separate demonstrative exhibits based on the data contained in these documents* | | R H A O[19] | | | |
| | 327 | | Calculations of costs of various break scenarios (JBS-NE032578-80) (Dep Ex 549) | | R H A O[20] | | | |
| | 328 | | General Production and Break Schedule Sign-Off (JBS-NE011301) (Dep Ex 5) | | R H A | | | |
| | 329 | | Representative Certification of Training Zero-Tolerance Policy, December 10, 2008 (JBS-NE028500, 506-07, 509-10, 515, 524, 528, 541, 549, 553-54) | | R H A O[21] | | | |
| | 330 | | Guidelines for Unscheduled Work Breaks for 2011 (JBS-NE032915) | | | | | |
| | May Offer: | | | | | | | |

---

[19]The documentation was prepared/reviewed by Skinner in 2012 for this litigation after she was named an employee-expert by Defendant, and is based on/derived from 2012 hypotheticals suggested by defense counsel. Further object to its use for demonstrative exhibits. In addition, the EEOC objects to documents NE032576-77 and any testimony related to them being admitted at the Phase I trial based on the Court's Order precluding expert testimony by Ms. Skinner because she first reviewed such documents in summer 2012 solely in her role as an expert for JBS. (Doc. No. 467). Such documents were not produced to the EEOC until September 14, 2012, after JBS named her as an expert.
[20]The documentation was prepared/reviewed by Skinner in 2012 for this litigation after she was named an employee-expert by Defendant, and is based on/derived from 2012 hypotheticals suggested by defense counsel. Further object to its use for demonstrative exhibits. In addition, the EEOC objects to documents NE032578-80 and any testimony related to them being admitted at the Phase I trial based on the Court's Order precluding expert testimony by Ms. Skinner because she reviewed such documents in summer 2012 inher role as an expert for JBS. (Doc. No. 467).
[21]Subsequent repairs or remediation.
ATTACHMENT A

| EXHIBIT NO. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PLF | DF | 3 PTY | DESCRIPTION | OFF | OBJ | RCV D | NOT RCVD | DATE |
| | 331 | | Video recording of human resources offices (JBS-NE021076) | | R A | | | |
| | 332 | | Grand Island Organizational Chart, December 2008 (JBS-NE010692-721) | | | | | |
| | 333 | | Fadumo Abdi Employee Handbook Acknowledgement, July 28, 2008 (JBS-NE001066) (Dep Ex 77) | | | | | |
| | 334 | | Fadumo Abdi BWE Training Acknowledgement, July 31, 2008 (JBS-NE012732) (Dep Ex 78) | | | | | |
| | 335 | | Abdulkadir Adan Employee Handbook Acknowledgement (JBS-NE001153) (Dep Ex 318) | | | | | |
| | 336 | | Adbulkadir Adan BWE Training Acknowledgement (JBS-NE012992) (Dep Ex 319) | | | | | |
| | 337 | | Documents relating to Ahmed Dalmar's employment with and termination from Pilgrim's Pride Corporation (JBS-NE011399-455) (Dep Exs 26, 27, 28, 29) | | R H A O[22] | | | |
| | 338 | | Hassan Duwane Employee Handbook Acknowledgement, February 12, 2007 (JBS-NE013506) (Dep Ex 149) | | | | | |
| | 339 | | Hassan Duwane May 9, 2007 Personal Action Record (JBS-NE013514) (Dep Ex 150) | | R H A | | | |

[22]These documents relate to Mr. Dalmar's employment after JBS, which is outside the scope of Phase I evidence, and they are also more prejudicial than probative.

ATTACHMENT A

| EXHIBIT NO. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PLF | DF | 3 PTY | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
| | 340 | | Mohamed Farah Employee Handbook Acknowledgement, July 9, 2007 (JBS-NE001530) (Dep Ex 123) | | | | | |
| | 341 | | Mohamed Farah BWE Training Acknowledgement, July 11, 2007 (JBS-NE013211) (Dep Ex 124) | | | | | |
| | 342 | | Mohamed Farah Training Certification, July 13, 2007 (JBS-NE013150) (Dep Ex 125) | | | | | |
| | 343 | | Habsa Ibrahim Employee Handbook Acknowledgement (JBS-NE001847) (Dep Ex 464) | | | | | |
| | 344 | | Habsa Ibrahim BWE Training Acknowledgement (JBS-NE031434) (Dep Ex 465) | | | | | |
| | 345 | | Habsa Ibrahim Time Detail (JBS-NE031615-16) (Dep Ex 471) | | R H A | | | |
| | 346 | | Ahmed Mohamed Employee Handbook Acknowledgement, July 9, 2007 (JBS-NE021308) (Dep Ex 520) | | | | | |
| | 347 | | Ahmed Mohamed BWE Training Acknowledgement (JBS-NE021385) (Dep Ex 521) | | | | | |
| | 348 | | Ahmed Mohamed Employee Handbook Acknowledgement (JBS-NE021313) (Dep Ex 524) | | | | | |

ATTACHMENT A

| EXHIBIT NO. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **PLF** | **DF** | **3 PTY** | **DESCRIPTION** | **OFF** | **OBJ** | **RCV D** | **NOT RCVD** | **DATE** |
| | 349 | | Naima Mohamed Employee Handbook Acknowledgement, July 9, 2007 (JBS010881) (Dep Ex 8) | | | | | |
| | 350 | | Naima Mohamed BWE Training Acknowledgement, July 11, 2007 (JBS-NE011394) (Dep Ex 9) | | | | | |
| | 351 | | Grievance Report No. 14 re: Naima Mohamed termination, February 27, 2008 (JBS-NE006921-24) (Dep Ex 11) | | R H A | | | |
| | 352 | | Naima Mohamed Termination Form, February 27, 2008 (JBS010844) (Dep Ex 12) | | R H A | | | |
| | 353 | | Mostek letter re: Naima Mohamed, November 11, 2008 (E000004943) | | R H A | | | |
| | 354 | | Omar Mohamed BWE Training Acknowledgement (JBS-NE021470) (Dep Ex 476) | | | | | |
| | 355 | | Omar Mohamed Time Detail and Attendance Record (JBS-NE021156, 031547) (Dep Exs 477, 478) | | R H A | | | |
| | 356 | | Sahara Noor Employee Handbook Acknowledgement (JBS-NE012168) (Dep Ex 514) | | | | | |
| | 357 | | Sahara Noor Time Detail (JBS-NE021225-28) (part of Dep Ex 515) | | R H A | | | |

ATTACHMENT A

| EXHIBIT NO. | | | DESCRIPTION | OFF | OBJ | RCV D | NOT RCVD | DATE |
|---|---|---|---|---|---|---|---|---|
| PLF | DF | 3 PTY | | | | | | |
| | 358 | | Sugra Olad Handbook Acknowledgement, December 3, 2007 (JBS-NE002249) (Dep Ex 134) | | | | | |
| | 359 | | Sugra Olad BWE Training Acknowledgement (JBS-NE013276) (Dep Ex 135) | | | | | |
| | 360 | | Ahmed Qurey Employee Handbook Acknowledgement (JBS-NE002279) (Dep Ex 501) | | | | | |
| | 361 | | Ahmed Qurey BWE Training Acknowledgement (JBS-NE021536) (Dep Ex 503) | | | | | |
| | 362 | | Ahmed Qurey Time Detail (JBS-NE031619-20) (Dep Ex 506) | | R H A | | | |
| | 363 | | Deq Said Employee Handbook Acknowledgement, July 14, 2008 (JBS-NE013719) (Dep Ex 163) | | | | | |
| | 364 | | Deq Said BWE Training Acknowledgement (JBS-NE013791) (Dep Ex 164) | | | | | |
| | 365 | | Deq Said Retirement/Termination/Sever ance Data Form (JBS-NE013708) (Dep Ex 165) | | R H A | | | |
| | 366 | | Deq Said Exit Interview, September 9, 2008 (JBS-NE013723-24) (Dep Ex 166) | | H | | | |
| | 367 | | Hawo Sharif Employee Handbook Acknowledgement (JBS-NE003624) | | | | | |

ATTACHMENT A

| EXHIBIT NO. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PLF | DF | 3 PTY | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
| | 368 | | Hawo Sharif BWE Training Acknowledgement (JBS-NE031516) | | | | | |
| | 369 | | Hawo Sharif Personnel Action Record, November 2, 2009 (JBS-NE003691) | | R H A | | | |
| | 370 | | Hawo Sharif Time Detail, September 2008 (JBS-NE031617-18) | | R H A | | | |
| | 371 | | Abdiaziz Yusuf Employee Handbook Acknowledgement (JBS011177) (Dep Ex 36) | | | | | |
| | 372 | | Abdirahman Yusuf Employee Handbook Acknowledgement, December 28, 2006 (JBS-NE003310) (Dep Ex 97) | | | | | |
| | 373 | | Abdirahman Yusuf BWE Training Acknowledgement, December 29, 2006 (JBS-NE013419) (Dep Ex 98) | | | | | |
| | 374 | | Abdirahman Yusuf Exit Interview, March 26, 2008 (JBS-NE003300-301) (Dep Ex 100) | | R H A | | | |
| | 375 | | Abdirahman Yusuf Employee Handbook Acknowledgement, June 2, 2008 (JBS-NE003332) (Dep Ex 102) | | | | | |
| | 376 | | Abdirahman Yusuf BWE Training Acknowledgement, June 2, 2008 (JBS-NE013356) (Dep Ex 103) | | | | | |

ATTACHMENT A

| EXHIBIT NO. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **PLF** | **DF** | **3 PTY** | **DESCRIPTION** | **OFF** | **OBJ** | **RCV D** | **NOT RCVD** | **DATE** |
| | 377 | | Defendant may offer demonstrative exhibits based on information and data contained in exhibits listed above | | R H A O[23] | | | |
| | 378 | | Any exhibit listed by Plaintiff | | | | | |
| | 379 | | Any exhibit necessary for impeachment or rebuttal | | R H A O[24] | | | |
| | | | | | | | | |

**OBJECTION**

    **R: Relevancy**

    **H: Hearsay**

    **A: Authenticity**

    **O: Other (specify)**

---

[23]The EEOC objects to any demonstrative evidence exhibits not previewed in advance and/or referring to or containing information or data ruled inadmissible by the Court.

[24]The EEOC objects to any exhibits referring to or containing information or data ruled inadmissible by the Court.

ATTACHMENT A

*K. Moore*                                                                                                       1

## Kathleen M. Moore

Religious Studies Department, UC Santa Barbara; kmoore@religion.ucsb.edu

**Education**
    1992    Ph.D., University of Massachusetts at Amherst, Political Science
    1986    Center for Arabic Study Abroad (CASA), American University in Cairo
    1982  B.A., Political Science and Arabic Language (*Cum Laude*), UCLA

**Academic Appointments**

7/09 –          **Professor**, Religious Studies, University of California Santa Barbara

9/02 – 6/09     **Associate Professor,** Law and Society, University of California Santa Barbara

8/00 – 8/02     **Associate Professor,** Political Science, University of Connecticut
                Graduate Faculty, Public Law specialization

9/94 – 8/00     **Assistant Professor,** Political Science, University of Connecticut
                Graduate Faculty, Public Law specialization

**Administrative Appointments**

4/13 -9/13,    **Acting Director**, Center for Middle East Studies, University of California
4/12-9/12     Santa Barbara

6/13 – 8/13,   **Co-Academic Director**, UCSB Study of the United States Institute:
6/12 – 8/12,   Religion in the United States: Pluralism and Public Presence (funded by
6/11-8/11      U.S. Department of State)

6/11 – 9/11    **Acting Chair**, Religious Studies, University of California Santa Barbara

7/10 – 9/12    **Vice Chair**, Religious Studies, University of California Santa Barbara

9/07 – 6/08    **Director,** Center for Middle East Studies, University of California Santa Barbara

9/06-8/07      **Co-Director**, Center for Middle Eastern Studies, University of California Santa Barbara

12/02 –7/06    **Chair,** Law and Society Program, University of California Santa Barbara

**Selected Publications**

**Books:**
*Al-Mughtaribun:* American Law and the Transformation of Muslim Life in the United States, Revised and Expanded Edition. Albany: State University of New York Press, forthcoming, 2014 (original edition, 1995).

The Unfamiliar Abode: Islamic Law in the United States and Britain. New York and Oxford: Oxford University Press, 2010.

Muslim Women in America: The Challenge of Islamic Identity Today. (Authored with Yvonne Y. Haddad and Jane I. Smith.) New York and Oxford: Oxford University Press, 2006; paperback edition, 2011.

*K. Moore*                                                                                              2

**Book Chapters, Articles and Encyclopedia Entries (selected):**

"Da'wa." *The Oxford Handbook of American Islam.* Yvonne Yazbeck Haddad and Jane I. Smith, editors. Oxford University Press, forthcoming 2013.

"American Muslims in the American Legal System." *The Cambridge Companion to American Islam.* Omid Safi and Julianne Hammer, editors. Cambridge, U.K., forthcoming 2013.

"Muslim Advocacy in America. *Islam in the Modern World.* Ebrahim Moosa and Jeffrey Kenney, editors, pp. 369-388. Routledge Publishers, 2013.

"Pakistani Americans." *Multicultural America: The Newest Americans.* Ron Bayor, editor. Greenwood Press, 2011.

"Muslims and Politics." *The Princeton Encyclopedia of American Political History.* Princeton, New Jersey: Princeton University Press, 2009.

"Muslims in the United States: Pluralism under Exceptional Circumstances." In *The Annals of the American Academy of Political and Social Science* (vol. 612), July 2007, pp. 116-132. (Special issue on Religious Pluralism and Civil Society)

"Visible Through the Veil: The Regulation of Islam in American Law." In *Sociology of Religion* 2007 (68:3), pp. 237-251.

"Open House: Visibility, Knowledge and Integration of Muslims in the U.S." In Philippa Strum and Danielle Tarantolo, eds., Muslims in the United States, pp. 63-78. Woodrow Wilson International Center for Scholars, Washington D.C., 2003.

"A Part of U.S. or Apart from U.S.? Post-September 11[th] Attitudes toward Muslims and Civil Liberties." In Middle East Report (MERIP) vol. 32 no. 3 (Fall 2002), pp. 32-35.

"United We Stand: American Attitudes Toward (Muslim) Immigration Post-September 11[th]." In Muslim World 92:1&2 (Spring 2002), pp. 39-58.

**Professional Activities:**

2012     **Expert Witness**, *EEOC v Abercrombie & Fitch Stores* (on behalf of EEOC), Civil Action No.
         5:10-cv-03911-EJD

2010 -   **Expert Witness**, *EEOC, et al., v. JBS USA, LLC, fka Swift & Co.*, (on behalf of EEOC)**,** Case No.
         8:10cv318-LSC-FG3 (D.Neb.)

2010-11 **Expert Witness**, *ACLU of Minnesota v. Tarek ibn Ziyad Academy* (TiZA), No.9-138 (D.Minn.) (on behalf
         of defendants)

2005-06 **Project Consultant**, Chicago Council on Global Affairs Task Force on Muslim Americans: Civic and Political Engagement (duties included arranging for expertise in 6 sessions with Task Force, arranging and hosting city visits in LA and NYC, supervising focus groups and working groups, and drafting report which proposes private and public initiatives to increase engagement of American Muslim communities more fully in the national discourse on U.S. foreign policyand U.S. relations with the Muslim world)

**Professional Societies and Associations:**

American Academy of Religion, Law and Society Association, Islamic Law and Society Association Collaborative Research Network, Middle East Studies Association

## GWENDOLYN MARIZETT COMBS
**Department of Management**
**274 College of Business Administration**
**University of Nebraska-Lincoln**
**Lincoln, NE 68588-0491**
**Contact Information: marizett@msn.com (Email)**
**402-202-1106 (Cell Phone)**

## VITAE

## EDUCATION

| | |
|---|---|
| 2000 | University of Nebraska-Lincoln, Lincoln, Nebraska. Ph.D. Organizational Behavior, Human Resources Management, Organizational Theory and Human Resources Development. |
| 1976 | Washington University, St. Louis, Missouri. M.B.A. Concentration: Human Resources Management and Organizational Behavior. |
| 1974 | Wellesley College, Wellesley, Massachusetts. B.A. Psychology. |

## ACADEMIC WORK EXPERIENCE

1998-Present  UNIVERSITY OF NEBRASKA-LINCOLN Lincoln, Nebraska

| | |
|---|---|
| 5/2011-Present | Department Chair, Department of Management |
| 8/2007-Present | Associate Professor Department of Management |
| 8/2000-2007 | Assistant Professor Department of Management |
| 8/1998-2000 | Instructor -Department of Educational Administration |
| | Courses Taught: Human Resource Development |
| | Instructional Technology |

**COURSES TAUGHT**:
MNGT 360   Managing Behaviors in Organizations
MNGT 361   Human Resource Management
MNGT 361X  Open Enrollment HRM Course
MNGT 365   Diversity and Inclusion in Organizations
MNGT 461/861  Strategic Human Resource Management
MNGT 466/866  The Regulatory Environment for Human Resource Management
**Administrative**:  Area Coordinator, Human Resource Management

## PUBLICATIONS (Peer Reviewed and Book Chapters)

Florez, K.,  & Combs, G.M., (2012 in press), Minority Representation in Healthcare: Increasing the number of professionals, *Hospital Topics.*

Combs, G.M., Milosevic, I., Jeung, W., & Griffith, J. (2011) Ethnic identity and job attribute preference:  The role of collectivism and psychological capital. Journal of Leadership and Organizational Studies, 19(1), 5-16.

Klarsfield, A, Combs, G.M., Susaeta, L., & Cebada, M. B. (2011) International perspectives on diversity and equal treatment policies and practices, In  W. Mayrhofer and C.Brewster (Eds.) *Handbook of Research in Comparative Human Resource Management.* UK: Edward Elgar Publishers.

Combs, G. M., Clapp-Smith, R. & Nadkarni, S. (2010). Managing BPO Service Workers in India:  Examining hope on performance outcomes. *Human Resource Management* 49(3), 455-474.

Lillevik, W., Combs, G. M., & Wyrick, C. (2010). Managing diversity in the USA : The evolution of inclusion in the workplace. In A. Klarsfield (Ed.) *International Handbook on diversity Management at Work:  Country Perspectives on Diversity and Equal Treatment at Work.* UK: Edward  Elgar Publishers,.

Combs, G. M., Luthans, F., & Griffith, J. (2008). Learning motivation and transfer of human capital development:  Implications from psychological capital.  In C. L. Cooper & R. Burke (eds.) pp 73-91. *The Peak Performing Organization.* Routledge.

Combs, G. M. (2008). Religious Discrimination and Racial Harassment:  Whatever Happened to MarShawn DeMur. Society for Human Resource Management Washington, D.C.

Combs, G. M. & Griffith, J. (2007). An examination of interracial contact: The influence of cross-race interpersonal efficacy and affect regulation.  *Human Resource Development Review,* 6: 222-244

Combs, G. M., & Luthans, F. (2007). Diversity training:  Analysis of the impact of self efficacy". *Human Resource Development Quarterly,* 16(1), 91-120.

Nadkarni, S. & Combs, G. M. (2006). Developing effective $360^0$ feedback appraisals:  A positive organizational behavior approach. *Jigyasa: Journal of Human Resource and Organizational Development* New Delhi School of Economic, Fall, 28-42.

Luthans, F, Avey, J. B. Avolio, B. J., Norman, S. M., & Combs, G. M. (2006). Psychological capital development: Toward a micro-intervention, *Journal of Organizational Behavior,* 27, 387-393.

Combs, G. M., Nadkarni, S., & Combs, M. W. (2005). Implementing affirmative action plans in multinational corporations. *Organizational Dynamics,* 34(4), 346-360.

Combs, G. M., & Nadkarni, S. (2005). A tale of two cultures:  Attitudes towards affirmative action  in the United States and India. *The Journal of World Business,* 40, 158-171.

Combs, M. W., & Combs, G. M. (2004). Revisiting brown v. board of education:  A cultural, historical, legal and political perspective. *Howard University Law Journal.* 47(3): 627-678.

Combs, G. M. (2003). The duality of race and gender for managerial African American women:  The implications of informal social networks on career advancement, *Human Resource Development Review,* 2(4), 385-405.

Combs, G. M. (2002). Meeting the leadership challenge of a diverse and pluralistic workplace:

implications of self-efficacy for diversity training. *The Journal of Leadership Studies,* 8(4), 1-16.

**PUBLICATIONS (Conference Proceedings):**

Combs, G.M. & Fleig-Palmer, M. (2007). Examples from the Philippines: An examination of the inpatriation of nurses. Mountain Plains Management Conference. Kearney, Nebraska.

Combs, G. M. (1998). The influence of anti-affirmative action events and policies on human resource and affirmative action strategies. *Midwest Decision Sciences Institute Conference*, Lincoln, Nebraska.

Combs, G. M. (1996).The clash of the titans: The convergence of affirmative action and institutional bias. *Southern Management Conference*, New Orleans, Louisiana.

**PUBLICATIONS (Other)**

Combs, G. M. (2007). Competitive drive and gender differences. *Nebraska Woman Magazine*, 1(1), 22-23.

## UNDER REVIEW:

## BOOK PROPOSALS SUBMITTED

Combs, G & Smith-Nelson, R. The Generational Divide: The Influence of Intergenerational Differences on Workplace Behaviors. Proposal for edited book to Rutledge/ Taylor Frances, Series in Applied Psychology.

## RESEARCH IN ADVANCED STAGES

Final Preparation Stages:

Griffith, J., Training motivation and training transfer outcomes: The role of psychological capital.

Milosevic, I. Bass, E. & Combs, Shall we dance? Exploring knowledge emergence from inception to institutionalization.

Griffith, J. & Combs, G. M., Racial differences in job attribute preferences: The influence of ethnic identity and psychological capital.

## WORK IN PROGRESS

Combs, G., Influence of Diversity programs on the well-being of working women. M. Connerley & J. Wu, (Eds) The Handbook on Well-Being of Working Women, Quality-of-Life Research series to be published spring 2014 by Springer in cooperation with the International Society of Quality of Life Studies.

Combs, G. M., Social comparison and contact theory: Implications for African American managers career development".

Combs, G. M., Griffith, J. & Clapp-Smith, R., Movements in green fields: Conceptual framework for firm motivation to be green. To be submitted to Academy of Management Review.

Combs, G. M., & Griffith, J., Inter-group contact and referent selection: An analysis of racial attitudes and career strategies of African American Managers.

Lillevick, W. & Combs, G.M. Hofstede and the Imposition of Equality Legislation: Global Implications and Influences. To be submitted to special issue of International Journal of Employee Relations.

Combs, G.M. The Context of Diversity Courses in the Business School Curriculum.

## COURSE DEVELOPMENT ACTIVITIES
UNL Life Skills Course Diversity Module Development Spring/Summer 2010

## GRANTS AND AWARDS
Ethics Course Development Grant Summer 2010
GDO Division Executive Committee Service Award, 2009
Exemplary Service Award, Management Faculty of Color Association, 2009
Chancellor's Fulfilling the Dream Award, 2007.
Best Paper in Management Track Award, Great Plains Management Conference 2008
Layman Award Grant. 2003-2004. Social comparison and contact theory: Implications for African American managers career development.
Diversity Enhancement Grant. 2001-2002. Course Development, MNGT 365, Diversity in Organizations,
Pinnacle Bank Faculty Award, 2001

## CONFERENCE PAPERS AND PRESENTATIONS
Griffith, J. & Combs, G. M. (2013), Training motivation and training transfer outcomes: The role of psychological capital. Accepted for presentation at the Academy of Management Conference, Lake Buena Vista, FL, August 2013.
Milosevic, I, Bass, A., & Combs, G.M., (2012). Shall we dance: Exploring knowledge emergence from inception to institutionalization. Accepted for presentation at the Southern Management Association Conference, Fort Lauderdale, Florida, October 31-November 3.
Griffith, J. & Combs, G. M. (2012) Motivation to learn and training transfer: The role of psychological capital. Management Faculty of Color Conference May 31-June 2, 2012, Murfreesboro, Tennessee.
Stone-Romeo, E., Combs, G. M. Stone D. L., & Nelson, T. A., (2012) Affirmative Action in the

New Millennium: Perspectives, Advancements and Limitations. Presentation Symposium. Society for Industrial and Organizational Psychology Conference, San Diego, CA, April, 2012.

Klarsfield, A, Combs, G.M., Susaeta, L., & Cebada, M. B. (2011) International perspectives on diversity and equal treatment policies and practices. Association of Industrial Relations Academics of Australian and New Zealand (AIRAANZ) Conference, Auckland, New Zealand. February 4-8, 2011.

Combs, G.M. & Lillivek, Waheeda (2010). The regulation of diversity management: towards a typology. Academy of Management Conference, Montreal Quebec, Canada.

Combs, G. & Griffith, J. (2009). Racial differences in job attribute preferences. Academy of Management Conference, Chicago, IL

Griffith, J., Combs, G. & Clap-Smith, R. (2009). What does it mean to be green? Strategic focus, social consciousness and profit motivation. Symposium Organizers. Academy of Management Conference, Chicago, IL.

Griffith, J., Combs, G. & Clap-Smith, R. (2009). Movements in green fields: Conceptual framework for firm motivation to be green. Academy of Management Conference, Chicago, IL.

Combs, G. M. & Smith, R. M. (2008) The Generational Divide: The Influence of intergenerational differences on workplace behaviors. Symposium Organizers. Academy of Management Conference, Anaheim, CA.

Combs, G. M. & Griffith, J. (2008). Organizational citizenship behaviors: The potential influence of social identity. Academy of Management Conference, Anaheim, CA

Combs, G. M. & Griffith, J. (2007). Contact and diversity integration: The influence of interpersonal efficacy and affect regulation, Academy of Management Conference, Philadelphia, PA.

Combs, G. M., & Litvin, D. (2007) Teaching Diversity: The Instructor as Medium. PDW. Academy of Management Conference Philadelphia, PA.

Combs, G. M., & Fleig-Palmer, Michelle. (2007).Examples from the Philippines: An Examination of The Inpatriation of Nurses. Great Plains Management Conference, Kearney, NE.

Luthans, F., Combs, G. M., Clapp, R. & Nadkarni, S. (2006). Knowledge workers in India: Exploring the relationship of hope and optimism with performance. *Academy of Management Conference*, Atlanta, GA.

Nadkarni, S., Combs, G. M., & Provaznik, W. (2006). To be or not to be: An analysis of optimism and hope in the United States and India, *Academy of International Business Conference*, Beijing, China.

The Katrina event: Antecedents, outcomes and organizational response. (2006). All Academy Symposium. *Academy of Management Conference*, Atlanta, GA

Psychological capital micro intervention. (2005) UNL Black Graduate Students/Afrikan Peoples Union Workshop.

Combs, G. M. (2005). Against the ropes: Institutional bias and the competing force of affirmative action. *Academy of Management Conference*, Honolulu, Hawaii.

Combs, G. M., Nadkarni, S., & Combs, M. W. (2005). Cross-cultural context: Implementing affirmative action plans in multinational corporations. *Eastern Academy of Management Conference*, Cape Town, South Africa..

Diversity Research Dialogue. (2005). *Management Faculty of Color Conference*, Houston, Texas.

Harvard University, Center for Public Leadership, *Diversity Leaders Summit,* November 2004, Cambridge, MA. One of 100 invitees from academia and business to discuss diversity practices and research.

Combs, G. M., & Sommer, S. (2004). Social comparison theory and contact theory: Implications for African American managers career development. *Academy of Management Conference*, New Orleans, LA.

Combs, G. M., & Nadkarni, S. (2004). A theoretical and exploratory analysis: Attitudes towards affirmative action plans in India and the United States. *Academy of International Business Conference,* Stockholm, Sweden,

Management Faculty of Color Conference. (2004), Research Incubator, Professional Collaborations. College Park, MD.    Planning and Organization Committee.

Diversity Education and Self-Efficacy. (2004). Research presentation and discussions with National Science Foundation Program Directors. Grant Writing for National Science Foundation Funding, March. Albuquerque, New Mexico, Sponsored by Quality Education for Minorities, Washington D.C.

Combs, G. M. (2003). The duality of race and gender for African American women: Implications of informal networks and career advancement. *National Academy of Management Conference*, Seattle, WA.

Combs, G. M., & Sommer, S. (2003). Comparison and contact: Career development Implications for African American managers. *Midwest Academy of Management Conference*, St. Louis, MO.

Combs, G. M., & Luthans, F. (2001). The impact of self-efficacy on diversity training effectiveness: A field experimental analysis. *National Academy of Management Conference*, Washington D.C.

Hendricks Symposium, University of Nebraska, November. (2000). Lincoln, NE. Panel Chair and Moderator. Affirmative action and issues of inclusion: Strategies, assessments and prospects.

Race and gender issues in the business school environment. Symposium. (1999). *Midwest Academy of Management Conference*, Lincoln, NE

Combs, G. M. (1998). Affirmative action and human resource strategies in the public and private sectors: A pilot study of the interaction of anti-affirmative action policies and events. *National Academy of Management Conference,* San Diego, CA.

Combs, G. M. (1998). The Influence of Anti-Affirmative Action Events and Policies on Human Resource and Affirmative Action Strategies. *Midwest Decision Sciences Institute Conference*, Lincoln, NE.

Combs, G. M. (1996). The clash of the titans: The convergence of affirmative action and institutional bias. *Southern Management Association Conference*, New Orleans, LA

Affirmative action: A bridge over troubled waters. (1996). *American Association of School Personnel Administrators, Missouri Valley Personnel Conference*, Lincoln, NE

## PROFESSIONAL DEVELOPMENT WORKSHOP PARTICIPATION

Combs, G.M. (2010) Daring to care the integration of POS and diversity research. Academy of Management Conference, Montreal Quebec, Canada.

Diversity in Business School Faculty Initiative, PDW Town Hall Meeting. (2007). *Academy of Management Conference*, Philadelphia, PA.

Combs, G. M., & Litvin, D. (2007). Teaching diversity: The instructor as "medium". PDW, Gender & Diversity in Organizations Division, Academy of Management Annual Conference, Philadelphia, PA..

Diversity in Business School Faculty Initiative, PDW Town Hall Meeting. (2006). *Academy of Management Conference*, Atlanta, GA.

Diversity in Business School Faculty Initiative, Professional Development Workshop. (2005). Academy of Management Conference, Honolulu, Hawaii.

Doctoral Student Consortium Gender and Diversity Division. Teaching Diversity, Organizer & Presenter. (2004). Academy of Management Annual Conference, August, 2004, New Orleans, LA

Our First Years: Transitioning Into Academia Part II. (2004). Professional Development Workshop: Management Education and Development, and Gender and Diversity Divisions. *Academy of Management Annual Conference*, New Orleans, LA.

Our First Years: Transitioning Into Academia Part. (2002). Professional Development Workshop: Management Education and Development. *Academy of Management Annual Conference,* Denver, CO.

## CONSULTING/OUTREACH/PRESENTATIONS

Expert Witness on Human Resource Management Policies and Practices, (2011-present) United States Equal Employment Opportunity Commission, Litigation on Religious Discrimination.

Process Facilitator 2010-2012. Nebraska HHS Governor's Ad-hoc Committee on Chronic Homelessness. Development of the State of Nebraska Comprehensive Plan to End Chronic Homelessness.

Management Development Seminars, Lincoln, NE. December 2008. Issues in Diversity.

Nebraska Judicial Branch Education Certification Conference. Lincoln, NE. December 2007. The Changing Human Resource Environment.

UNL Extended Education and Outreach, Lincoln, NE,

Allied Insurance Company, Lincoln, NE. June 2006. Differences that Matter: A Discussion of Pluralism at Work.

UNL Extended Education and Outreach, Lincoln, NE, February, 2006, Near Painless Performance Appraisal: Creating a Supportive Climate for Performance Management. March, 2006, Total Performance Management: More Art than Science.

Southwest Public Power District, Palisades, Nebraska, April 2005. Strategies for Effective Organizational Performance and Interpersonal Interactions.

National Rural Electric Cooperative Association Management Internship Program, Lincoln, NE,
    November & December, 2003 and February 2004.  Human Resources Management: An
    Overview of Critical Issues.

Lincoln Chamber of Commerce Small Business Network, Lincoln, NE, August 2003.
    Managing Inter-generational Differences in the Workplace.

U.S.D.A. Natural Resource Conservation Regional Meeting, Kearney, NE, December 2002.
    Career Development:  Personal and Organizational Perspectives.  Two workshops for
    approximately 175 employees of the Federal Conservation Service

## PROFESSIONAL SERVICE

### Editorial Boards
Member, Editorial Board, Journal of Leadership and Organizational Studies

### Review Service
Ad-hoc reviewer, Journal of Business Research
Ad-hoc reviewer, Human Resource Development Review
Ad-hoc reviewer, Human Relations
Ad-hoc Reviewer, Organization & Group Management

### Session Chair
Academy of Management 2001, 2005, 2012

### Conference Paper Reviewer
Academy of Management, 2001, 2002, 2003, 2004, 2005, 2006, 2007 and 2008. 2012

### Professional Organizations Leadership Roles

Division Chair (2012-2013) Gender and Diversity in Organizations Division, Academy of
    Management.
Program Chair (2010-2011) Gender and Diversity in Organizations Division, Academy of
    Management 2010-2011.
Program Chair Elect Professional Development Workshop Chair, Gender and Diversity in
    Organizations Division, Academy of Management   (Elected) 2009-2010.
Executive Committee, Gender and Diversity in Organizations Division, Academy of
    Management (Elected) 2006
Chair, Membership Committee, Gender and Diversity in Organizations Division, Academy of
    Management, (Appointed) 2005-2008.
Co-Chair Diversity Best Practices Award Committee, Gender and Diversity in Organizations
    Division, Academy of Management, 2005-2007.
President, Management Faculty of Color Association, Inc. 2008-2009.
Executive Committee, Management Faculty of Color Association, Inc., 2003-2010.
Treasurer, Management Faculty of Color Association, Inc., 2003- 2007.

Academy of Management Mentoring Committee, Human Resource Management Division
Liaison 2002-2006

## Memberships in Academic and Professional Organizations
Academy of Management
Academy of International Business
Society for Human Resource Management
Lincoln Human Resource Management Association

## University Service
Chair, Chancellor's Commission on People of Color 2008-present
University-Wide Diversity Council 2007-2010
Multicultural Student Advisory Council UNL 2007
Graduate Fellowships and Scholarship Committee 2001
The Committee to Review Area H (Race, Gender, Ethnicity) of the Comprehensive
Education Program, University of Nebraska-Lincoln. 2001
Summer Reading Program 2002
Search Committee for the UNL Dean of Undergraduate Programs 2002-2003
UNL Undergraduate Retention and Recruitment Committee 2003-2004
McNair Summer Research Program Faculty Mentor, 2003
UNL Diversity Community of Practice
Jones Scholars Learning Community Navigator 2004-2005
Dissertation Committee Membership in Other Colleges
- Agricultural Leadership (1)
- Educational Leadership (4)

## College of Business Administration Service
Search Committee, Director and Assistant Professor positions, Center for Entrepreneurship,
2010.
College Strategic Planning Sub Committee on Outreach and Engagement Fall 2010
Assessment Committee Department Representative2008-Present
Executive Committee, Faculty-At-Large Member, 2000- 2005
General Committee, 2002 – 2006
Advisor – Student Chapter Society for Human Resource Management 2004-present
Graduate Student Recruiting 2002 & 2003
Strategic Planning Committee, 2000
Red Letter Days Representative Summer 2002
Finance Department Search Committee 2004-2005
BASD 101 Presenter 2005-present

## Department Service
Department Undergraduate Curriculum Assessment Committee 2011
Department Vision Committee 2010

Dissertation Committee Membership
- Griffin (Chair)
- Fleig-Palmer
- Smith-Nelson
- Steve Norman
- Blackford
- Ivana Milosevic

Curriculum  Committee 2010
Gender & Diversity Committee 2003- 2010
Grade Appeals Committee 2002
Faculty Search Committees 2001-2006
Social Committee 2005 - present

**Community Service**
CLIA-Center for Legal Immigration Services Board of Directors 2011-Present
Lincoln Mediation Center Board of Directors 2007- Present
Nebraska Human Resources Council 2007-2009
Board of Directors American Red Cross Lincoln Chapter 2000-2006
President Delta Sigma Theta Sorority, Inc. Lincoln Alumnae Chapter 2006-2010
Human Resource Committee American Red Cross, Lincoln Chapter 2001-2005
Lincoln/Lancaster Women's Commission 2003-2005

**NON-ACADEMIC WORK EXPERIENCE:**

July 1993 - July 1998                        LINCOLN PUBLIC SCHOOLS
                                             Lincoln, Nebraska
                                             *Human Resources Specialist and Affirmative*
                                             *Action Officer*

Responsibilities include managing the implementation of the district's Affirmative
Action Program including education and training.  Plan and arrange for the recruitment of
racial/ethnic minority administrators, teachers, professionals and classified staff.
Coordinate the Grow Your Own Minority Internship Program.  Receive and investigate
discrimination/harassment complaints.  Manage the total employment process for
classroom paraeducators including recruitment, selection, compensation, discipline and
separation.

May 1987- February 1993             NEBRASKA STATE DEPARTMENT OF PERSONNEL
                                    Lincoln, Nebraska

March 1991 - February 1993             *State Director of Personnel*
Gubernatorial Appointment. Responsible for the administration of the Department of
Personnel.  Subject to the review powers of the State Personnel Board, this position was
responsible for development of personnel policy, specific administrative systems and the
adoption, promulgation and enforcement of rules and regulations pertaining to personnel.

Specific administrative systems responsible for included: Employment services, personnel records, personnel management, classification and compensation, employee benefits, labor relations and affirmative action for all State employees under the Classified System.

May 1987 - March 1991          *Administrator for Affirmative Action and Recruitment*

Division head responsibilities for directing and administering the State's Recruitment Program for staffing of vacant positions and the State of Nebraska Affirmative Action Program. This position required developing policy and procedures for recruitment and selection for state agencies; reviewing and approving code agency Affirmative Action programs; interpreting state statutes and federal regulations; advising agencies in management decisions; counseling employees and other constituents regarding discrimination, equal employment opportunity, Affirmative Action and employment issues; and directing training activities.

August 1985 - April 1987          LOUISIANA STATE UNIVERSITY
Baton Rouge, Louisiana
*Manager of Employment/Employee Relations*

Managerial function directing the activities of the Employment Office within the Department of Personnel Services. Responsibilities included academic and non-academic recruitment and placement; applicant testing and screening; employee counseling and grievance investigation; advising management regarding disciplinary and corrective actions; coordinating transfers, promotions, demotions and layoffs; and ensuring compliance with immigration regulations covering the employment of foreign nationals and exchange visitors. Other responsibilities included administering the Exit Interview Program and equal employment opportunity compliance.

February 1985 - May 1985          H. J. WILSON COMPANY, INC.
Baton Rouge, Louisiana
*Manager of Corporate Recruitment and Placement*

Responsible for managing the overall activities of the Placement Office and for the recruiting, screening and selection of job candidates for Computer Operations, Engineering, Marketing and Administrative Divisions. Also served as the personnel representative to assist employees with problems for assigned areas of the company.

June 1980 - July 1984          UNIVERSITY OF NEBRASKA-LINCOLN
Lincoln, Nebraska
*Director of Personnel*

Direct responsibility and accountability for University of Nebraska-Lincoln Campus Human Resources programs for all non-academic personnel. Functional areas included classification and compensation, employment services, employee relations, employee benefits and employee records. Developed, implemented and analyzed policies,

procedures and practices governing conditions of employment for University of Nebraska-Lincoln employees throughout the State.

December 1979 - June 1980                          LINCOLN ELECTRIC SYSTEM
                                                   Lincoln, Nebraska
                                                   *Human Resources Specialist*

Responsible for managing the total employment function, including college and university recruiting. Also served as Affirmative Action and Equal Employment Opportunity Officer (researched and developed Company Affirmative Action Plan and investigated AA/EEO complaints). Some salary administration responsibilities.

January 1979 - December 1979                       LINCOLN TELEPHONE AND
                                                   TELEGRAPH
                                                   Lincoln, Nebraska
                                                   *Human Resources Assistant*

Primary duties in the area of salary administration. Analyzed, evaluated and implemented changes for salary programs and policies. Developed and coordinated a job description process for union and non-union positions. Developed and integrated manual and computer based records for salary adjustments and performance ratings. Researched and furnished data for salary surveys and handled special projects.

June 1976-November 1978                            GENERAL MILLS, INCORPORATED
                                                   (Corporate and Pant Facilities)

June 1978 - November 1978                          *Assistant Human Resources Manager*
                                                   Toledo, Ohio

Provided total services for several functional areas of the Toledo Packaged Food Plant. Accountabilities included grievance handling and investigation, safety, employment, counseling, corrective action, and manpower development.

January 1977 - June 1978                           *Human Resources Representative*
                                                   Packaged Foods Operations Division
                                                   Minneapolis, Minnesota

Served as Assistant to the Corporate Divisional Human Resources Manager with specific accountabilities in the areas of classification/compensation, employment, college and university recruitment, Affirmative Action, promotions and transfers, and providing services and information to plant locations as needed or requested.

June 1976 - December 1976                          *Job Analyst Salary Administration*
                                                   Corporate Human Resources
                                                   Minneapolis, Minnesota

Entry level position in Personnel with responsibilities for initiation and coordination of salary administration activities for Corporate Staff Departments using the Hay Evaluation System. Wrote and revised job descriptions and classified positions and determined position evaluation.

## HONORS AND AWARDS:

Outstanding African American Woman of Nebraska, Nebraska Commission on the Status of Women, 1993.

Builders Achiever's Award, Clyde Malone Community Center, 1991.

Listed in the 1980 Volume of Outstanding Young Women of America.

Consortium Fellowship for Graduate Study in Management, 1974 and 1975.

Waddel Fellowship for summer study, University of Ghana-Legion; Accra, Ghana, West Africa, 1973.

## SPECIAL ACTIVITIES:

Program Development and trained trainers for "WORDS COUNT" diversity training program for the State of Nebraska. 1989-1992

Developed the "Insights Into State Government" program for minorities applying for employment with the State of Nebraska.

Developed and presented the "Affirmative Action Workshop Series" for employees of Lincoln Public Schools.

Co-presenter for the "Multicultural Foundation Training Module" for employees of Lincoln Public Schools.

Managed the planning of two Regional Conferences for Region VII of the American Association for Affirmative Action held in Lincoln, Nebraska in 1995 and Kansas City, Missouri in 1996.

Director of Christian Education, Mount Zion Baptist Church.

Consultant in the area of Affirmative Action Programming and Plan Development.

Public speaker on Diversity & Inclusion and Multi-Cultural Awareness.

Program Developer and Presenter in Diversity & Inclusion program development and training.

Multi-Cultural Advisory Committee, Lincoln Public Schools.

Equity Monitoring Task Force, Lincoln Public Schools.

Courtesy appointment as Lecturer, Department of Management, College of Business Administration, University of Nebraska-Lincoln, 1981 to 1984.

Certified Instructor for Model-netics management development course, University of Nebraska-Lincoln, 1980 to 1985.

Member of the Program Committee for Japan-United States, Management Conference, University of Nebraska-Lincoln, 1981.

Appointed by Mayor of the City of Lincoln to the task force to study and make recommendations regarding the City's basic pay and merit program, 1984.

## ASSOCIATIONS AND MEMBERSHIPS:

American Society for Personnel Administration

Lincoln Human Resource Management Association

American Association for Affirmative Action - National Board of Directors 1990-1998, National Secretary, Chair Public Information Committee, Region VII Alternate Director (1 term) Region VII Director 1994-1998.

Co-Chair Finance Committee, HOPE (Helping Our People Excel), nd.

American Association of School Personnel Administrators, Chair - Minority Caucus (1994-1997).

Board of Directors Malone Community Center, Vice President and Personnel Committee Chair - 1980-84 and 1987-91.

Board of Directors Lincoln-Lancaster United Way, 1993-1994

City of Lincoln Human Rights Commission, 1990-1994

# LIYAKATALI TAKIM

Liyakat Takim
McMaster University
Department of Religious Studies,
University Hall 116
1280 Main Street West, Hamilton, ON,
Canada L8S 4K1

Telephone   (289) 752-8909 (H)               e-mail: ltakim@McMaster.ca
                 (905) 525-9140 ext 20521 (W)

**Place of Birth**: Zanzibar, Tanzania

## EDUCATION

1990     Ph.D. History of Religions, Department of History, School of Oriental and African Studies, London
Ph.D. Dissertation: "The *Rijal* of the Shi'i Imams as Depicted in Imami Biographical Literature"

1983-85 Qum Seminary, Qum, Iran
Extended research work in Islamic jurisprudence, biographical and *hadith* literature, Qur'anic exegesis, Arabic, and principles of extrapolating Islamic law.

1983     M.A. History of Religions, Department of Religious Studies, University of Virginia, Charlottesville, VA
M.A. Thesis: "A Study of the Doctrine of Messianism in Islam"

1978     B.Sc., Economics, Dept. of Economics, City University, London

## PROFESSIONAL EMPLOYMENT

2009 - Present  Professor, Sharjah Chair in Global Islam, McMaster University, Canada

2005 - 2009    Associate Professor, University of Denver

2001-2004     Assistant Professor, University of Denver

1999–2001     Visiting Assistant Professor, University of Miami

1999–2000     Adjunct Professor, University of Toronto

1998–2000     Adjunct Professor, Queen's University and McMaster University

1996–1997     Visiting Assistant Professor, Vanderbilt University

1990–1996     Director of Religious Studies, Toronto

## COURSES TAUGHT

Global Islam
Introduction to Islamic Civilizations
Islam in the American Mosaic
Judaism, Christianity & Islam
Classical Islam
Qur'an and *Hadith* Literature
Clash of Civilizations
Islam in the Medieval Era
Classical Arabic

Islam in Modern Times
Islamic Fundamentalism
Christian-Muslim Fundamentalisms
Islamic Mysticism
Jewish-Muslim Encounters
The Sacred Quest
World Religions
The Varieties of Islamic Experience

## PUBLICATIONS

**Books:**
*Shi'ism in America.* New York: New York University Press, 2009.

*Shi'i Islam in North America: United States of America and Canada.* Dix Hills: 2012.

*The Heirs of the Prophet: Charisma and Religious Authority in Shi'ite Islam.* Albany: State
  University of New York, 2006.

Translation of *Ziyarat Guide: Selected Supplications.* Toronto: MEBS, 2000.

Translation of *Pilgrims' Guide: Selected Supplications.* Toronto: Hydery Press, 1998.

Translation of *Questions of Jurisprudence: A Comparative Study of Muslim Ritual
  Practices*, by Sharaf al-Din al-Musawi. Toronto: Hydery Press, 1996.

Translation of *Ask Those Who Know: An Exposition of the Shi'ite Creed,* by Muhammad
  al-Tijani al-Samawi. Toronto: Hydery Press, 1995.

**Current Research:**
"*Contemporary Ijtihad and the Reform Movement in Islam*" (working title)

2

**Journal Articles:**

"Giving Voice to the Voiceless: Female Converts to Shi'ism in the United States and Canada" co-authored with Amina Inloes, *Studies in Religion* (forthcoming in 2013)

"The Study of Shi'i Islam in the Western Academia." *Rahnomoon journal* (forthcoming 2013)

"The Qur'anic Vision: Unity or Uniformity?" *Al-Bayan: International Journal for Qur'anic and Hadith Studies*, 10, no. 1 (2012): 17-24.

"American Shi'ism and the Media." *The Bright Future*, 6 (2011): 23-34.

"The Ground Zero Mosque Controversy: Implications for American Islam." *Religions*, 2 (2011): 132-144.

"Peace and War in the Qur'an and Juridical Literature: A Comparative Perspective." *The Journal of Sociology & Social Welfare*, 28, no. 2 (2011): 137-158.

"The Indigenization and Politicization of American Islam." *Politics and Religion Journal*, 5, no. 1 (2011): 115-127.

"The Ten Commandments and the Tablets in Shi'i and Sunni *Tafsir* Literature: A Comparative Perspective." *The Muslim World*, 101, no. 1 (2011): 94-109.

"War and Peace in the Islamic Sacred Sources." *Journal of Shi'a Islamic Studies*, 4, no. 1 (2011): 5-22.

"Preserving or Extending Boundaries? The Black Shi'is of America." *The Journal of Muslim Minority Affairs*, 30, no. 2 (2010): 237-249.

"Reinterpretation or Reformation: Shi'i Law in the West." *Journal of Shi'a Islamic Studies*, 3, no. 2 (2010): 141-165.

"From Pacifism to Activism: Engaging the Muslim Other in America." *Shi'a Affairs Journal*, 2 (2009): 1-20.

"A Minority with Diversity: The Shi'i Community in America." *The Journal of Islamic Law and Culture*, 10, no. 3 (2008): 326-341.

"Revivalism or Reformation: The Reinterpretation of Islamic Law in Modern Times." *American Journal of Islamic Social Sciences*, 25, no. 3 (2008): 61-81.

"Holy Peace or Holy War: Tolerance and Co-existence in the Islamic Juridical Tradition." *Islam and Muslim Societies*, 3, no. 2 (2007): 295-307.

"The Origins of and Authentications in Shi'i Biographical Literature." *American Journal of*

*Islamic Social Sciences*, 24, no. 4 (2007): 26-49.

"Offering Complete or Shortened Prayers? The Traveler's *Salat* at the Holy Places." *The Muslim World*, 96, no. 3 (2006): 401-422.

"Charismatic Appeal or Communitas? Visitation to the Shrines of the Imams." *Journal of Ritual Studies* 18, no. 2 (2004): 106-120.

"From Conversion to Conversation: Interfaith Dialogue in Post-911 America." *The Muslim World* 94, no. 3 (2004): 343-55.

"Combining the Two Prayers: Sectarian Polemics in the Juridical Literature." *International Journal of Shi'i Studies* 1, no. 2 (2004): 95-129.

"Authority Construction in Biographical Texts: The Cases of Humran b. A'yan and Mu'min al-Taq." *International Journal of Shi'i Studies* 1, no. 1 (2003): 125-55.

"Adoration in Islamic Mystical Tradition." *Prabuddha Bharata* ("Awakened India") (2002): 43-45.

"From *Bid'a* to *Sunna*: The *Wilaya* of 'Ali in the Shi'i *Adhan*." *Journal of the American Oriental Society* 120, no. 2 (2000): 66-77.

"Foreign Influences on American Shi'ism." *The Muslim World* 90 (2000): 459-77.

## Book Articles:

"The Concept of Sunna in Early Shi'ism" in *The Origins and Development of the Concept of Sunna: The Synthesis of Islamic Legal Thought*, edited by Adis Duderija, Taurus (forthcoming in 2014)

"Shi'i Islam in the African American Community" in *The [Oxford] Handbook of African American Islam*, edited by Amina McCloud, Oxford University Press (forthcoming in 2014)

"Maqasid al-Shari'a in Contemporary Shi'i Jurisprudence" in *Maqasid al-Shari'a in Contemporary Reformist Thinking*, edited by Adis Duderija, Taurus (forthcoming in 2014)

"Muhammad Through Western Eyes" in *Mohammed in History, Thought, and Culture: An Encyclopedia of the Prophet of God* (2 volumes), Fitzpatrick, C. & Walker, A. (Eds.), ABC-CLIO (forthcoming in 2013)

"Contemporary Challenges for American Shi'is" edited by Haydar al-Khoei (forthcoming in 2013).

"Shi'ite Muslims," in *The [Oxford] Handbook of American Islam*, edited by Yvonne Haddad and Jane Smith, (forthcoming in 2013).

"Then and Now: A History of *Ijtihad* in Twelver Shi'ism," in *Shi'i Historiography*, ed. Abbas Ahmadvand, (forthcoming in 2012).

"*Ijtihad* and the Derivation of New Rulings in Contemporary Shi'ism" in *Alternative Islamic Discourses and Religious Authority*, ed. Carool Kersten, Ashgate, (forthcoming 2012).

"Idealization or Realization: The Methodology of Ayatullah al-Khu'i in his Mu`jam al-Rijal," in *Text and Tradition: Post-16th Century Shii Scholarship*, ed. Ahab Bdaiwi, Edinburgh University Press, (forthcoming 2012).

"The Shi'ite Tradition in Islam," in *World Religions: Communities and Cultures*, ed. Jacob Neusner, Abingdon Press, 2010.

"The Prophet Muhammad: Exemplary Model," In *Great Prophet Muhammad (S.A.W) Eternal Light*, ed. Imtiyaz Yusuf, Bangkok: Islamic Cultural Center, 2009.

"The Concepts of the Absolute and Perfect Man in Mulla Fayd al-Kashani," Tehran Conference on Mulla Fayd Kashani, 2009.

"To Vote or not to Vote: The Politicization of American Islam," In *Politics and Religion in France and the United States*, eds. John Kelsay, Alec Hargreaves and Sumner B. Twiss. Lexington: Lexington Books, 2007.

"From *Bid'a* to *Sunna*: The *Wilaya* of 'Ali in the Shi'i *Adhan*." In *Shi'ism: Critical Concepts in Islamic Studies*, ed. Paul Luft and Colin Turner. Routeledge, 2007.

"Peace and Conflict Resolution in the Islamic Tradition." In *Religion, Terrorism and Globalization, Nonviolence: A New Agenda*, ed. K. Kuriakose. New York: Nova Science Publishers, 2006.

"Charismatic Appeal or Communitas? Visitation to the Shrines of the Imams." In *Contesting Rituals: Islam and Practices of Identity-Making,* ed. Pamela J. Stewart and Andrew Strathern. Durham, NC: Carolina Academic Press, 2005.

"Multiple Identities in a Pluralistic World: Shi'ism in America." In *Muslims in the West: From Sojourners to Citizens*, ed. Yvonne Yazbeck Haddad, 218-32. New York: Oxford University Press, 2002.

"Evolution in the Biographical Profiles of Two Hadith Transmitters." In *The Shi'ite Heritage*, ed. Lynda Clarke, 285-99. Binghamton, NY: Global Press, 2001.

"Shi'i Institutes in North America." In *Ahlul Bayt Assembly of America: Abstract of Proceedings Convention of 1996*, ed. Sayyed M. Hejazi & A. Hashim, 103-09. Beltsville, MD: International Graphics, 1997.

**Articles in Encyclopedias:**

*The [Oxford] Encyclopedia of Islam and Women*, ed. Natana DeLong-Bas, Oxford, 2013
  S.v. "Judgement, Final."

*Encyclopedia Iranica*, ed. Ahmad Ashraf, 2012
  S.v. " Kassi, Abu Amr Mohammad." Fascicle 1 of volume XV1, 2012

*Encyclopedia of Psychology and Religion*, (2nd Ed.), Springer, 2013
  S.v. "Muslim Shiites."

*Encyclopedia of Indian Religions*, Springer, 2012
  S.v. "Khojas."
   "Taqiyya."

*Encyclopedia of the Islamic World*, Tehran, 2012
  S.v. "Imami Khojas."
   "Dar al-Salaam."
   "Kilwa."

*World Book Encyclopedia*, ed. Dawn Krajcik, 2011
  S.v. "Islam."
   "Muslims."

*Encyclopedia of Muslim-American History* ed. I Curtis. Facts on File, 2010
  S.v. "Shi'a American Muslims."

*World Book Encyclopedia* ed. Dawn Krajcik. 2009
  S.v. "Ashura."
   "Agha Khan."
   "Jinns."

*Encyclopedia of Islam in America,* ed. Jocelyne Cesari. Greenwood Press, 2007.
  S. v. "Shi'a Communities."
   "Khomeini, Ayatollah."
   "Seestani, Ayatollah."

*Encyclopedia of Women and Islamic Cultures*, ed. Suad Joseph. Koninklijke: Brill, 2004.
  S.v. "Women, Gender and Islamic Law,"
   "Women, Gender and Islamic Law – Additional Schools."

*Encyclopedia of Holy People*, ed. Phyllis Jestice. Santa Barbara, CA: ABC-CLIO, 2004.
  S.v. "'Ali b. Husayn Zayn al-'Abidin,"
   "Hasan b. 'Ali,"
   "Husayn b. 'Ali,"
   "Ja'far al-Sadiq."

*Encyclopedia of the Qur'an*, ed. Jane D. McAuliffe. Leiden: Brill, 2004.
    S.v. "Samson"
      "Saul."

*Encyclopedia of Religion and War*, ed. Gabriel Palmer-Fernandez. New York: Routledge, 2004.
    S.v. "Islam - Shi'a."

*Religion and American Cultures: An Encyclopedia of Traditions, Diversity, and Popular Expression,* ed. Gary Laderman and Luis Léon. Santa Barbara, CA: ABC-CLIO, 2003.
    S.v. "Shi'ite Movements."

*The Oxford Dictionary of Islam*, ed. John Esposito. New York: Oxford University, 2003.
    S.v. "Banu al-Nadir," "Banu Isra'il," "Banu Qurayza," "Quraysh," "Qusayy," "Sujud," "Tashahhud," "Thamud," "Wajib."

*Encyclopedia of Islam and the Modern World,* ed. Richard C. Martin. New York: Macmillan Reference USA, 2003.
    S.v. "An-Nafs al-Zakiyya"
      "Ja'far al-Sadiq."

### Articles on Internet

"The Ground Zero Mosque Controversy: Implications for American Islam" 2011
*http://www.mdpi.com/2077-1444/2/2/132/pdf*

"Women in Judaism, Christianity and Islam: A comparative perspective"
Seminar on "Women in Other Traditions" University of Isfahan, 2006
*http://www.islamwomen.org/EngIW/ResDetails.aspx?id=306*

### Book reviews:

Review of *Shi'i Theology in Iran: The Challenge of Religious Experience*, by Ori Goldberg. *American Journal of Islamic Social Sciences* (forthcoming 2013)

Review of *Scripturalist Islam: The History and Doctrines of the Akhbari Shi'i School*, by Robert Gleave. *Journal of Shi'a Islamic Studies*, 3, no. 4 (2010)

Review of *British Muslim Converts : Choosing Alternative Lives*, by Kate Zebiri. *Journal of Shi'a Islamic Studies*, 2, no.3 (2009)

Review of *Reliving Karbala*, by Syed Hyder. *American Journal of Islamic Social Sciences*, 26, no. 3 (2009)

Review of *The Shi'is of Iraq*, by Yitzhak Nakash. *The Muslim World,* 97, no. 3 (2007)

Review of *The Twelver Shi'a as a Muslim Minority in India: Pulpit of Tears*, by Toby Howarth. *Bulletin of the School of Oriental and African Studies*, 70. no. 2 (2007).

Review of *Islam: Its History, Teaching, and Practices*, by S. A. Nigosian . *Journal of the American Academy of Religion* 74, no. 2 (2006).

Review of *The Crisis of Muslim History*, by Mahmoud Ayoub. *Journal of the American Academy of Religion* 73, no. 3 (2005).

Review of *Muslims: Their Religious Beliefs and Practices,* by Andrew Rippin. *Journal for Cultural and Religious Theory* 2, no. 3 (2001).
http://www.jcrt.org/archives/02.3/index.html?page=takim.shtml

## CONFERENCE PAPERS

2012: "Diasporic Jurisprudence and Shi'i Law in America" Williams College, Williamstown

2012: "Qur'anic Interpretation in Modern Times," International Society for Iranian Studies, Istanbul, Turkey

2012: "Revival of Religious Thought: Ijtihad and the Re-evaluation of Classical Texts in Modern Times," Hawaii International Conference on Social Sciences, Honolulu

2012: The Islamic Response to Arab Shi'i Thought," Texas A&M University, College Station

2011: "Myth or Reality: Ayatullah al-Khu'i and the Ten Readers of the Qur'an," Annual Meeting of the American Academy of Religion, San Francisco

2011: "The Study of Shi'ite Islam in North American Universities," Conference held at Hartford Seminary, Connecticut

2011: "Shi'ism in the Post-911 World" London Middle East Institute, Conference held at the School of Oriental and African Studies (SOAS), London, England

2011: "The Shi'i Minority in the American Diaspora" Conference held at the University of Isfahan

2011: "The Qur'an in the West," Universal Muslim Association of America, Toronto

2011: "Islamic Pluralism and the Challenge of Human Rights," Carleton University, Ottawa

2011: "Idealization or Realization; The Methodology of Ayatullah al-Khu'i in *Mu'jam al-Rijal*," Conference held at the School of Oriental and African Studies

8

(SOAS), London, England

2011: "Islam and the Challenge of Human Rights," University of Mary Washington

2011: "Islam in the American Diaspora: A Minority Perspective," McMaster University

2010: "Religion in Diaspora," University of Edinburgh, Scotland

2010: "Reformation or Reinterpretation: Rethinking Shi'i Jurisprudence and Legal Methodology," al-Khoei Foundation, London, England

2010: "Imamology and the Shrine Culture in Twelver Shi'ism," Liminal Deities of South Asia, Conference held at Niagara on the Lake, Canada

2010: "9/11 and the Shi'i Image," Universal Muslim Association of America, Washington

2010: "Messianism in the Monotheistic Traditions," Sixth Mahdiism Conference, Bright Future Institute, Tehran

2010: "Revival of Religious Thought: *Ijtihad* and the Re-evaluation of Classical Texts in Modern Times," 20th World Congress of the International Association for the History of Religions (IAHR), University of Toronto

2010: "The Meta-Minority Complex: The Shi'i Experience in America" McMaster University

2009: "A Minority with Diversity: The Shi'i Experience in America" Center for Middle Eastern Studies, Harvard University

2008: "Islam in the American University" Project on "Religion in the Academy" (RITA) Sponsored by the Lilly Foundation, Annual Meeting of the American Academy of Religion, Chicago

2008: "Revival of Religious Thought: The Re-evaluation of Classical Texts by Contemporary Shi'i Jurists" Annual Meeting of the American Academy of Religion, Chicago

2008: "Teaching Islam in a post 9/11 world" Symposium on Religion on the Secular University Campus, University of Denver

2008: "Musa al-Sadr and the Impact of Modernity on Shi'i Jurisprudence" Conference on: "The Shia, Modernity, and the Legacy of Musa al-Sadr." University of Michigan, Ann Arbor

2008: "Reformation or Reinterpretation: Islamic Law in America" AAR Great Plains Region Conference, Denver

9

2008: "From Conflict to Co-existence: The Application of Islamic Law in a Minority Context" Symposium at Carthage College

2007: "Preserving or Extending Boundaries: The Black Shi'is of America" Annual Meeting of the American Academy of Religion, San Diego

2007: "Islamic Fundamentalism in America" Institute of Oriental Studies, Azerbaijan

2007: "Muslim Women in America" Islamic University, Baku, Azerbaijan

2007: "Muslim Life in America" American Studies Center of the Foreign Languages University, Baku, Azerbaijan

2007: "Institutionalization and the Politicization of American Islam," Baku State University, Baku, Azerbaijan

2007: "Interpretation of Islamic Sacred Texts in the American Diaspora," Khazar University, Baku, Azerbaijan

2007: "A Minority within a Minority: The Black Shi'is of America" Breaking Apart the Monolith: The Many Ways of Being Muslim - A Conference Exploring the Dynamics of Muslim Identity in Today's World held at Princeton University

2007: "Revival of Religious Thought: *Ijtihad* and the Re-evaluation of Classical Texts in Modern Times" American Council for the Study of Islamic Societies

2006: "Gender and Islamic Civilization: The Contribution of Muslim Women to Islamic Sciences and Civilization" University of Isfahan, Tehran

2006: "The Religious Other in America: The Deterritorialization and Deculturation of American Muslims," Symposium held at Colorado College, Colorado Springs

2006    "The Danish Cartoons in Islamic *Hadith* Literature." Annual Meeting of the American Academy of Religion, Washington

2006    "Closing the Interpretive Process: Toward a New Qur'anic Hermeneutic." University of Nevada, Las Vegas

2006    "Women in the three Monotheistic Traditions and in Islamic Law," Conference held in Tehran, Iran

2006    "Conversion and Proselytizing: Balancing Religious Freedom and Respect." Symposium, University of Denver

2006    "Islam, the West and the Cartoon Controversy: Religious Sensitivities vs. Secular Liberties." Symposium, University of Denver

2006    "The Ten Commandments in Islamic Exegetical Literature: A Comparative

Perspective." Lubar Institute for the Study of the Abrahamic Religions at UW-Madison

2006  "The Indigenization of American Islam: Muslims in the American Diaspora." USNorthcom Academic Conference

2005  "The Politicization of American Islam." Politics and Religion in France and the United States, International Conference, Winthrop-King Institute for Contemporary French and Francophone Studies in association with the Department of Religion, Florida State University

2005 "American Muslims or Muslims in America: Muslims as the 'Other'." Eighth Annual Honors Conference, Metro State College, Denver

2005 "The Power of Islamic Sacred Texts Today." Religious Leadership Conference, Iliff School of Theology, Denver

2004 "Discovering the Hidden Treasure: Creation in the Islamic Tradition." Third Furlong Memorial Lecture, "Creation in Judaism, Christianity and Islam" symposium, St. Michael's College, University of Toronto, Canada

2004 "Human Rights in the Qur'an and *Shari'a*: A Comparative Perspective." University of Nevada, Las Vegas

2004 "Muslim Youth at the Crossroads: Advancing into the Twenty-First Century." Islamic Social Services Association Conference, Toronto, Canada

2004 "Revival of Religious Thought: The Thoughts and Contribution of Ayatullah Mutahhari." International Conference, Tehran, Iran

2004 "The Mental Jihad: Reason and Revelation in the Islamic Tradition."  Seminar held at the Iliff School of Theology, Denver, CO

2004  "Holy Peace in the Islamic Tradition." Columbia University, NY

2003  "Muslim-Christian Dialogue: Past, Present and Future."  Macdonald Center Lecturers in Christian-Muslim Understanding, Hartford Seminary, Hartford, CT

2003 "Challenging the Authority of Tradition and Texts: *Ijtihad and Taqlid* in Modern Times."  American Academy of Religion regional meeting, Boulder, CO

2002  "Biography as Literary Genre: The Struggle for Authority in Shi'i Rijal Texts." Annual Meeting of the American Academy of Religion, Toronto, Canada

2002 "Re-evaluation of the *Shari'a* Post-September 11: Islam and Modernity."  Furlong Memorial Lecture, "Understanding Islam" symposium, St. Michael's College, University of Toronto, Canada

2002 "Violence and Healing: Facing the Ongoing Challenges of September 11." Colloquium held at the Iliff School of Theology, Denver, CO

2002 "Aging in the Islamic Tradition." The National Council on the Aging, Denver, CO

2001 "Islam in America after September 11." Kanuga Conference on Christian-Muslim Understanding, Ashville, NC

2001 "Islam in the Context of American Religious Diversity." *Res Publica* Conference, Aspen, CO

2000 "Promise & Peril: Religion at the Millenium." Conference on The Many Faces of God, New Hampshire Humanities Council, Manchester, NH

2000 "Preserving or Extending Religious Boundaries? Muslim Proselytization in America." Islamic Education Council, Washington, D.C.

1998 "Acculturation and Assimilation – Muslims in the Diaspora." Colloquium held at Queen's University, Kingston, Canada.

1998 "Religious Pluralism and Human Rights: An Islamic Perspective." Grinnell College, Iowa

1997 "Acculturation and Assimilation – Muslims in the West," Annual Meeting of the American Academy of Religion, San Francisco

1997 "Contemporary Muslim Polemics." MESA Conference, San Francisco

1997 "Exclusivism or Inclusivism? Salvation History in the Qur'an." Agnes Scott College, Atlanta, GA

1997 "External Influences on American Muslims." Presented at a conference on Jews and Muslims in the American context, The Macdonald Center for the Study of Islam and Christian-Muslim Relations, Hartford Seminary, Hartford, CT

1996 "From *Bid'a* to *Sunna*: The Case of the *Wilaya* of 'Ali in the Shi'i *adhan*." Annual Meeting of the American Academy of Religion, New Orleans, LA

1995 "The Origins of Islamic Biographical Literature" Annual Meeting of the American Academy of Religion, Philadelphia, PA

1994 "Religious Pluralism in the Qur'an." Eastern International Region of the American Academy of Religion, University of Quebec at Montreal, Canada

1994 "The Case of the Holy Disciples. Annual Meeting of the American Academy of Religion, Chicago

1993 "Authority and the Struggle for Legitimacy." University of Pennsylvania, Philadelphia, PA

1993 "The Ethics of Self Realization: an Islamic Perspective." Institute of Global Cultural Studies, State University of New York, Binghamton, NY

1990 "The Origins and Development of Imami Biographical Texts." School of Oriental & African Studies, London

## PUBLIC LECTURES

2010: "Diversity and Change: An Islamic Dilemma" Organization for Islamic Learning, Toronto, Canada

2010: "Mammetry and Mahomet: Depiction of the Prophet in Western European Literature" Bait al-ilm, Chicago

2008: "Reformation or Transformation: Islamic Law in Transition" Shi'a Ithna'aseri Community of Middlesex, London, England

2008 "Teaching Islam in a Post-9/11 World" Muslim Student Association, University of Colorado

2008 "From Majority to Minority: The Jurisprudence of Muslim Minority Communities" Islamic Center, Los Angeles

2007 "The Islamization of American Immigrant Islam" Muslim Student Association, University of Denver

2007 "History and Narratives in Qur'anic Exegesis" Islamic Center, Nairobi, Kenya

2006 "Reformation in Islamic Jurisprudence: The Question of Punishment in Islamic Law," Universal Muslim Association of America, Virginia

2005 "From Muslims in America to American Muslims." Universal Muslim Association of America, Washington, D.C.

2005 "Is Islam Synonymous with Terrorism?" The City Club, Denver

2005 "Progressive Muslims in the American Milieu." Bates College, Maine

2004 "The Cool Dudes: Muslim Youth in Transition." Universal Muslim Association of America, Washington, D.C.

2004 "Reflecting Black: Islam in Africa and Antebellum America." University of Toronto, Canada

2004 "The Shi'i Vision: Reason and Reformation in Shi'ism."  University of Toronto, Scarborough Campus, Canada

2004 "Faith and Belief: An Islamic Perspective."  Ja'faria Islamic Center, Burtonsville, MD

2003 "Re-evaluation of Islamic Law post September 11: Islam and Modernity."  Faculty Luncheon, University of Denver, Denver, CO

2003 "From 911 to 711: The Islamic Experience in the West."  Orientation Lecture, University of Denver, Denver, CO

2003 "Unity or Uniformity: Islam and the Question of Reformation."  al-Iman Islamic Center, Seattle, WA

2002 "A Minority within a Minority: The Muslim Youth Culture in Contemporary America."  Ja'fariya Islamic Center, Burtonsville, MD

2000 "Integration, Isolation, or Insulation? The Muslims of America."  University of Miami, Miami, FL

2000 "A Viable Qur'anic Hermeneutic for Muslims in the New Millennium."  Auckland, New Zealand

1999 "Qur'anic Exegesis and Women's Right to Divorce."  Islamic House of Wisdom, Detroit, MI

1997 "The Muslims as the 'Other' in North America."  Conference on Muslims in America, Ja'fariya Islamic Center, Burtonsville, MD

1997 "Drawing Boundaries in America: The Muslim Identity."  Islamic Society of North America, Indianapolis, IN

1996 "Ethno-cultural Identity: Muslim Institutes in America."  Islamic Center, Washington, D.C.

1993 "Child Custody and Family Support: A Re-evaluation of Traditional Islamic Sources."  Conference held by the Canadian Council of Muslim Women, Toronto, Canada

## AWARDS AND GRANTS

2007  CHOICE Outstanding Academic Title for "The Heirs of the Prophet: Charisma and Religious Authority in Shi'ite Islam"

2006  Professional Research Opportunity for Faculty (PROF) grant, University of Denver

2006  Internationalization Small Grants, University of Denver

2005    Research Grant, Denver Foundation

2004    Internationalization Small Grants, University of Denver

2003    Faculty Research Fund, University of Denver

1990    Central Research Fund and Scholarships Committee, School of Oriental & African Studies

## PROFESSIONAL MEMBERSHIPS/HONORS

The Center for Global Understanding - Board Member
American Academy of Religion
Theta Alpha Kappa (National Honor Society for Religious Studies and Theology)

### Editorial Board

Society for the Study of Muslim Ethics
Muslim Societies Journal
The Journal of Shi'a Islamic Studies
Shi'a Affairs Journal: International Dialogue Series

## LINGUISTIC COMPETENCE

Native Speaker: English, Swahili and Gujarati
Classical Languages: Arabic, Urdu and Persian

## UNIVERSITY SERVICE

Elected Faculty Committee (Advisory Board to the Dean, University of Denver)
Supervised thesis of several graduate students
Professional Research Opportunity for Faculty (PROF) Grant Committee
Member of pre-Tenure committee - Religious Studies, University of Denver - 2008-9
Member of Search Committee, lecturer in Arabic, University of Denver - 2008-9
Tenure and Promotion Committee, University of Denver 2006 - 2009
Director of Master's Program in the Department of Religious Studies, 2004 - 2006
Committee member for the DU/Iliff Joint Ph.D Program, Autumn 2004 - 2006
Member of five Ph.D. dissertation committees for the DU/Iliff Joint Ph.D. Program, Spring 2004 - present
Committee member, "Bridges to the Future —The American Dream Revisited" 2002-2005
Member of search committee for position in Judaic/Religious Studies Program, Fall/Winter 2004-05

## EXTERNAL EXAMINER:

Wendy Jane Isaaac-Martin, "A Violent Origin: A Girardian Analysis of the Scapegoating of Ali ibn Abu Talib in Shi'ite Tradition, (Ph. D Thesis, University of Cape Town, 2008)

Linda Darwish "Texts of Tension, Spaces of Empowerment: Migrant Muslims and the Limits of Shi'ite Legal Discourse" (Ph. D Thesis, Concordia University, 2009)

## COMMUNITY SERVICE

Member of Human Services Committee of the Denver Foundation 2003 - 2007
Member of Denver's Faith Community Initiative to End Homelessness (Mayor John Hickenlooper's Faith Based Initiative) 2005 - 2010
Chairman of the Islamic Education Board of North America 1996 - 2004
Member of Council of 'Ulama (Muslim Scholars) of North America 1997 - present
Advisor to the Imams' Council of Toronto 1994 - 2004

**Mark A. Grey, Ph.D.**
**2210 Tremont Street**
**Cedar Falls, Iowa 50613**
**Home Phone: (319) 266-6454**
**Mobile Phone: (319) 269-7905**
**E-Mail: Mark.Grey@uni.edu**

May 2012

## PROFESSIONAL EXPERIENCE

1999-present    **Director, Iowa Center for Immigrant Leadership and Integration**
University of Northern Iowa

2003-present    **Associate Director, Iowa Center on Health Disparities**
University of Northern Iowa

2003 & 2004    **Visiting Scholar**
American University in Cairo
(Course: Integrating Immigrant and Refugee Newcomers: Contemporary Theory and Practice)

2003, October    **Scholar in Residence**
Drake University

2000-present    **Professor of Anthropology**
University of Northern Iowa

1995-2000    **Associate Professor of Anthropology**
University of Northern Iowa

1990-1995    **Assistant Professor of Anthropology**
University of Northern Iowa

1991    **Guest Lecturer**
University of Klagenfurt, Austria
(Course: Current American Approaches to Multicultural Education)

1988-1990    **Research Associate: Bueno Center for Multicultural Education**
School of Education, University of Colorado-Boulder
(Primary activities: ethnographic program analysis, drop out research, statistical analysis, research proposal development, budgeting, public lecturing)

1988-1989    **Co-Principal Investigator: Garden City, Kansas,**
**Changing Relations Project**
(Funded by The Ford Foundation)

| 1988, Spring | **Instructor** |
|---|---|
| | Department of Anthropology |
| | University of Colorado-Boulder |
| | (Course: Introduction to Cultural Anthropology) |

| 1983 | **English Teacher** |
|---|---|
| | Ngwane Central High School |
| | Swaziland, Southern Africa |

| 1978-79 | **Volunteer in Service to America (VISTA)** |
|---|---|
| | Legal Services Corporation of Iowa |

## EDUCATION AND CERTIFICATIONS

| 1989 | **Ph.D. in Applied Anthropology** |
|---|---|
| | University of Colorado-Boulder |

| 1985 | **M.A. in Anthropology** |
|---|---|
| | Eastern New Mexico University |

| 1984 | **B.A. in Cultural Anthropology** |
|---|---|
| | University of Northern Colorado |

| 1987 | **Zulu Instruction: Intermediate Level** |
|---|---|
| | Yale University Program in African Languages |
| | (funded by U.S. Dept of State Foreign Language and Area Studies Fellowship) |

| 2005-present | **Professional Law Enforcement Instructor Certification** |
|---|---|
| | Iowa Department of Public Safety |

| 2012 | **Emergency Medical Responder Licensure** |
|---|---|
| | National Registry of Emergency Medical Technicians/ |
| | Iowa Department of Public Health, Bureau of Emergency Medical Services |

## AWARDS AND HONORS

| 2009 | **One Iowa Award** |
|---|---|
| | Lt. Governor of Iowa Diversity Award |
| | Des Moines, Iowa (with Michele Devlin) |

| 2009 | **Social Action Award** |
|---|---|
| | Midwestern Sociological Society |
| | Des Moines, Iowa |

| 2007 | **Community Engagement Award** |
|---|---|
| | Veridian Credit Union |

Cedar Falls, Iowa

| | |
|---|---|
| 2006 | **El Centro Latinoamericano Award for "Support of the Hispanic Community"**<br>El Centro Latinoamericano<br>Waterloo, Iowa |
| 2006 | **Friend of Iowa Civil Rights Award for Iowa EXPORT Center of Excellence on Health Disparities**<br>Friends of Iowa Civil Rights<br>Des Moines, Iowa (with Dr. Michele Yehieli) |
| 2005 | **Iowa Public Health Association Remington Award for the Advancement of Public Health**<br>Iowa Public Health Association<br>Des Moines, Iowa (with Dr. Michele Yehieli) |
| 2005 | **Vision Award for Promoting International Understanding**<br>Iowa Council on International Understanding<br>Des Moines, Iowa |
| 2004 | **Friend of Iowa Civil Rights Award for the Iowa Center for Immigrant Leadership and Integration**<br>Friends of Iowa Civil Rights<br>Des Moines, Iowa |
| 2004 | **Dan Chavez "Beyond the Horizon" Award**<br>"In Recognition of Your Support for Services for English Language Learners"<br>Iowa Language and Culture Conference<br>Des Moines, Iowa |
| 2003 | **Regents Award for Faculty Excellence**<br>Iowa Board of Regents (University of Northern Iowa, University of Iowa and Iowa State University) |
| 2002 | **Ross A. Nielson Award for Faculty Service**<br>University of Northern Iowa |
| 1994 | **Outstanding Teaching Award**<br>College of Social and Behavioral Sciences<br>University of Northern Iowa |
| 1993 | **Outstanding Service to Homeless Children and Youth Award**<br>National Association of State Coordinators for Education of Homeless Children and Youth<br>(with David Else, Paul Smith and Ken Rigdon) |
| 1986 | **Outstanding Graduate Student in Anthropology**<br>Eastern New Mexico University |

## SELECTED GRANTS, CONTRACTS AND FELLOWSHIPS

| | |
|---|---|
| 2011-2015 | Iowa Department of Human Services<br>Ethnic Disparities in Iowa's Child Welfare System ($425,000) |
| 2011 | Iowa Department of Public Health<br>Colorectal Cancer Screening for White Men ($60,000) |
| 2011 | Church World Service<br>Refugee Integration Assessment ($15,000) |
| 2011 | Mercy Medical Center, North Iowa<br>International Medical Graduate Cultural Orientation ($15,000) |
| 2011 | Iowa Department of Public Health<br>Mapping Health Disparities in Iowa  ($10,000) |
| 2011 | Iowa Department of Public Health<br>Colo-Rectal Cancer Campaign for Rural Iowa Men ($65,000) |
| 2010 | Veridian Credit Union<br>Latino Market Analysis ($24,000) |
| 2010 | Iowa-Nebraska Primary Care Association<br>Black Hawk County Physicians Referral Network ($19,627) |
| 2010 | Iowa Department of Public Health<br>Office of Multicultural Health<br>Multicultural Health Regional Coalition Building ($8,000) |
| 2010-2011 | UDMO—Head Start Evaluation & Assessment ($40,000) |
| 2008 | Iowa Department of Public Health<br>Office of Multicultural Health<br>Multicultural Health Regional Coalition Building ($8,000) |
| 2008 | Upper Des Moines Opportunity, Inc.<br>Governance Board Evaluation and Training ($6,500) |
| 2007-2012 | Centers for Disease Control and Prevention<br>Iowa Department of Public Health Bureau of Chronic Disease Prevention and Management<br>Colorectal Cancer Screening Disparities ($266,560) |
| 2007-2012 | United States Department of Health and Human Services<br>Administration for Children and Families<br>Upper Des Moines Opportunity, Inc. |

Lifetime Dads Evaluation, Training, and Technical Consulting ($45,000)

| | |
|---|---|
| 2007-2012 | United States Administration for Children and Families<br>Upper Des Moines Opportunity, Inc.<br>Parent Partner Regional Partnership Grant in Northwest Iowa Evaluation and<br>Training ($200,000) |
| 2007-2011 | Iowa Department of Public Health<br>Oral Health Bureau TOHSS Grant<br>Oral Health Multicultural Consultation ($65,000) |
| 2007-2010 | United States Department of Health and Human Services<br>Upper Des Moines Opportunity, Inc.<br>Power Up Youth Development Coalition in Hamilton County, Iowa Evaluation<br>($39,000) |
| 2007-2010 | United States Department of Health and Human Services<br>Upper Des Moines Opportunity, Inc.<br>Early Smiles Evaluation ($10,500) |
| 2007-2009 | Iowa Collaborative Safety Net Provider Network<br>Iowa/Nebraska Primary Care Association<br>Establishing the Infrastructure for a Specialty Care Volunteer Physicians<br>Referral Network in Black Hawk County, Iowa ($50,000) |
| 2007-2009 | United States Administration on Aging<br>Outreach Program to Prevent Medicare Fraud among<br>Minorities and the Medically Underserved in Iowa ($70,000) |
| 2007-2009 | Ford Foundation-Mexico<br>A Binational Mexican Health Insurance Demonstration Project ($30,000) |
| 2007 | Wellmark Foundation<br>Capacity Building Grant for the Iowa Center on Health Disparities ($10,000) |
| 2007 | Analysis of Sexually Transmitted Infections Patterns in Black Hawk County.<br>Black Hawk County Health Department ($15,000) |
| 2007 | Senior Medicare Patrol National Resource Center: Cultural Competency<br>Training for Senior Medicare Patrol Leaders RE: Ethnic Marketing ($10,000) |
| 2006 | Cultural Competency Curriculum Consultation, Des Moines University<br>College of Osteopathic Medicine, with Michele Yehieli ($6,500) |
| 2006 | WellMark Foundation: PRISM Grant for Cultural Competency Training in Iowa<br>with Michele Yehieli ($55,000) |
| 2006 | Iowa Department of Public Health: Establish REACH Network, with Michele<br>Yehieli ($60,000) |

| | |
|---|---|
| 2005 | Iowa Department of Education: Migrant Education Re-Interview Audit ($80,000) |
| 2005 | Des Moines Higher Education Collaborative: Development of Training for Human Resource Directors on Integrating Immigrants in the Workplace ($20,000) |
| 2005 | Senior Medicare Patrol National Resource Center: Cultural Competency Training for Senior Medicare Patrol Leaders RE: Medicare Fraud, with Michele Yehieli ($25,000) |
| 2005 | U.S. Department of Labor: Demonstration Project: "Integrating Immigrants and Refugees into the Workplace" ($198,000) |
| 2005 | Des Moines Higher Education Collaborative. US Department of Education: Contract for Immigrant/Refugee Workforce Development ($15,000) |
| 2005 | Wellmark Foundation for Mexico Travel Seminars for Iowa Health Professionals ($10,000) |
| 2005 | Mercy Hospital Cultural Competency Assessment and Planning, with Michele Yehieli ($1,600) |
| 2005 | Hawkeye Valley Agency on Aging: Cultural Competency Training and Publications for Senior Medicare Patrol Leaders, with Michele Yehieli ($25,000) |
| 2004 | The Principal Foundation for Court Interpreter Training in Iowa ($5,000) |
| 2004 | WellMark Foundation for Mexico Travel Seminars for Iowa Health Professionals, with Michele Yehieli ($5,000) |
| 2004 | U.S. Department of Labor: Demonstration Project: "Integrating Immigrants and Refugees into the Workforce." ($259,000) |
| 2004 | Des Moines Higher Education Collaborative, US Department of Education Sub-Contract for Immigrant/Refugee Workforce Development ($20,000) |
| 2003 | National Institutes of Health: "Project EXPORT Center of Excellence" [addressing health disparities among immigrants and refugees in Iowa] with Michele Yehieli and Gene Lutz. ($1,011,000) |
| 2003 | Independent Television Service Community Outreach Grant to Promote the PBS miniseries The New Americans. With Iowa Public Television ($5,000) |
| 2003 | U.S. Department of Labor: Demonstration Project: "Integrating Immigrants and Refugees into the Workforce." ($375,000) |
| 2003 | U.S. Department of Commerce: Research on and Promotion of Micro-Entrepreneurship among Recent Immigrants ($300,000) |

| 2002 | Martha-Ellen Tye Foundation: Teacher Exchange and Internet Connection between Marshalltown, Iowa and Villachuato, Mexico ($14,000) |
| 2001 | U.S. Department of Labor: Demonstration Project: "Integrating Immigrants and Refugees into the Workforce." ($250,000) |
| 2001 | Martha Ellen Tye Foundation: Promoting Accommodation of Latino Newcomers in Marshalltown through Travel Seminars in Mexico For Marshalltown Leaders ($7,500) |
| 2000 | U.S. Department of Agriculture, Development Funds for Multilingual Radio Station in Postville, Iowa ($25,000) |
| 2000 | U.S. Department of Labor: Demonstration Project: "Integrating Immigrants and Refugees into the Workforce." ($461,000) |
| 1998 | Fund for Rural America, "A Model Research and Educational Project to promote Pork Production." (UNI Sub-Contract/Grey: $35,000) |
| 1997 | USDA, National Research Initiative Competitive Grants Program "Asset Mapping as an Alternative Form of Rural Economic Development" ($64,900) |
| 1996-97 | UNI Graduate College Project Grant ($350) |
| 1994 | UNI Graduate College Summer Research Fellowship ($3,300) |
| 1994 | UNI College of Social and Behavioral Sciences Challenge Grant ($1,800) |
| 1993 | UNI Graduate College Project Grant ($364) |
| 1992 | UNI College of Social and Behavioral Sciences Challenge Grant ($1,500) |
| 1991 | UNI Graduate College Project Grant ($462) |
| 1990 | UNI Graduate College Project Grant ($271) |
| 1990 | *Author:* College Assistance Migrant Program (CAMP) United States Department of Education ($858,000) |

## SELECTED CONSULTATIONS

| | |
|---|---|
| 2012-present | **Iowa Department of Human Services**<br>Disproportionality and Disparities in Iowa's Child Welfare System |
| 2010-2011 | **Church World Service**<br>Refugee Integration in the United States |
| 2008-present | **Mercy Medical Center**<br>Cultural Competency and Training International Medical Graduates |
| 2006-present | **Iowa Department of Public Safety**<br>Cultural Competency Training/DPS Academy |
| 2008-present | **Iowa Department of Public Health**<br>Office of Multicultural Health<br>Public Health Issues among Iowa's Diverse Newcomer Populations |
| 2008-present | **Upper Des Moines Opportunity**<br>Evaluation, Consulting and Training |
| 2009-present | **John Deere, Inc.**<br>Culural Competency Training |
| 2010-present | **Veridian Credit Union**<br>Access to Latino Markets |
| 2008-present | **Central Iowa Area Health Education Center**<br>Cultural Competency and Literacy |
| 2006-present | **Iowa Department of Public Safety**<br>Cultural Competency Training |
| 2006-present | **Early Smiles Dental Health Program**.<br>Upper Des Moines Opportunity<br>Storm Lake, Iowa |
| 2005 | **Culturally and Linguistically Appropriate Services (CLAS) Standards**<br>consultation, with Michele Yehieli. Mercy Medical Center, Mason City, Iowa,<br>Summer/Fall 2005 |
| Spring &<br>Summer 2001 | **New Iowans Pilot Communities Assessments: Marshalltown, Ft. Dodge and**<br>**Mason City, Iowa**. Iowa Department of Workforce Development. |
| Fall 2000 | **Immigrant Workforce Analysis: Muscatine Economic Development**<br>**Corporation**, Muscatine, Iowa |
| Summer 2000 | **Remax Television Commercial Research**<br>Context-Based Research, Baltimore, Maryland |

| Fall 1999 | **Feasibility Research: P'algo Goat Dairy Fluid Goat's Milk Production and Marketing**<br>UNI Small Business Development Center |
|---|---|
| Spring 1999 | **Feasibility Research: Fresh Air Pork Circle Cooperative**<br>UNI Small Business Development Center |
| Spring 1998 | **Needs Assessment/Grant Development: Transitional Housing for Recovering Substance Abusers, Waterloo, Iowa**<br>Black Hawk County Health Department |
| Summer 1997 | **Feasibility Study for Proposed Juvenile Detention Center In Independence, Iowa**<br>Buchanan County, Iowa, Economic Development Commission |
| 1994-present | **Semi-Annual Point-in-time Homeless Survey**<br>Waterloo/Cedar Falls, Iowa.<br>Center for Social and Behavioral Research<br>University of Northern Iowa |
| 1996-1997 | **Enrollment Turnover Analysis** for Marshalltown, Iowa, Public Schools. |
| 1996 | **Brooks, Alberta, Canada**: Consultation with city officials, clergy, social service providers, law enforcement and schools to prepare community for influx of immigrants and transient populations associated with a new meatpacking plant |
| 1995-1996 | **Change-of-Venue Research and Review of Jury Selection Process in Webster County, Iowa.**<br>Iowa State Public Defender, Ft. Dodge, Iowa.<br>(Reports: "Representation of Webster County Population on Jury Pools and Juries: 1994 and 1995;" "Flowchart for Verbal Presentation: Jury Selection Process in Webster, County, Iowa;" "Telephone Survey of Webster County Jury Pool. (with Robert J. Hunter)) |
| 1995-1996 | **Consultant for North Central Iowa Decategorization Program**<br>Iowa Department of Human Services<br>(Evaluate unmet needs of families receiving AFDC and other state assistance) |
| July 1995-<br>May 1997 | **Program Evaluation: Iowa Domestic Violence Prevention Coordinator, Iowa Supreme Court**<br>(with Robert J. Hunter) |
| April-May<br>1995 | **Change-of-Venue Research**<br>Iowa State Public Defender, Marshall County, Iowa |

(Report: "A Telephone Survey of Extra-Legal Juror Bias in Marshall County, Iowa." (with Robert J, Hunter))

October 1992   **Consultant for NBC News** Production of Documentary about Lao Refugees in Storm Lake, Iowa.

October 1991   **"Comparative Education and Conceptions of World Class Schools for Iowa"** Written and Verbal Presentation to the K-12 Education Reform Interim Study Committee, Iowa State Legislature.

July 1990   **Effects of local meatpacking expansion on Fort Morgan, Colorado, schools.**

March- May   **Causes of Teacher and Other Certified Staff Turnover in**
1990   **Garden City, Kansas, Schools.**
(with Ken Erickson and Donald D. Stull.)

March-June   **Demographic Data Collection: Adult Education Unit,**
1990   **Colorado Department of Education**

## PUBLICATIONS
(+ Peer Reviewed/Refereed Publication)
(# Invited/Commissioned Publication)

Grey, Mark A.
#2010   "Immigration as a Two-Way Street: Beyond the Melting Pot." In *E-Journal USA*. U.S. Department of State, Bureau of International Information programs. Volume 15, Number 9: 9-14. Translated into Urdu, Arabic, Portuguese, French, Mandarin Chinese, and Spanish.http://www.america.gov/st/peopleplace-english/2010/December/20101222121952yelhsa0.4391552.html

Guevara, Christine and Mark Grey
2010   *Nuevo Trabajo: Sus Derechos y Deberes!/New Job: Your Rights and Responsibilities.* Comic Book in Spanish and English, Iowa Center for Immigrant Leadership and Integration.

Grey, Mark A., Michele Devlin and Aaron Goldsmith
2009   *Postville U.S.A.: Surviving Diversity in Small-Town America.* Boston: Gemma Media.

Grey, Mark A.
+2008   "Economic Development and New Immigrant Populations: Challenges and Opportunities in an Iowa Case Study. *Applied Research in Economic Development* 5(1): 30-38.

Grey, Mark A.
2007        The Economic Contributions of Latinos to Iowa. In *Iowa's Workforce and the
            Economy*. Des Moines: Iowa Workforce Development, pp. 44-48

Peterson, Abbie C. and Mark A. Grey
+2007       Continuity and Change: The Mexicana Experience with Health and Healing in Iowa.
            *International Journal of Global Health and Health Disparities* 5(1): 16-40.

Grey, Mark A.
#2006       State and Local Immigration Policy in Iowa. In *Immigration's New Frontiers:
            Experiences from the Emerging Gateway States*. Greg Anrig, Jr. and Tova
            Andrea Wang, eds. Washington, D.C.: The Century Foundation, pages 33-66.

Grey, Mark A., Michele Yehieli and Nora Rodriguez Kurtovic
2006        *Bridging the Language Divide: A Pocket Guide to Working Effectively with
            with Interpreters in Health Care Settings*. Cedar Falls: Iowa Center for
            Immigrant Leadership and Integration, Iowa Center on Health Disparities, and
            the Wellmark Foundation.

Grey, Mark A.
2006        *New Americans, New Iowans: Welcoming Immigrant and Refugee Newcomers*.
            University of Northern Iowa, Iowa Center for Immigrant Leadership and
            Integration.

Grey, Mark A.
+2006       Obstacles and Opportunities: Latino-Owned Small Businesses in Iowa. *Journal
            of Latino-Latin-American Studies* 2(1):1-23.

Collins-Williams, Maureen and Mark A. Grey
2006        *A Rural Service Provider's Guide to Immigrant Entrepreneurship*. University of
            Northern Iowa Small Business Development Center and Iowa Center for
            Immigrant Leadership and Integration.

Yehieli, Michele and Mark A. Grey
2005        *Health Matters: A Guide to Working with Diverse Cultures and Underserved
            Populations*. Boston: Intercultural Press.

Grey, Mark A. and Anne C. Woodrick
2005        "Latinos Have Revitalized Our Community": Mexican Migration and Anglo
            Responses in Marshalltown, Iowa. In *New Destinations of Mexican Immigration
            in the United States: Community, Formation, Local Responses and Inter-Group
            Relations*. Victor Zúñiga and Rubén Hernández-León, eds. New York: Russell
            Sage, pages 133-154.

Yehieli, Michele, Mark A. Grey and Annie Vander Werff
2004        *Caring for Diverse Seniors: A Health Provider's Pocket Guide to Working with
            Elderly Minority, Immigrant, and Refugee Patients*. . University of Northern
            Iowa Project EXPORT and New Iowans Program.

Feinstein, Norman, Michele Yehieli and Mark A. Grey
2004        *Orthodox Jewish Patients in Hospital Settings. A Health Provider's Pocket Guide*. University of Northern Iowa Project EXPORT and New Iowans Program.

Yehieli, Michele, Mark A. Grey and Annie Vander Werff
2004        *Reaching Out to Elderly Minorities, Immigrants and Refugees: A Senior Medicare Patrol Pocket Guide*. US Department of Health and Human Services, Administration on Aging Senior Medicare Patrol, University of Northern Iowa Project EXPORT and New Iowans Program.

Grey, Mark A., Anne C. Woodrick, Michele Yehieli and James Hoelscher
2004        *The New Iowans: A Companion to the PBS* Miniseries "The New Americans." University of Northern Iowa New Iowans Program and Iowa Public Television.

Grey, Mark A. and Anne C. Woodrick
+2003       Faith and Public Education: Immigrants, Iowa, and the Biblical Mandate to "Welcome the Stranger." *Religion and Education*.30(1): 84-91.

Yehieli, Michele and Mark A. Grey
2003        *A Health Provider's Pocket Guide to Working with Immigrant, Refugee and Minority Populations in Iowa*. University of Northern Iowa Global Health Corps New Iowans Program.

Grey, Mark A.
2002        *Welcoming New Iowans: A Guide for Managers and Supervisors. The Best Practices of Iowa Employers with Immigrants and Refugees in the Workplace*. University of Northern Iowa New Iowans Program.

Grey, Mark A. and Anne C. Woodrick
+2002       Unofficial Sister Cities: Meatpacking Migration between Villachuato, Mexico and Marshalltown, Iowa. *Human Organization* 61(4):364-376.

Woodrick, Anne C. and Mark A. Grey
2002        *Welcoming New Iowans: A Guide for Christians and Churches*. University of Northern Iowa New Iowans Program and Ecumenical Ministries of Iowa.

Baker, Phyllis L. and Mark A. Grey
+2002       Going to the Source: Immersion of Rural Iowa Leaders in the Sending Communities of Mexican Newcomers. *Social Development Issues* 24(2): 52-59.

Grey, Mark A. and Phyllis L. Baker
2002        Positive Exposure: Immersion in Latino Culture Builds Tolerance and Respect for Immigrant Newcomers. *Cityscape* [Iowa League of Cities] February: 8-9.

Grey, Mark A.
2001        *Welcoming New Iowans: A Guide for Citizens and Communities. Building Respect and Tolerance for Immigrants and Refugees*. Cedar Falls: University of Northern Iowa New Iowans Program.

Grey, Mark A., Guest Editor

+2000        Theme Collection: "Food and Power: Case Studies in Industrial Agriculture and
             Its Alternatives in the United States." Articles by Donald D. Stull, Randy
             Ziegenhorn, Mark A. Grey, Jack Kloppenburg et al, Cynthia A. Cone and
             Andrea Myhre, and Laura B. Delind. *Human Organization* 59(2):143-208

Grey, Mark A.

+2000        The Industrial Food Stream and Its Alternatives in the United States: An
             Introduction. *Human Organization* 59(2):143-150.

+2000        "Those Bastards Can Go to Hell!": Small-Farmer Resistance to Vertical
             Integration and Concentration in the Pork Industry. *Human Organization*
             59(2):169-176.

#2000        Marshalltown, Iowa and the Struggle for Community in a Global Age.
             In *Communities and Capital: Local Struggles against Corporate Power
             and Privatization* (Thomas W. Collins and John D. Wingard, editors). Athens:
             University of Georgia Press, pp. 87-100.

#1999        Sports and the Status of Immigrant and Refugee Students
             in Garden City, Kansas, High School. *Inside Sports* (Jay Coakley
             and Peter Donnelly, editors). London: Routledge, pp. 28-36.

+1999        Immigrants, Migration and Worker Turnover at the Hog Pride Pork
             Packing Plant. *Human Organization* 58(1):16-27.

#1998        Meatpacking in Storm Lake, Iowa: A Community in Transition. In *Pigs,
             Profits and Rural Communities* (Kendall Thu and E.P. Durrenberger, editors).
             State University of New York Press, pp. 57-70.

#1998        *Handbook for Creating Sustainable Multiethnic Food-Producing
             Communities.* Ames, Iowa: Iowa State University Extension/Leopold Center for
                Sustainable Agriculture.

+1997        Secondary Labor in the Meatpacking Industry: Demographic Change and
             Student Mobility in Rural Iowa Schools. *Journal of Research in Rural
             Education* 13(3):153-164.

+1997        The Use and Non-Use of Social Science: Lessons from Research on the
             Consequences of a 'New Breed' Meatpacking Plant in Storm Lake, Iowa.
             *Research in Social Problems and Public Policy* Volume 6. (William R.
             Freudenberg and Ted I. K. Youn, editors). Greenwich, CT: JAI Press,
             pp. 45-77.

#1997        Storm Lake, Iowa and the Meatpacking Revolution: Historical and
             Ethnographic Perspectives on a Community in Transition. In
             *Unionizing the Jungles: Essays on Labor and Community in the
             Twentieth-Century Meatpacking Industry* (Shelton Stromquist and
             Marvin Bergman, editors). University of Iowa Press, pp. 242-261.

| +1996 | Patronage, Kinship and Recruitment in the Migration of Lao and Mennonite Labor to Storm Lake, Iowa. *Culture and Agriculture* 18(1):14-18. |

| #1995 | Pork, Poultry and Newcomers in Storm Lake, Iowa. In *Any Way You Cut It: Meat Processing and Small-Town America*. (D.D. Stull, M. Broadway and D. Griffith, editors). Lawrence: University Press of Kansas, pp. 109-127. |

| +1995 | Turning the Pork Industry Upside Down: Storm Lake's Hygrade Work Force and the Impact of the 1981 Plant Closure. *The Annals of Iowa* 54(Summer): 244-259. |

| +1994 | Sports, Ritual and Ethnic Relations in Garden City High. *High Plains Applied Anthropologist* Special Issue in Honor of Robert A. Hackenberg, (Mary Granica, Guest Editor). 14(2,Fall):76-86. |

Grey, Mark A. and Anderson-Ryan, Wendy
| +1994 | Serving and Scamming: A Qualitative Study of Employee Theft in One Chain Restaurant. *Security Journal* (October, 1994): 200-211. |

Grey, Mark A. and Quang, Mone
| 1994 | Low-Cost Voice-Mail for the Homeless in Waterloo, Iowa. *Practicing Anthropology* 16(2,Spring): 18-20. |

Grey, Mark A.
| +1993 | The Failure of Iowa's Non-English Speaking Employees Law: A Case Study of Patronage, Kinship and Migration in Storm Lake, Iowa. *High Plains Applied Anthropologist* 13(Fall):32-46. |

| #1993 | Applying Concepts of Marginality to Secondary ESL Programs: Challenges for Practitioners and Researchers. *Proceedings of the Third NationalResearch Symposium on Limited English Proficient Students: Focus on Middle and High School Issues*. Washington, D.C.: U.S. Department of Education, Office of Bilingual Education and Language Minority Affairs, Volume 2, pg. 831-850. |

| +1992 | Sports and Immigrant, Minority and Anglo Relations in Garden City, Kansas, High School. *Sociology of Sport Journal* 9(3): 255-270. |
| +1991 | The Context for Marginal Secondary ESL Programs: Contributing Factors and the Need for Further Research. *Journal of Educational Issues of Language Minority Students* 9(Fall):75-89. |

Grey, Mark A., Hackenberg, Robert A. and Stull, Donald D.
| 1991 | The Case Against Certification and Accreditation of Applied Anthropology. *Practicing Anthropology* 13(2, Summer): 21-22. |

Grey, Mark A.
| +1990 | Immigrant Students in the Heartland: Ethnic Relations in Garden City, Kansas, High School. *Urban Anthropology* 19(4):409-427. |

1989        *A Bibliography on Education in Development And Change in Sub-Saharan*
            *Africa*. Lewiston, New York: Edwin-Mellen Press.

1986        Separate Expectations: Ethnography of a Rural Swazi
            Secondary School. *High Plains Applied Anthropologist* 6(1):14-15.

## SELECTED RESEARCH REPORTS/WORKSHOP TRAINING MODULES
(+ Invited/Commissioned Publication)

Grey, Mark A. and Michele Devlin
+2011       Refugee Resettlement Policies and Practices and Prospects for Social
            And Economic Integration. A Report with Recommendations to: Church World
            Service, Immigration and Refugee Program. UNI Center for Immigrant
            Leadership and Integration.

Grey Mark and Michele Devlin.
+2011       Challenges and Strategies in Implementing a Hispanic Outreach and
            Marketing Initiative: A Report to Veridian Credit Union

Devlin Michele and Mark Grey
+2011       A Community Health Assessment of Crawford County, Iowa.  Crawford
            County Board of Health.

Devlin, Michele and Mark Grey
2011        An External Evaluation of the Federally Funded "Power Up Youth
            Development Coalition" in Hamilton County, Iowa. Upper Des Moines
            Opportunity.

Grey, Mark and Michele Devlin
2011        An External Evaluation of the Federally Funded "Parent Partner" Regional
            Partnership Grant in Northwest Iowa. Upper Des Moines Opportunity.

Devlin M. and Grey M.
2011        A Community Health Assessment of Crawford County, Iowa.  Crawford
            County Board of Health.

Grey M. and Devlin M.
2011        Challenges and Strategies in Implementing a Hispanic Outreach and
            Marketing Initiative:  A Report to Veridian Credit Union

Mark A. Grey and Michele Devlin
2010        A Report on Improving Strategies to Recruit and Retain
            International Medical Graduates.  Mercy North Iowa Hospital
            System.

Mark A. Grey and Michele Devlin

2009    An External Evaluation of the Federally Funded "Power Up Youth Development Coalition" in Hamilton County, Iowa.

Mark A. Grey and Michele Devlin
2009    An External Evaluation of the Federally Funded "Parent Partner" Regional Partnership Grant in Northwest Iowa.

Mark A. Grey and Michele Devlin
2009    Oral Health Subcontract I- Smiles TOHSS Grant: Final Report.

Mark A. Grey and Michele Devlin
2009    Establishing the Infrastructure for a Specialty Care Volunteer Physician Referral Network in Black Hawk County, Iowa.

Mark A. Grey and Michele Devlin
2009    An External Evaluation of the Federally Funded "Fatherhood Initiative" in Northwest Iowa.

Mark A. Grey and Michele Devlin
2009    The establishment of Regional Minority Health Coalitions in the state of Iowa.

Mark A. Grey and Michele Devlin
2009    An External Strategic Review of UDMO Organizational Structure: *Strengths and Challenges in Meeting the Needs of Northwest Iowa in the 21st Century.*

Mark A. Grey and Michele Devlin
2009    Final Report Feasibility Study: Health Insurance for Mexican Nationals in Iowa.

Grey, Mark and Michele Devlin
2008    *An Analysis of Trends, Demographics, and Factors Associated with Infectious Disease Patterns in Black Hawk County, Iowa.* Black Hawk County Health Department.

Grey, Mark A. and Michele Yehieli
+2007    *Feasibility Study: Health Insurance for Mexican Nationals in Iowa.* Iowa Center for Immigrant Leadership and Integration, Ford Foundation-Mexico and Center for Health Systems Research National Institute of Public Health, Mexico.

Yehieli, Michele and Mark A. Grey
+2007    *Des Moines University, College of Osteopathic Medicine Medical School Curriculum: A Report with Recommendations.* Des Moines University, Des Moines, Iowa.

Grey, Mark A.
2005    *Measuring Diversity in the Workplace: A Workshop for Human Resource Directors.* Iowa Center for Immigrant Leadership and Integration.

Grey, Mark A. and Michele Yehieli
2005    *Culture, Fringe Benefits and Newcomer Workers.* Iowa Center for Immigrant Leadership and Integration.

Yehieli, Michele and Mark A. Grey
2005    *An Introduction to Cultural Competency in Health Care Settings*. Iowa Project
        EXPORT Center of Excellence on Health Disparities.


Grey, Mark A., Nora Rodriguez and Andrew Conrad
2005    "Immigrant and Refugee Small Business Development in Iowa: A Research
        Report with Recommendations." University of Northern Iowa New Iowans
        Program.

Grey, Mark A., James Hoelscher and Nora Rodriguez
2003    *El Programa del Empleado Estimado/Valued Employee Program*. Workshop
        Training Program in Integrating Immigrants and Refugees into the Workplace.
        University of Northern Iowa New Iowans Program.

Grey, Mark A. and James Hoelscher
2003    *Manager Training for Integrating Immigrant and Refugee Workers: A
        Facilitator's Guide*. University of Northern Iowa New Iowans Program.

Grey, Mark A. with Andrew Conrad, Maureen Boyd and Anne C. Woodrick
2001    *Marshalltown New Iowans Pilot Community Assessment: A Report to the
        Marshalltown New Iowans Pilot Community Steering Committee*. University of
        Northern Iowa New Iowans Program and Institute for Decision Making.

Grey, Mark A. with Andrew Conrad, Colleen Hovinga and Anne C. Woodrick
2001    Mason City New Iowans Pilot Community Assessment: A Report to the Mason
        City New Iowans Pilot Community Steering Committee. University of Northern
        Iowa New Iowans Program and Institute for Decision Making.

Grey, Mark A. and Andrew Conrad
2001    *Ft. Dodge New Iowans Pilot Community Workforce Assessment*. University of
        Northern Iowa New Iowans Program and Institute for Decision Making

Grey, Mark A.
2000    *Bringing Two Worlds Together: Incorporating Latino Immigrants into
        Muscatine's Workforce*. A Report with Recommendations to the Muscatine
        Economic Development Corporation. Prepared for the UNI Institute for Decision
        Making.

1998    *Employee Turnover in a Multiethnic Workplace: Swift & Co., Marshalltown,
        Iowa*.

+1997   *Feasibility Study: Proposed Juvenile Detention Center at the Independence
        Mental Health Institute*. Report for the Buchanan County (Iowa) Ad Hoc
        Committee on the Proposed Juvenile Detention Center at Independence MHI, pp.
        24.

+1996   *Migration of Refugee and Immigrant Labor to Storm Lake, Iowa*.
        Paper for the conference: "Immigration and the Changing Face of Rural

America: Focus on Midwestern States." Ames, IA, July 11-13, 1996.

Grey, Mark A. and Mary Bellone Grey
+1996    *Priority Needs and Service Recommendations for the North Central Iowa Decategorization Program: Cerro Gordo, Hancock, Winnebago, and Worth Counties.*

Grey, Mark A.
+1995    *Storm Lake, Iowa and the Meatpacking Revolution: Ethnographic and Historical Perspectives on a Community in Transition.* Paper for the Center for Recent United States History Seminar "Work and Community in the Twentieth-Century Meatpacking Industry." Iowa City, Iowa, pp. 27.

Grey, Mark A.
+1992    *Lao Porkpackers in Storm Lake, Iowa: Implications for Education and Health Provision.* Background Paper for the Conference: "New Factory Workers in Old Farming Communities: Costs and Consequences of Relocating Meat Industries." Washington, D.C., April 12-14, pp. 24.

Else, David, Grey, Mark A., Peglow, Ann, Rigdon, Kenneth and Smith, Paul
+1992    *A Guide to Assisting Homeless Children and Their Families.* University of Northern Iowa, Institute for Educational Leadership.
        **\*Recipient**: Outstanding Service to Homeless Children and Youth Award, National Association of State Coordinators of Education for Homeless Children and Youth.

Grey, Mark A.
+1991    *Comparative Education and Conceptions of World Class Schools for Iowa.* Report Prepared for Iowa State Legislature Interim Study Committee on Education.

+1990    *Demographic Data Collection among Colorado's Adult Education Programs: Current Practices and Recommendations for Future Development.* Commissioned Report to the Adult Education Unit, Colorado Department of Education, pp. 35.

Erickson, Ken E, Grey, Mark A. and Stull, Donald D.
+1990    *Causes of Certified Staff Turnover: Garden City School District, USD 457.* Commissioned Report to the Teacher Turnover Committee, Garden City, Kansas, pp.38.

Stull, D.D., Benson, J.E., Broadway, M.J., Campa, A.L., Erickson, K.E. and Grey, M.A.
1990    *Changing Relations: Newcomers and Established Residents in Garden City, Kansas.* University of Kansas, Institute for Public Policy and Business Research, Report Number 172, pp.90.

Grey, Mark A.
1989    *The 1989 BUENO High School Equivalency Program (HEP) Survey Questionnaire: Part I: Personal and Demographic Characteristics of HEP Students and Their Families. Part II: HEP Students' School Experience and*

*Future Plans*. University of Colorado, School of Education: BUENO Center for Multicultural Education, pp. 34.

1989    *Suggestions for Program Improvement: Garden City High School and English as a Second Language Program*. Report to Unified School District #457, Garden City, Kansas, pp. 33.

1989    *A Summary of Research Results: Ethnic Relations at Garden City High School*. Report to Unified School District #457, Garden City, Kansas, pp. 11.

## OTHER PUBLICATIONS

2002    Book Review: "Postville: A Clash of Cultures in Heartland America," by Stephen G. Bloom. *Annals of Iowa* (Fall):362-363.

2000    New Immigrants in Old Iowa. *Anthropology News* 41(8):9.

2000    Model Corporate Citizen: Swift's Marshalltown Plant is Leading the Way. *Meat & Poultry* 46(9):26,28,30.

2000    Niman Ranch: Meeting the Needs of Specialty Meat Consumers. *Meat & Poultry* 46(20 August): 24-28.

2000    A Taste of Fresh Air: Niche Markets Help Iowa Hog Farmers Remain Independent.   *Meat & Poultry* 46(6, June): 50-54.

1999    *Structural Change in Agribusiness and Recent Influxes of Immigrants and Refugees to Iowa. Presentation to the Iowa State Advisory Committee, United States Commission on Civil Rights*, April 21, Des Moines.

1999    Iowa's Cultural Landscape. *The Scene* (Humanities Iowa). 1(4,Spring).

1998    Book Review: "Power Steering: Global Automakers and the Transformation of Rural Communities" by Michele H. Hoyman. Humanities Net-Rural: http://www.h-net.msu.edu/rural

1997    Meatpacking and Migration of Immigrants and Refugees to the Rural Midwest: Political Concerns for ESL Teachers. *MIDTESOL Newsletter*, Winter: 3-5.

1997    Meatpacking and the Migration of Immigrants and Refugees to the Rural Midwest.  *MIDTESOL Newsletter*, Fall: 1,3-4.

1997    Book Review: "Playing on the Mother Ground" by David F. Lancy. *General Anthropology*.

1996    "Meatpacking and the Migration of Refugee and Immigrant Labor to Storm Lake, Iowa." *Rural Migration News*: http://migration.ucdavis.edu/rmn/cfra/grey.html

| 1995 | Opinion/Editorial: "Meatpacking, Immigrants and Political Hypocrisy." *Des Moines Register* September 19, 1995, pg. 7A. |
|------|------|
| 1995 | Book Review: "Waterloo Diamonds: A Midwestern Town and Its Minor League Team" by Richard Panek. *Des Moines Register* August 6, 1995, pg. 4c. |
| 1993 | International Perspectives on Science Education. *Iowa Science Teachers Journal* 30(1,Spring):2-9. |
| 1992 | The Three Lives of Moyen. *Northern Star Journal* (UNI Ethnic Minorities Cultural and Educational Center). |
| 1991 | "Will U.S. Act as The Global Policeman?" (Opinion) *Des Moines Register* April 29, 1991, pg. 6A. |
| 1989 | Concerning the "Future of Anthropology:" The High Plains Society for Applied Anthropology. American Anthropological Association *Anthropology Newsletter*, October, pg. 13. |

## CONFERENCE CHAIRSHIPS

| 2001 | **Session Organizer and Chair:** Iowa Welcoming a Diverse Population. Iowa Communities 2010: Harvesting the Vision: A Rural Summit. Ames, IA, August 28. |
|------|------|
| 2001 | **Program Chair: Annual Meeting of the Society for Applied Anthropology**: Merida, Yucatan, Mexico. March 28-April, 2001 |
| 1999 | **Session Co-Organizer (with Laura Delind and Susan Andreatta).** "Food and Power: Resistance to Vertical Integration and Concentration in Agriculture." Society for Applied Anthropology, Tucson, AZ. |
| 1995 | **Session Organizer and Chair**: "Rural Involution in Iowa: The Anthropology of Pigs, People and Policy" Society for Applied Anthropology, Albuquerque, NM. |
| 1993 | **Conference Co-Organizer (with Ken C. Erickson)**: "Rural Alliance: Newcomers in Midwestern Schools." Kansas City, Missouri, July 30-31. |
| 1993 | **Session Co-Chair and Co-Organizer (with Ken C. Erickson)**: "Applied Anthropology and Education." Society for Applied Anthropology, San Antonio, Texas. |
| 1993 | **Session Co-Organizer and Co-Chair (with Ken C. Erickson)**: Refugee Education in Context: Migration, Status and Ethnic Relations among Lao Refugees. Iowa Joint ESL/Bilingual Education and Refugees Concerns Conference. Des Moines, Iowa. |

| 1992 | **Session Co-Chair and Co-Organizer**: "Accountants Die in Bed: Papers in Honor of Robert A. Hackenberg." 1992 Annual Meeting of the Society for Applied Anthropology, Memphis, Tennessee. |
|------|---|
| 1990 | **Program Chair**: Annual Meeting of the High Plains Society for Applied Anthropology. Denver, Colorado. |
| 1988 | **Panel Organizer and Chair**: "The Role of Popular Opinion in Educational Policy Formation in Africa." Annual Meeting of the African Studies Association, Chicago, Illinois. |

## CONFERENCE/WORKSHOP PRESENTATIONS, PUBLIC ADDRESSES AND COLLOQUIA

Mark Grey. "Integrating our New Immigrant Neighbors: Challenges and Opportunities for Economic Developers." Heartland Economic Development Course, Blue Springs, MO, April 18, 2012.

Mark Grey and Michele Devlin. KEYNOTE: "Cultural Competency: Working Effectively with Low-Income and Low-Literacy Populations: An Introduction to Policies and Protocols for Substance Abuse and Public Health Professionals." Iowa Governor's Conference on Substance Abuse, Des Moines, IA, April 4, 2012.

Mark Grey. "Immigration, Race and the Power of Delusion." UNI Museum, March 27, 2012.

Mark Grey. "The New Iowa: Challenges and Opportunities for a State in Transition." St. Steven's Lutheran Church, Cedar Rapids, IA, Sunday, March 11, 2012.

Mark Grey. "The New Iowa: Challenges and Opportunities for a State in Transition." St. Luke's Parish Adult Forum, Cedar Falls, IA, Sunday, March 4, 2012.

Michele Devlin and Mark Grey. "An Introduction to Providing Culturally Appropriate Substance Abuse Prevention Services to Clients." Part II Webinar, Iowa Department of Public Health/Training Services, March 1, 2012.

Mark Grey and Michele Devlin. ""Cultural Awareness – Working with Families in Poverty." Buenva Vista Regional Health Center, Storm Lake, IA, February 29, 2012.

Mark Grey and Michele Devlin. "From Darfur to Denison: Iowa's New Sudanese Neighbors." Crawford County Health Department and Crawford Memorial Hospital. Denison, IA, February 8, 2012.

Mark Grey and Michele Devlin. ""The Rapidly Changing Demographics of Iowa: Implications for Substance Abuse Professionals." Webinar, Iowa Department of Public Health/Training Services. February 2, 2012.

Mark Grey "Iowa at the Crossroads: Challenges and Opportunities with the New Diversity." Diversity Summit, The Business of Diversity, Dubuque Chamber of Commerce, Dubuque, Iowa, December 13, 2011.

Mark Grey and Michele Devlin. "An Introduction to Working with Focus Groups." Hamilton County Power Up Youth, Webster City, IA, December 9, 2011.

Mark Grey and Michele Devlin. "Rapid Ethnic Diversification, Micro-Plurality and the 'Anglo Inversion': Challenges and Opportunities for Educators." Iowa Culture and Language Conference, Coralville, IA, November 9, 2011.

Mark Grey "Rapid Ethnic Diversification and Micro-Plurality: Challenges and Opportunities for a State in Transition." Leadership Iowa, Spencer, IA, November 4, 2011.

Mark Grey and Michele Devlin "Providing Culturally Competent Care to Substance Abuse Families." November 2, 2011. Des Moines, IA.

Mark Grey and Michele Devlin "Introduction to Working with Medical Intepreters." Des Moines University, Des Moines, IA, October 26, 2011.

Mark Grey and Michele Devlin "Introduction to Health Literacy." Central Iowa Health Education Center, Broadlawns Hospital, Des Moines, IA, October 26, 2011.

Mark Grey and Michele Devlin "An Introduction to Providing Culturally Appropriate Care to Hospice Patients and Families." Iowa Hospice [8 Iowa locations/various dates in 2011].

Mark Grey "Rapid Ethnic Diversification and Micro-Plurality: Challenges and Opportunities for Educators." Iowa Association of Community College Admissions Counselors. Cedar Rapids, IA. October 13, 2011.

Mark Grey and Michele Devlin "Beyond Diversity: Challenges and Opportunities in a Changing Cedar Valley." Cedar Valley Diversity and Inclusion Summit. Greater Cedar Valley Alliance and Chalber. Waterloo, IA, September 23, 2011

Mark Grey and Michele Devlin "'Reverse' Cultural Competency for International Medical Graduates." Iowa Governors Conference on Public Health, Ames, IA, April 13, 2011.

Mark Grey "Integration of Immigrants into the Local Workforce." Heartland Economic Development Conference, Kansas City, MO, April 19, 2010.

Mark Grey **KEYNOTE ADDRESS:** "Rapid Ethnic Diversification and Schooling in the New Iowa." Area Education Agency 267 Equity Conference, Cedar Falls, IA, April 23, 2010.

Mark Grey and Michele Devlin, "Immigration and Entrepreneurship in the New Iowa." Iowa Jaycees Convention, Waterloo, IA, June 12, 2010.

Mark Grey and Michele Devlin. **KEYNOTE ADDRESS**: "Rapid Ethnic Diversification, Microplurality, and the New Demographics: Implications for Recruiting Ethnically Diverse Populations into the Health Professions" Area Health Education Centers Association Convention, Las Vegas, Nevada. June 23, 2010.

Mark Grey and Michele Devlin. September 25, 2010. "Rapid Ethnic Diversity and Microplurality: Implications of the New Demographics of Iowa for Community Leaders." Immgration and Community: Working toward a Biblical Perspective, Dordt College, Sioux Center, Iowa.

Mark Grey. October 5, 2010. "Iowa's Changing Demographic Landscape: Rapid Diversification and Immigration," Iowa Immigration Forum, Des Moines Area Community College, Des Moines, Iowa.

Mark Grey and Michele Devlin. October 12, 2010. "Postville, USA: Surviving Diversity in Small-Town America. Iowa." History Center, Simpson College, Indianola, Iowa.

| October 25/26, 2010 | "Immigration and Population Change in the New Midwest: Challenges" and "Opportunities and Rapid Ethnic Diversification, Microplurality and the New Midwest." Monmouth College and Monmouth Town Leadership, Monmouth, Illinois. |
|---|---|
| October 15, 2010 | Symbolic Health Literacy: Improving the Use of Visuals, Images, Props, and Signs in Communicating with Patients. Central Iowa AHEC, Broadlawns Hospital, Des Moines, Iowa. |
| October 12, 2010 | Postville, USA: Surviving Diversity in Small-Town America. Iowa History Center, Simpson College, Indianola, Iowa. |
| October 5, 2010 | Iowa's Changing Demographic Landscape: Rapid Diversification and Immigration, Iowa Immigration Forum, Des Moines Area Community College, Des Moines, Iowa. |
| September 30, 2010 | Iowa's Changing Demographic Landscape: Rapid Ethnic Diversificatio and Microplurality. Iowa Community College Presidents, University of Northern Iowa, Cedar Falls, Iowa. |
| September 25, 2010 | "Rapid Ethnic Diversity and Microplurality: Implications of the New Demographics of Iowa for Community Leaders." Immgration and Community: Working toward a Biblical Perspective, Dordt College, Sioux Center, Iowa. |
| September 20, 2010 | Rapid Ethnic Diversification and Microplurality: Implications of Iowa's New Demographics for Health Professionals. University of Iowa, Carver College of Medicine Dean's Council, Iowa City, Iowa. |
| September 15, 2010 | Helping Communities Accommodate Diverse Newcomers. NE Wisconsin Technical College, St. Norberts College and University of Wisconsin-Green Bay, Green Bay, Wisconsin. |

| | |
|---|---|
| September 14, 2010 | Immigration and Rapid Ethnic Diversification in the Midwest and Wisconsin. Bay Area Community Council, Gren Bay, Wisconson. |
| August 31, 2010 | Health Literacy. Central Iowa AHEC, Broadlawns Hospital, Des Moines, Iowa. |
| August 11, 2010 | Immigrant Rights. Davenport, Iowa, Civil Rights Commission, Davenport, Iowa. |
| July 22, 2010 | Helping Iowa communities and businesses accommodate the needs of diverse newcomers. Iowa City and County Managers Association, Storm Lake, Iowa. |
| June 29, 2010 | Cultural Competency for Health Care Providers, Central Iowa AHEC, Broadlawns Hospital, Des Moines, Iowa. |
| June 23, 2010 | KEYNOTE ADDRESS:, Rapid Ethnic Diversification, Microplurality, and the New Demographics: Implications for Recruiting Ethnically Diverse Populations into the Health Professions  Area Health Education Centers Association Convention, Las Vegas, Nevada. |
| June 1, 2010 | Training University Students in Global Health Programs at Home and Abroad. Drake University, Des Moines, Iowa. |
| May 27, 2010 | The Role of Faith Leaders in Promoting Reproductive Good Health, Waterloo, Iowa, African American Pastors Association. |
| May 12, 2010 | Cultural Competency in a Changing Iowa. Upper Des Moines Headstart Policy Council, Spencer, Iowa. |
| April 27, 2010 | Immigrants, Refugees and Practicing Medicine in the New Iowa. Northeast Iowa Family Practice Clinic Residency Program, Waterloo, Iowa. |
| April 23, 2010 | Immigrants, Refugees and Schooling in the New Iowa. Equity Conference, Areas Education Association 267, Cedar Falls, Iowa. |
| April 22, 2010 | Demographic Change, Cultural Competency and Health Literacy in Mental Health Care, Black Hawk-Grundy Mental Health Center, Waterloo, Iowa |
| April, 19, 2010 | Labor Force Develop and Immigration in the New Midwest. Heartland Economic Development Institute, Blue Springs, Missouri |
| April 13, 2010 | "Reverse" Cultural Competency: Training Foreign Born Doctors on How to Work in Rural Iowa. Iowa Governor's Conference on Public Health, Ames, Iowa. |
| April 13, 2010 | Cultural Competency for Pre-School Providers. Power Up Youth |

Coalition, Webster City, Iowa.

April 11, 2010      The ICE raid in Postville, Iowa, and Its impact. Immigration in the Heartland, The Institute for Justice and Journalism (IJJ) and the University of Oklahoma's Gaylord College of Journalism and Mass Communication. Norman, Oklahoma.

Iowa's Immigrant Past and Future. Kirkwood Community College, April 15, 2009

Immigrant Workers and the I-9 Process. Cedar Valley Society of Human Resource Managers (SHRM), Cedar Falls, IA, April 17, 2009

Economic Development, Immigrants and the Future Workforce. Heartland Economic Development Course, Kansas City, MO, April 20, 2009

Providing Culturally Competent Health Care in the New Iowa. Northeast Iowa Family Practice Clinic, Waterloo, IA

Multicultural Perspectives on Death and Dying. Cedar Valley Hospice, Waterloo, IA, April 29, 2009.

Demographic Change and Cultural Competency. Cedar Valley Leadership, Cedar Falls, IA, May 6, 2009.

Iowa Public Radio, The Exchange (with Michele Devlin and Aaron Goldsmith), May 7, 2009.

Cultural Competency in the Workplace. Cedar Valley Chamber of Commerce, Cedar Falls, IA, May 8, 2009.

Cultural Competency in the Workplace. Cedar Valley Chamber of Commerce, Cedar Falls, IA, May 19, 2009.

Education in the New Iowa, Great Prairie Area Education Agency, Fairfield, IA, June 8, 2009.

Cultural Competency and Mental Health, Hamilton County and Webster City Government, Webster City, IA, June 10, 2009.

Culturally Competent Care for Health and Social Service Providers. Dennison Job Corps, Dennison, IA, July 1, 2009.

Education in the New Iowa, Iowa Association of School Administrators, Des Moines, IA, August 13, 2009.

Migrant and Immigrant Students: Challenges and Opportunities, Williamsburg Public Schools August 17, 2009.

Conducting Outreach with Diverse and Underserved Populations, Central Iowa Area Health Education Center, Broadlawns Hospital, Des Moines, IA August 27, 2009.

Immigrant, Refugee and Minority Health Challenges in the New Iowa, Region VI Minority Health Coalition, Cedar Rapids and Davenport, IA, September 10, 2009.

Health Literacy Challenges for Public Health Officials, Scott County Public Health Department, Davenport, IA, September 22, 2009.

mmigrant, Refugee and Minority Health Challenges in the New Iowa, Region III Minorty Health Coalition, Sioux City and Storm Lake, IA, September 28, 2009.

Newcomer Populations in Storm Lake, Iowa, Storm Lake City Government, Storm Lake, IA, September 29-30, 2009.

Cultural Competency in the Workplace, John Deere, Inc., Waterloo, Iowa, October 1, 2009.

 Social Market and Colorectal Cancer Awareness for African Americans, Iowa Cancer Coalition Summit, Ankeny, IA, October 2, 2009.

 THE NEW ETHNIC LANDSCAPE OF IOWA AND HEALTH DISPARITY IMPLICATIONS, Iowa Latino/a Conference, Grandview College, Des Moines, IA, October 9, 2009.

Immigration and Our Future Workforce, Oklahoma Professional Development Council/Oklahoma Chamber of Commerce, Oklahoma City, OK, October 12, 2009.

Workforce Development: Integrating Immigrants into the Local Economy. Oklahoma Professional Development Council/Oklahoma Chamber of Commerce, Oklahoma City, OK, October 13, 2009.

Cultural Competency in Health Care, Central Iowa Area Health Education Center, Broadlawns Hospital, Des Moines, IA, October 27, 2009

Rapid ethnic diversification and the implications for public. Department of Community and Behavioral Health, College of Public Health, University of Iowa, Nov 2, 2009.

Cultural Competency for Health Providers, Sioux County Public Health Department, Orange City, IA, November 12, 2009,

The Health Needs of Our New Hispanic Neighbors, Sioux Center Public Library, Sioux Center, IA, November 12, 2009.

Law Enforcement in the New Iowa, Sioux County Sheriff's Office, Sioux Center, IA, November 12 and 13, 2009.

Postville and the New Iowa. Cornell College, Mt. Vernon, IA, December 8, 2009.

Integrating Immigrants into the Local Economy, Northwest Iowa Community College, Sheldon, IA, February 16, 2010.

Immigrants, Refugees and the New Iowa, Northwest Iowa Community College, Sheldon, IA, February 17, 2010.

Postvile USA: Surviving Diversity in Small-Town America, Grinnell College, Grinnell, IA, (with Michele Devlin and Aaron Goldmsith), February 23, 2010.

Health Literacy for Nurses, Central Iowa Area Health Education Center, Broadlawns Hospital, Des Moines, IA, March 11, 2010

Immigrants, Refugees and "Coming Home" to Iowa. Drake University, Des Moines, IA, March 23, 2010.

Immigrants, Refugees and the New Iowa. University of Iowa, Iowa City, IA, March 24, 2010.

Bosnian Resettlement Symposium, Waterloo Center for the Arts, Waterloo, IA, March 26, 2010.

Postville USA: Surviving Diversity in Small-Town America, School of Public Health, UCLA, Los Angeles, CA, March 31, 2010.

| | |
|---|---|
| 2009 | "An Analysis of Trends, Demographics and Factors associated with Infectious Disease Patterns in Black Hawk County, Iowa." Black Hawk County Health Board, Black Hawk County Health Department, Waterloo, Iowa. |
| 2009 | "Immigration and Faith: Lessons from Postville." Canterbury Forum, St. Luke's Episcopal Church, Cedar Falls, Iowa. |
| 2009 | "An Introduction to Developing Sustainability Strategies for Grant Programs." Storm Lake, Iowa. |
| 2009 | "Mental Health Issues among Immigrant Children." Storm Lake, Iowa. |
| 2009 | Heartland Area Education Agency Immigration Panel. Des Moines, Iowa. |
| 2009 | "Cultural Competency in the Workplace." Cedar Valley Alliance/Cedar Valley Chamber of Commerce, Cedar Falls, Iowa. |
| 2009 | "Conducting Marketing and Outreach Programs with Diverse and Underserved Populations." Brain Injury Association of Iowa, Des Moines, Iowa. |
| 2009 | "An Introduction to Providing  Culturally Appropriate Services to Diverse Clients with Brain Injuries." Brain Injury Association of Iowa, Des Moines, Iowa. |
| 2009 | "Educational Leadership during Rapid Ethnic Diversification." Iowa School Superintendent Training, Cedar Falls, Iowa. |
| 2009 | "Immigration Panel." Northeast Iowa Community College, Calmar, Iowa |
| 2009 | "Working Effectively with Families from Low Socioeconomic Status Backgrounds: An Introduction for Educators." Washington Community School District, Ainsworth, Iowa. |
| 2009 | "Working Effectively with Families from Low Socioeconomic Status Backgrounds: An Introduction for Educators." Washington Community School District, Ainsworth, Iowa. |

| 2008 | "Better Understanding Our Diverse Community." Black Hawk County Association of Credit Unions, Cedar Falls, IA. |
|------|---|
| 2008 | "Managing a Balanced Workforce through Inclusion: An Introduction to Diversity Principles." Mercy Hospital, Mason City, IA. |
| 2008 | "Managing a Balanced Workforce through Inclusion: An Introduction to Diversity Principles." Mercy Hospital, Mason City, IA. |
| 2008 | "Challenges and Opportunities: Immigrants in Iowa." Des Moines NEXUS Executive Women's Club, Des Moines, IA. |
| 2008 | "We're Not in Kansas Anymore! An Introduction to Adapting to Diversity in the New American Workforce." Mercy Hospital KAILO Training, Mason City, IA . |
| 2008 | "We're Not in Kansas Anymore! An Introduction to Adapting to Diversity in the New American Workforce." Mercy Hospital KAILO Training, Mason City, IA. |
| 2008 | "Dating and Relationships in the US." UNI Culture and Intensive English Program, UNI. |
| 2008 | "Agriculture's Workforce and the Economic Implications of Undocumented Immigrants." Iowa Farm Bureau, Policy Information Conference, West Des Moines, IA. |
| 2008 | "Latino Workers in the New Midwest." Council Bluffs Chamber of Commerce/ Western Iowa Business Network, Council Bluffs, IA. |
| 2008 | "The Changing Face of Iowa and Its Impact on Education." Education Leadership, Superintendent/Principal Advisory Committee, UNI. |
| 2008 | "Statewide Workforce Solutions Forum." Leadership Iowa, Muscatine, IA. |
| 2008 | "Providing Culturally Competent Care to Ethnically Diverse Populations." Iowa School Nurses Organization, Cedar Falls, IA. |
| 2008 | "Providing Culturally Competent Care among Diverse Populations: An Introduction for Dental Health Professionals." Iowa Department of Public Health, I-Smiles Oral Health Program, Ames, IA. |
| 2008 | "Understanding and Preventing Medicare Fraud." Iowa Public Health Conference, Ames, Iowa. |
| 2008 | "The Challenge of Health Literacy in Iowa." Iowa Public Health Conference, Ames, Iowa.. |
| 2008 | "Providing Culturally Competent Services to Iowa's Latinos." Indian Hills Community College, Ottumwa, Iowa. |

| | |
|---|---|
| 2008 | "Conducting Marketing and Outreach Programs with Diverse and Underserved Populations." Iowa Hospital Association, West Des Moines, Iowa |
| 2008 | "What Goes Around, Comes Around: Immigration in Iowa." Iowa History Forum, Des Moines Area Community College, Ankeny, Iowa. |
| 2008 | "Rapid Ethnic Diversification in Iowa and Health Disparities." University of Iowa Global Health Forum, Iowa City, Iowa. |
| 2008 | "Community Immigration and Economic Development." Heartland Economic Development Institute, Kansas City, Missouri. |
| 2008 | "Cultural Competency and Preventing Child Abuse." Prevent Child Abuse Iowa Conference, West Des Moines, Iowa. |
| 2008 | "Leading During Rapid Ethnic Diversification." Iowa School Superintendent Training Program, University of Northern Iowa, Cedar Falls, Iowa. |
| 2008 | "Practicing Medicine in the New Iowa." Northeast Iowa Family Practice Clinic, Waterloo, Iowa. |
| 2008 | "Immigration" Legal and Otherwise." Cedar Valley Diversity Reading group, Cedar Falls, Iowa. |
| 2008 | "Conducting Marketing and Outreach Programs with Diverse and Underserved Populations." Society of Professional Health Educators, Chicago, IL. |
| 2008 | "Law Enforcement in the New Iowa." Iowa Department of Public Safety/Iowa State Patrol, Camp Dodge, Johnston, Iowa. |
| 2008 | "Grants and Contract Management." Upper Des Moines Opportunity, Graetinger, Iowa. |
| 2008 | "Data 101: Collecting and Analyzing Data in Social Service Programs.' Storm Lake, Iowa. |
| 2008 | "Evaluating Social Service Programs." Storm Lake, Iowa. |
| 2008 | "Conducting Marketing and Outreach Programs with Diverse and Underserved Populations." Iowa Community Action Association, Des Moines, Iowa. |
| 2008 | "Leading During Rapid Ethnic Diversification II." Iowa School Superintendents Training Program, University of Northern Iowa, Cedar Falls, Iowa. |
| 2008 | "The Meaning of Postville." Global Health Conference, University of Iowa, Iowa City, Iowa. |
| 2008 | "Immigrants, Refugees, and the new Iowa: Challenges and Opportunities for Educators." Our Kids Education Conference, University of Northern Iowa, Cedar Falls, Iowa. |

| 2008 | "Cultural Competency and Health in a Changing Iowa." St. Luke's Hospital, Sioux City, Iowa. |
|------|---------------------------------------------------------------------------------------------|
| 2008 | "Working Effectively with African American and Hispanic Patients." St. Luke's Hospital, Sioux City, Iowa. |
| 2008 | "Preparing for Immigrant Influxes." City Hall, Webster City, Iowa. |
| 2008 | "Cultural Competency and Public Health." Woodbury County Health Department, Sioux City, Iowa. |
| 2008 | "Immigration and Human Rights in Iowa." Center for Multicultural Education, University of Northern Iowa, Cedar Falls, Iowa. |
| 2008 | "Immigration Awareness and Creating an Inclusive Environment." Hispanic Heritage Month Panel, Rockwell-Collins, Cedar Rapids, Iowa. |
| 2008 | "Sudanese Refugees: A Cultural Orientation for Health and Human Service Providers." Diversity RX Conference, Minneapolis, MN. |
| 2008 | "Globalization and the Midwest: The Impact of Immigration." Chicago on Global Affairs, Chicago, IL. |
| 2008 | "Faith and Immigration." Trinity Episcopal Church, Iowa City, Iowa. |
| 2008 | "An Introduction to Working in Dental Settings with Multicultural Patient Populations." Quad Cities Dental Hygienists Association, Bettendorf, Iowa. |
| 2008 | "Addressing Health Disparities: The Role of Librarians in Iowa." Iowa Library Association Annual Conference, Dubuque, Iowa. |
| 2008 | "Demographic Change in the US, Iowa and NE Iowa: Implications for Youth Development." McElroy Trust Board of Trustees, Waterloo, Iowa. |
| 2008 | "Faith, Immigration and Welcoming the Stranger." Unitarian Universalists of the Cedar Valley, Cedar Falls, Iowa. |
| 2008 | "Providing Culturally Effective Services to Diverse Clients in Child Care Settings." Child Care Resource and Referral of Southeast Iowa, Burlington, Iowa. |
| 2008 | "Medicare Fraud Prevention." Jessie Cosby Center, Waterloo, Iowa. |
| 2008 | "Immigration and the Future of Iowa." Mount Mercy College, Cedar Rapids, Iowa. |
| 2008 | "Cultural Competency and Changing Populations in Black Hawk County." Family and Children's Council, Waterloo, Iowa. |

| 2008 | "Interpreter Training for the Helping Professions." Indian Hills Community College, Ottumwa, Iowa. |
| 2008 | "The Changing Face of Iowa: Immigrant Students in Our Schools." Iowa Association of School Boards, Des Moines, Iowa. |
| 2008 | "Leading during Rapid Ethnic Diversification II" Iowa School Superintendents Training, University of Northern Iowa, Cedar Falls, Iowa. |
| 2008 | "Education in the New Iowa." Cedar Falls Community Schools, Cedar Falls, Iowa. |
| 2008 | "Latino Immigration and Integration in Iowa." Iowa/Iowa Valley Leadership, Marshalltown Community College, Marshalltown, Iowa. |
| 2007 | "Culturally Competent Service Delivery." Iowa Public Health Association, Ames, Iowa. |
| 2007 | ""The Role of Faith in the New Iowa: The Challenges and Rewards of Immigration" Iowa City Foreign Relations Council. Iowa City, Iowa. |
| 2007 | Keynote" "Vulnerabilities of Labor Migrants." Crossing Borders Convocation, University of Iowa International Programs. Iowa City, Iowa. |
| 2007 | "Cultural Competency: Working with Interpreters and Patients with Low Health Literacy." Cedar Valley Hospice, Waterloo, Iowa. |
| 2007 | "Diversity in the Workplace." Sartori Hospital, Cedar Falls, Iowa. |
| 2007 | "Working with Interpreters" and "Working with Clients with Low Health Literacy" BRIDGES Mental Health Initiative, Storm Lake, Iowa. |
| 2007 | "Immigrants and The future of Rural Development in the New Midwest." Heartland Economic Development Institute, Kansas City, MO. |
| 2007 | "Immigration and the Media in Iowa." Midwest Media Project, Chicago Council on Global Affairs, Chicago, IL. |
| 2007 | "An Overview of Health Disparities and Occupational Therapy." American Occupational Therapy Association, St. Louis, MO. |
| 2007 | "Promoting Global Health in the 21st Century: Understanding and Reducing Disparities in the United States." Des Moines University, Des Moines, IA. |
| 2007 | "Cultural Competence in Medical School Training: A Review of Issues, Assessment Tools, and Recommendations." Des Moines University Faculty, Des Moines, IA. |

| 2007 | "Working Effectively with Latino Patients" Allen Hospital Professional Staff Development, Waterloo, IA. |
|------|-------------------------------------------------------------------------------------------------------|
| 2007 | "Immigration and Migration Dialogue: The Economy." Diversity Focus Seminar, Cedar Rapids, Iowa. |
| 2007 | "Immigration and Migration Dialogue: Responsibilities of the City and State." Diversity Focus Seminar, Cedar Rapids, Iowa. |
| 2007 | "Working Effectively with Latino Patients" Allen Hospital Professional Staff Development, Waterloo, IA. |
| 2007 | "Working with Sudanese Refugees" BRIDGES Mental Health Initiative, Storm Lake, Iowa. |
| 2007 | "Cultural Competency in Health Care" Cedar Valley Hospice, Waterloo, Iowa. |
| 2007 | "Immigrants and Health Care in the New Iowa." Family Health Clinic, Covenant Clinic, Waterloo, IA. |
| 2007 | "Working with Low Literacy Patients" and "Working Effectively with Interpreters" Des Moines University, Des Moines, Iowa. |
| 2007 | "Integration of Immigrants into the Local Economy" Mid-America Economic Development Council. Omaha, NE. |
| 2007 | "Cultural Competency in Medical Care and the Culturally and Linguistically Appropriate Services (CLAS) Standards." Mercy Hospital Ground Rounds, Rock Island, IL. |
| 2007 | "Immigrants in the Workplace: Challenges and Opportunities." Western Iowa Community College. |
| 2007 | "A Rich Mosaic: Understanding Iowa's Changing Landscape" "Hispanics in Iowa: Disparities among Iowa's Largest Minority Population." Women's Health Day, North Iowa Area Community College/Mercy Hospital. |
| 2007 | "Law Enforcement in the New Iowa." Iowa Department of Public Safety Academy, Camp Dodge, Ankeny, Iowa. |
| 2007 | "Pulling it All Together" Iowa Business Council, Diversity Conference. Pella, Iowa |
| 2007 | "Culturally Effective Service Delivery for Health Organizations." Sioux Center Community Hospital and Health Center and Community Health Partners. Sioux Center, Iowa. |
| 2007 | "Cultural Competency and Parenting in the New Iowa." Upper Des Moines Opportunity/Fatherhood Project. Ft. Dodge, IA. |

| 2007 | "Education and the New Iowa." Change and Transformation course and Teacher Leadership course. University of Northern Iowa. |
|---|---|
| 2007 | "Cultural Competency and Caregiving in the New Midwest." Iowa Western's Celebrate Caregivers 2007. Iowa Western Community College, Council Bluffs, Iowa. |
| 2007 | "Beyond Fences: Sharpening The Immigration Debate." Bowhay Institute for Legislative Leadership Development, Midwestern Legislative Conference of the Council of State Governments and the The Robert M. La Follette School of Public Affairs, University of Wisconsin, Madison, WI. |
| 2007 | "I-9 Compliance Workshop." University of Northern Iowa. Cedar Falls, IA. |
| 2007 | "New Iowans Program: Changes in Iowa's demographics and the impact on our communities." Our Kids Conference. Iowa Department of Education. Simpson College, Indianola, IA. |
| 2007 | "Fathering from a Cross-Cultural Perspective: Skills for Service Providers Working with Low-Income and Minority Parents." Upper Des Moines Opportunity. Spencer, IA. |
| 2007 | "Firepals Training and Minority and Newcomer Children in Waterloo Public Schools." Waterloo Fire Department. Waterloo, IA. |
| 2007 | "Community Panel: Efforts Towards Equity in the Cedar Valley." Center for Multicultural Education, UNI. |
| 2007 | "Providing Culturally Appropriate Services: An Introduction for Child Care Resource and Referral Agencies." Child Care Resource & Referral of Central Iowa. Des Moines, IA. |
| 2007 | "Health Disparities: Why Gender and Ethnicity Still Matter." FutureNet The Iowa Network for Adolescent Pregnancy Prevention, Parenting, and Sexual Health. Ames, IA. |
| 2007 | **Keynote**: "Welcoming the Stranger." Evangelical Lutheran Church in American, Southeastern Iowa Synod, Fall Leadership Convocation. West Des Moines, IA. |
| 2007 | "Incorporating Cultural Competency into the Medical School Curriculum." Des Moines University, Des Moines, IA. |
| 2007 | "Immigrants in the Workplace: Cultural Competency in the New Nebraska." Nebraska Volunteer Service Commission. Omaha, NE. |
| 2007 | "Culturally Appropriate Health Services for Diverse and Underserved Patients: An Introduction for Free Clinics." Free Clinics of the Great Lakes Region Conference. Bettendorf, IA. |

| 2007 | "A Community Forum on Immigration." Hawkeye Community College, Waterloo, IA. |
|------|------|
| 2007 | "Workforce Development in a Changing Iowa." Western Iowa Business Network, Council Bluffs, IA. |
| 2007 | "Recruiting and Integrating Immigrant and Refugee Workers." Western Iowa Business Network, Council Bluffs, IA. |
| 2007 | "Iowa's New Latino Neighbors." Cultural Celebration Day, New Hampton, IA. |
| 2007 | "Health Literacy in the New Iowa." Iowa's Mosaic Diversity Conference, Des Moines, IA. |
| 2007 | "Measuring Diversity in the Workplace." Iowa's Mosaic Diversity Conference, Des Moines, IA. |
| 2007 | "Immigration in Iowa." American Foundry Society, Waterloo, IA. |
| 2007 | "Measuring Diversity in the Workplace." Cedar Valley Society for Human Resource Management, Waterloo, IA. |
| 2007 | "Diversity/Inclusion for Physicians." Mercy Medical Center, Mason City, IA. |
| 2007 | "Integrating Immigrants into the Local Economy." Economic Development of North Dakota Conference: "Defining North Dakota's Position in the Global Economy." Fargo, ND. |
| 2007 | "Diversity in Iowa Panel." Northeast Iowa Food Bank's 5th Annual Agency Conference. Cedar Falls, IA. |
| 2007 | "Faith, Immigration and Human Rights." Cedar Valley Peace and Justice Summit, Cedar Falls, IA. |
| 2007 | "Faith, Immigration and Human Rights." Cedar Valley Peace and Justice Summit, Cedar Falls, IA. |
| 2007 | "Providing Culturally Effective Care to Underserved Patients in the New Iowa: An Overview for Tobacco and Substance Abuse Contractors." Building a Tobacco Free Iowa Conference, Iowa Department of Public Health, West Des Moines, IA. |
| 2007 | "Providing Culturally Effective Care to Underserved Patients in the New Iowa: An Overview for Tobacco and Substance Abuse Contractors." Building Tobacco Free Iowa Conference, Iowa Department of Public Health, West Des Moines, IA. |
| 2007 | "Effectively Using Interpreters in Medical Settings." Community Memorial Hospital, Sumner, IA. |

| 2007 | "Preparing for Immigration." Create West Virginia Conference, Stonewall Resort, WV. |
|------|---|
| 2007 | "Sharing Power or Playing Well with Others." Create West Virginia Conference, Stonewall Resort, WV. |
| 2007 | Immigration and Human Rights Panel. University of Northern Iowa, Cedar Falls, IA. |
| 2007 | "The Immigrant Experience: Old and New." National Czech and Slovak Museum/Hometown Perry Iowa, Cedar Rapids, IA. |
| 2007 | "Measuring and Assessing Cultural Sensitivity of Staff in the Workplace." Upper Des Moines Opportunity, Inc-Lifetime Dads, Storm Lake, IA. |
| 2007 | "New Iowans: The Social, Economic and Political Impact of Immigration in Iowa." Hawkeye Community College, Waterloo, IA. |
| 2006 | "Education as a Key to Immigrant Integration." Keynote Address: New Immigrant Orientation Conference. Nebraska Human Rights Commission, Lincoln, Nebraska. |
| 2006 | "The Latino Experience: Working Effectively with the Latino Entrepreneur." Association Association of Small Business Business Development Development Centers Annual Conference, Houston, TX (with Maureen Collins-Williams). |
| 2006 | "Medicare Fraud: An Overview for Senior Medicare Patrol Members of Schemes, Scams, and Interventions with Health Organizations and Providers." National Consumer Technical Resource Center and the United States Administration on Aging. National Webinar (with Michele Yehieli). |
| 2006 | "Medicare Fraud: Preventing Medicare Fraud: Special Challenges among Urban, Rural, and Ethnic Minorities." National Consumer Technical Resource Center and the United States Administration on Aging. National Webinar (with Michele Yehieli). |
| 2005 | "Changing Demographics in the U.S. and Iowa." Gerontology Society of Iowa Annual Educational Conference. Des Moines, Iowa (with Michele Yehieli). |
| 2005 | "Understanding Diversity and Cultural Competency." Gerontology Society of Iowa Annual Educational Conference. Des Moines, Iowa (with Michele Yehieli). |
| 2005 | "Efforts to Increase Diversity in Iowa's Health Workforce." Iowa Public Health Conference, Ames, Iowa (with Michele Yehieli). |
| 2005 | "Cultural Competency and Health Care." Planned Parenthood of Central Iowa, Des Moines, Iowa, August (with Michele Yehieli). |

| | |
|---|---|
| 2005 | "Strategic Planning to Increase Number of Minorities in Health Care Professions through Project REACH." Iowa Department of Public Health, Des Moines, Iowa (with Michele Yehieli). |
| 2005 | "Cultural Competency and Health Care in the New Iowa." St. Luke's Hospital, Sioux City, Iowa (with Michele Yehieli). |
| 2005 | "Cultural Competency and Women and Children's Health." Covenant Hospital, Waterloo, Iowa (with Michele Yehieli). |
| 2005 | "Cultural Competency in Healthcare." Iowa Pharmacy Association, Johnston, Iowa (with Michele Yehieli) |
| 2005 | "Building Hospice Provider Understanding of Diverse Populations." Iowa Hospice Association (with Michele Yehieli). |
| 2005 | "Building Health Provider Understanding of Diverse Populations." Dallas County Hospital. Perry, Iowa (with Michele Yehieli). |
| 2005 | "Social Work with New Iowans." University of Iowa Hospitals and Clinics, Social, Patient and family Services, Iowa City, Iowa (with Michele Yehieli). |
| 2005 | "Under-Covered Communities in Rural and Small-Town America." Casey Journalism Center, University of Maryland, College Park, MD, March 13. |
| 2005 | "Establishing Baselines for Future Survey-Based Research: Special Workshop Session." U.S. Association for Small Business and Entrepreneurship, Tucson, AX, January 14. |
| 2005 | "Culture, Fringe Benefits and Newcomer Workers." Des Moines Higher Education Collaborative, Des Moines, Iowa (with Michele Yehieli). |
| 2005 | "Working with Medical Interpreters." Dallas County Hospital, Perry, Iowa, Medical Interpretation Training, Nov, 2005 (with Michele Yehieli). |
| 2005 | "Culture, Fringe Benefits, and Newcomer Workers." Des Moines Higher Education Collaborative, Des Moines, Iowa (with Michele Yehieli). |
| 2005 | "Death and Culture: Common practices in the Hispanic Community." Panel discussion, Allen College, Waterloo, Iowa (with Michele Yehieli). |
| 2005 | "Working with Medical Interpreters." United Community Health Clinic, Storm Lake, Iowa (with Michele Yehieli). |
| 2005 | "Spanish-English Interpretation." United Community Health Center, Storm Lake, Iowa (with Michele Yehieli). |
| 2005 | "Preparing Health Providers in Culturally Sensitive Caregiving: A Train the Trainer Program." Storm Lake, Iowa (with Michele Yehieli). |

| 2005 | "Providing Culturally Appropriate Care to Diverse and Underserved Populations." Sioux City, Iowa (with Michele Yehieli). |
|---|---|
| 2005 | "Cultural Competency and Health." State Conference on Equalizing Access and Eliminating Barriers for Patients. Mercy Health Network. Des Moines, Iowa (with Michele Yehieli). |
| 2005 | "Building Cultural Competency Skills among Health Providers." Scott County Health Department and Genesis Hospital System. Davenport, Iowa (with Michele Yehieli). |
| 2005 | "Cultural Disparities in Black Hawk County and Beyond." Health and Ethics Conference. University of Northern Iowa. Waterloo, Iowa. |
| 2005 | "Meeting the Ag Safety & Health Needs of Minority Clients in an Effective Manner: Cultural Competency Education for Service Providers." Midwest Rural Agricultural Safety and Health Forum, Des Moines, Iowa. |
| 2005 | An Introduction to Culturally Competent Care. Maternal and Child Health Workers Annual Meeting. Scott County Health Department. Davenport, Iowa (with Michele Yehieli). |
| 2005 | "Working Effectively with African American, Hispanic, and Low-Income Clients." Maternal and Child Health Workers Annual Meeting. Scott County Health Department. Davenport, Iowa (with Michele Yehieli). |
| 2005 | "Building Health Provider's Understanding of the Diverse Population in Their Community. Governor's Annual Public Health Policy Barn Raising Conference. Des Moines, Iowa (with Michele Yehieli). |
| 2005 | "Creating a Diverse Health Care Workforce in Iowa. Governor's Annual Public Health Policy Barn Raising Conference. Des Moines, Iowa (with Michele Yehieli). |
| 2005 | "New Hispanics in Old Iowa: Social, Economic and Policy Consequences of Rapid Ethnic Diversification." Pew Hispanic Center, Washington, DC, July 26. |
| 2005 | "Workforce Development: Integrating Immigrants into the Local Economy." Heartland Economic Development Course, Excelsior Springs, MO, April 4. |
| 2005 | "Welcoming Iowa's Future and the Iowa Center for Immigrant Leadership and Integration." Cornell College, Mt. Vernon, Iowa, March 9. |
| 2005 | "Accommodating Latino Workers and Their Families in Rural Communities." Cornell University Extension, Watertown, New York, February 15. |
| 2005 | "Accommodating Latino Workers and Their Families in Rural Communities." Cornell University Extension, Chazy, New York, February 14. |

| 2005 | "Immigrant Health in a Changing Iowa." University of Iowa Global Health Seminar, Iowa City, Iowa, February 8. |
|------|------|
| 2005 | "The Changing Face of Ministry." Reformed Church in America Ministerium Workshop, Inwood, Iowa, January 29. |
| 2005 | "Providing Culturally Competent Care to Sudanese Immigrants." Buena Visa Regional Medical Center. Storm Lake, Iowa (with Michele Yehieli). |
| 2005 | "Providing Culturally Competent Health Care to Latino Populations. Northeast Iowa Family Practice Residency Program. Waterloo, Iowa (with Michele Yehieli). |
| 2005 | "Culturally Competent Bereavement Practices." Cedar Valley Hospice. Waterloo, Iowa (with Michele Yehieli). |
| 2005 | "Culturally Competent Care for Health Related Providers." Buena Vista Hospital. Storm Lake, Iowa (with Michele Yehieli). |
| 2005 | "Culturally Competent Care for Health Related Providers." Kirkwood College. Cedar Rapids, Iowa (with Michele Yehieli). |
| 2005 | "Working Effectively with Asian American and Eastern European Senior Immigrants." The National Consumer Protection Technical Resource Center. United States Administration on Aging. National Webinar (with Michele Yehieli). |
| 2005 | "Working Effectively with Latino, African American, and Native American Minority Seniors." The National Consumer Protection Technical Resource Center. United States Administration on Aging. National Webinar (with Michele Yehieli). |
| 2005 | "An Introduction to Providing Culturally Competent Care to Senior Immigrants, Minorities, and Refugees." The National Consumer Protection Technical Resource Center. United States Administration on Aging. Washington, D.C (with Michele Yehieli). |
| 2004 | "Cultural Competency and Health in a Changing Iowa." Sioux Center Community Hospital, Sioux Center, Iowa, November 10 (with Nora Rodriguez). |
| 2004 | "Cultural Competency and Health in a Changing Iowa." Buena Vista Regional Hospital, Storm Lake, Iowa, November 9 (with Nora Rodriguez). |
| 2004 | "Immigrants and Integration: The Political and Economic Context for ESL Education in the [Midwestern] United States." MIDTESOL Pre-conference Workshop, Kansas City, MO, October 22. |
| 2004 | "Mexican Immigrants in Iowa: The Challenges and Opportunities of Integrating Latino Minorities in a White, Rural State." Warsaw, Poland, June 6. |

| 2004 | "Accommodating Immigrant Workers and Their Families." Cresco Chamber of Commerce. Cresco, Iowa, April 21 and May 21. |
|------|--------------------------------------------------------------------|
| 2004 | "Immigration and Community Development in the Midwest." Heartland Economic Development Course. Excelsior Springs, MO, April 19. |
| 2004 | "The Immigrant Experience in Iowa: Lessons for Power Providers." Annual Meeting of the Iowa Rural Electrification Managers Association. Des Moines, Iowa, April 7. |
| 2004 | "New Iowans: A Key to Iowa's Future." New Hampton Economic Development Corporation Annual Meeting. New Hampton, Iowa, January 12. |
| 2004 | "New Iowans: A Key to Iowa's Future." Iowa Council for International Understanding, International Scholars." Cedar Falls, Iowa, February 27. |
| 2004 | "Meeting the Educational Needs of Undocumented Students." Annual ACT Council Conference. Ames, Iowa. (with Anne C. Woodrick), March 3. |
| 2004 | "New Americans and New Iowans: A Key to Iowa's Future." UNI New Iowans and Iowa Public Television Community Forum. Des Moines, Iowa. (with Anne C. Woodrick and President Robert Koob.), March 9. |
| 2004 | "New Americans and New Iowans: A Key to Iowa's Future." UNI New Iowans and Iowa Public Television Community Forum. Cedar Falls, Iowa. (with Anne C. Woodrick and President Robert Koob.), March 11. |
| 2004 | "Welcoming New Iowans: A Workshop for Care Providers." Northwest Iowa Community College. Orange City, Iowa, March 22. |
| 2004 | "New Americans and New Iowans: A Key to Iowa's Future." UNI New Iowans and Iowa Public Television Community Forum. Mason City, Iowa. (with Anne C. Woodrick), March 23. |
| 2004 | "New Iowans: A Key to Iowa's Future." Iowa State University Extension. Orange City, Iowa, March 23. |
| 2004 | "Rapidly Changing Demographics in the U.S. and Iowa." Providing Culturally-Competent Healthcare. UNI Project EXPORT and Global Health Corps. Kirkwood Community College. Cedar Rapids, Iowa, March 25. |
| 2004 | "Project EXPORT Center of Excellence for Health Disparities, Outreach, Research and Training." Iowa Public Health Conference. Ames, Iowa. (with Michele Yehieli and Gene Lutz), March 31. |
| 2003 | "Transnational Education: Elementary School Initiatives in Marshalltown, Iowa, and Villachuato, Michoacan." North Central Council of Latin Americanist. Omaha, NE, October 17 (with Anne C. Woodrick). |

| | |
|---|---|
| 2003 | "How Latino Newcomers Revitalize Rural Iowa." Mt. Mercy College, Cedar Rapids, IA, October 9. |
| 2003 | "Radio Postville: A Development Tool for Diverse Rural Communities." Iowa's Mosaic Diversity Conference, Ames, IA, September 29. |
| 2003 | "Lessons Learned from Rapid Ethnic Change in the Rural Midwest." Kearney Area Chamber of Commerce, Small Business Networking Festival, September 18, Kearney, NE. |
| 2003 | "Lessons Learned from Rapid Ethnic Change in the Midwest." Lexington, NE Chamber of Commerce, September 17, Lexington, NE. |
| 2003 | "The Challenges of Accommodating Immigrants in a Small State: The Case of Iowa." Migration Policy Group, Brussels, Belgium, May 22. |
| 2003 | **Keynote Speaker**: "The Economic, Historic and Business Care for Immigration in Iowa." 17th Annual Iowa Culture and Language Conference, Des Moines, IA. |
| 2003 | Iowa Legislature Testimony: Joint House-Senate Economic Development Appropriations Committee, Iowa State Capitol, Des Moines, IA. |
| 2003 | **Keynote Speaker**: Martin-Luther King Diversity Day, Northeast Iowa Community College, Calmar, IA. |
| 2002 | "Welcoming Newcomers: A Key to Iowa's Economic Future," Dubuque, IA. (with Pres. Robert Koob, Anne Woodrick and James Hoelscher). |
| 2002 | Iowans for a Better Future and Migration Policy Group (Brussels, Belgium.), Des Moines, IA. |
| 2002 | **Keynote Speaker:** "The Many Faces of Iowa." A Grassroots Workshop for Diversity Teams, Mt. Pleasant, IA. |
| 2002 | "Immigration Issues." Iowa Institute for Social Action. Diocese of Davenport. Newton, Iowa, January 21 (with Anne C. Woodrick). |
| 2001 | "Welcoming New Iowans: Why Immigration is Important to Iowa's Future." Iowa Public Television: K-12 Connections, November 13. |
| 2001 | "Welcoming New Iowans: Building Respect and Tolerance for Immigrant and Refugee Newcomers." Iowa Chapter: American Planning Association, Pella, IA November 9. |
| 2001 | "New Faces in Iowa: The Challenges and Prospects Created by Recent Immigration." Grinnell College, Grinnell, IA, November 7-8. |
| 2001 | Diocese of Davenport, Iowa City, IA, November 5 (with Anne Woodrick). |

| 2001 | "Welcoming New Iowans." Fall Meeting of the Northeast Iowa Association, Iowa Conference of the United Church of Christ. United Church of Christ, Waterloo, IA, October 21. |
|------|------|
| 2001 | "Welcoming New Iowans: Especially for Community and Employers." Postville, IA, October 1. |
| 2001 | "Welcoming New Iowans: Building Respect and Tolerance for Immigrant and Refugee Newcomers." Wisconsin Economic Development Association, Green Bay, WI, September 2. |
| 2001 | Iowa Business Council, West Des Moines, IA, August 29. |
| 2001 | "Iowa Welcoming a Diverse Population." Iowa Communities 2010: Harvesting the Vision: A Rural Summit. Ames, IA, August 28. |
| 2001 | "Immigrants and Migration: Iowa in the Global Labor Market." UNI Geography Colloquium, September 26. |
| 2001 | Iowa City and County Administrators, Okoboji, IA, June 28. |
| 2001 | Welcoming New Iowans. Iowa State University Extension to Communities Inservice. Ames, IA, May 24. |
| 2001 | Archdiocese of Dubuque Pastoral Retreat, Cedar Falls, IA, May 6. |
| 2001 | North Iowa Business and Industry Group, Mason City, IA, April 10. |
| 2000 | "Local Economic Development in a Global World: Experiences With Policy Makers from Meatpacking Towns" Society for Applied Anthropology, San Francisco, CA, March 22. |
| 2000 | "Iowa Farmers and California Yuppies: Niche Pork Producers' Concepts of their Customers."Culture and Agriculture Conference, San Antonio, TX. February 25. |
| 1999 | "'Those Bastards Can Go to Hell!'" Small Hog Farmer Resistance to Vertical Integration and Concentration in Pork Production." Society for Applied Anthropology, Tucson, AZ. |
| 1998 | "Turning Around Turnover: An Anthropologist in the Personnel Office." Annual Meeting of the Society for Applied Anthropology, San Juan, Puerto Rico, April 25, 1998. |
| 1998 | "A Hard Act to Follow: The Garden City Changing Relations Project and the Anthropology of the Rural Midwest." Annual Meeting of the Central States Anthropological Society, Kansas City, MO, April 3, 1998. |

| 1998 | "Marshalltown, Iowa and the Struggle for Community in a Global Age." Annual Meeting of the Southern Anthropological Society, Wilmington, NC, March 27, 1998. |
| 1998 | "Continuity and Change: Iowa's Place in America's Changing Cultural Landscape." Speech to the Buchanan County Economic Development Leadership Program, Independence, Iowa, May 14. |
| 1997 | "The New Iowans: Migration of Immigrants and Refugees to Rural Communities." **Keynote Address**: Iowa Sociological Association, Simpson College, April 18. |
| 1996 | "Ethnic Diversification in Iowa: The Role of the Meatpacking Industry." Presentation at the Conference "The Dance of Diversity." Iowa Valley Continuing Education, Marshalltown, Iowa. |
| 1996 | "'Things Have Never Been the Same Since': The New Meatpackers and Demographic Change in Rural Iowa." |
| 1996 | **Keynote Address** at: "To Call It Home: A Conference on the New Immigrants of Southwest Minnesota." Southwest State University, Marshall, Minnesota. |
| 1996 | "How Policy Makers Ignore Social Scientists: Lessons from Research in Storm Lake, Iowa." Annual Meeting of the Rural Sociological Society, Des Moines, Iowa, August 18. |
| 1996 | "Latino/as in Iowa: Voices from Local Communities: The Case of Storm Lake, Iowa." Annual Meeting of the Rural Sociological Society, Des Moines, IA, August 15. |
| 1996 | "Economic and Technological Change and the Future of Rural Iowa." Speech to the Buchanan County Economic Development Leadership Program, Lamont, Iowa, June 27. |
| 1995 | "Workers' Perspectives on Plant Closings: The Case of the Storm Lake, Iowa Hygrade Pork Plant." Society for Applied Anthropology, Albuquerque, NM, March 30. |
| 1995 | "Storm Lake, Iowa and the Meatpacking Revolution: Ethnographic and Historical Perspectives on a Community in Transition." Center for Recent United States History Seminar "Work and Community in the Twentieth-Century Meatpacking Industry." Iowa City, Iowa, April 15. |
| 1994 | "Meatpacking, Newcomers and Health Care in Storm Lake, Iowa." Colloquium at The Institute for Agricultural Medicine and Occupational Safety, University of Iowa. |
| 1994 | "Newcomers in Storm Lake, Iowa: Anthropology and Rural Communities in Transition." Colloquium at the Department of Anthropology, University of Iowa. |

| 1994 | "Non-Market Processes in the Migration of Newcomer Labor to Storm Lake, Iowa." Colloquium at The Department of Geography, University of Northern Iowa. |
|------|--------|
| 1994 | "Theories of Cultural and Ethnicity in Multicultural Education." Staff Development Seminar in Multicultural Education, College of Education, University of Northern Iowa. |
| 1993 | "Regional Perspectives on Newcomers in Rural Midwest Schools." Rural Alliance Conference: Newcomers in Midwestern Schools. Kansas City, Missouri. |
| 1993 | "Limited English Speaking Students in Rural America: Anthropological Perspectives and Policy Implications." Society for Applied Anthropology, San Antonio, Texas. |
| 1993 | Refugee Education in Context: Migration, Status and Ethnic Relations among Lao Refugees. Iowa Joint ESL/Bilingual Education and refugees Concerns Conference. Des Moines, Iowa. |
| 1992 | "Applying Concepts of Marginality to Secondary ESL Programs: Challenges for Practitioners and Researchers." Third National Research Symposium on Limited English Proficient Students' Issues, Washington, D.C. |
| 1992 | "Lao Porkpackers in Storm Lake, Iowa: Implications for Education and Health Provision." Conference: "New Factory Workers in Old Farming Communities: Costs and Consequences of Relocating Meat Industries," Queenstown, Maryland, Aspen Institute Wye Center. |
| 1992 | "Do People Migrate or Does the Earth Move Underneath Them? Theories Inspired by Robert A. Hackenberg." Annual Meeting of the Society for Applied Anthropology, Memphis, Tennessee. |
| 1991 | "Industrial Impact on Schools: The Case of Meatpacking in the American Midwest." Annual Meeting of the Society for Applied Anthropology, Charleston, South Carolina. |
| 1989 | "Feeling Left Out: 'Marginal' ESL Programs and the Mainstream." Workshop at the Annual Meeting of Colorado Teachers of English to Speakers of Other Languages, Denver, Colorado. |
| 1989 | "Rite, Ritual and Immigrant-Resident Relations in Garden City, Kansas, High School." Annual Meeting of the American Anthropological Association, Washington, D.C. |
| 1989 | "The High School as Arena of Changing Ethnic Relations in Garden City, Kansas." Annual Meeting of the High Plains Society for Applied Anthropology, Denver, Colorado. |
| 1989 | "The High School as Arena of Changing Ethnic Relations in Garden City, |

Kansas." Annual Meeting of the Society for Applied Anthropology, Santa Fe, New Mexico.

1988    "Ethnic Relations and School/Community Interaction at Garden City High School." Annual meeting of the American Anthropological Association, Phoenix, Arizona.

1988    "Demands for Schooling and Social Change in Swaziland." Annual Meeting of the African Studies Association, Chicago, Illinois.

1987    "Expectations of schooling and students aspirations: a Swaziland case study." Annual Meeting of the African   Studies Association, Denver, Colorado.

1987    "Swazi Children's Perceptions of Change: Some Artistic Contributions." Annual meeting of the Western Association of Africanists, Ft. Collins, Colorado.

1986    "Communication in Multi-cultural Contexts: Education and the Creation of Expectations." Annual meeting of   the High Plains Society for Applied Anthropology, Denver, Colorado.

1985    "Separate Expectations: ethnography of a rural Swazi secondary school." Annual meeting of the High Plains Society for Applied Anthropology, Denver, Colorado.

EEOC et al. v. JBS USA, LLC.
Civil Action No. 8:10 cv 318-LSC-FG3

## EXPERT REPORT
## of
## PETER J. HURTGEN, ESQ.

### 1.   EDUCATION AND QUALIFICATIONS

a.   B.S. Georgetown University - 1963; J.D. Georgetown University Law Center - 1966.

b.   Admitted to practice in state and federal courts in Illinois, District of Columbia, Florida and California; U.S. Courts of Appeal for the 5th, 7th, 11th and District of Columbia and U.S. Supreme Court.

c.   Attorney, private practice; labor and employment law; Seyfarth, Shaw, Fairweather & Geraldson, 1966-1983; Morgan, Lewis & Bockius, 1983-1997, 2005-2010.

d.   Appointed by the President and confirmed by the Senate to be a Member of the National Labor Relations Board, 1997-2001.

e.   Appointed by the President as Chairman of the National Labor Relations Board, 2001-2002.

f.   Appointed by the President and confirmed by the Senate to be the Director of the Federal Mediation and Conciliation Service, 2002-2005.

g.   Stop and Shop, Giant Supermarkets, Senior Vice-President for Labor Relations (interim), July 2007-April 2008.

h.   Fellow, College of Labor and Employment Lawyers, 1998.

### 2.   SUMMARY OF EXPERIENCE

Entire career spent primarily in the practice of traditional labor law (union-employer relations), before the National Labor Relations Board as well as employment law before various state and federal courts.  Negotiated in excess of 200 collective bargaining agreements in private industries such as manufacturing, newspaper publishing, aerospace, trucking, construction, chemical production as well as in the public sector.

As a Member, and later Chairman of the National Labor Relations Board, was in a quasi appellate judicial position reviewing decisions of Administrative Law Judges involving issues concerning the application and interpretation of the National Labor Relations Act.  As Director of the Federal Mediation and Conciliation Service, mediated major labor disputes between

various employers and labor organizations including the Pacific Maritime Association and Longshore Workers, Verizon and the Communication Workers, Southern California Grocers and United Food and Commercial Workers Union, AT&T and Communication Workers.

At the request of the European Union, presented seminars concerning American system of labor regulation and dispute resolution over a three week period to government ministers, labor organizational leaders and employer representatives from ten countries being admitted to the European Union. At the request of the United States State Department presented lectures concerning the American system of labor laws, rules and regulations and the resolution of disputes at several universities in China in Beijing and Shanghai.

3.     MATERIALS REVIEWED

    a.     Collective Bargaining Agreement between Swift & Company and Local 22, UFCW, dated January 31, 2005 to February 28, 2010.

    b.     Statement of Position of JBS USA to Nebraska Equal Employment Opportunity Commission, dated January 27, 2009.

    c.     First Amended Complaint in Equal Employment Opportunity Commission versus JBS USA in the United States District Court of Nebraska, Omaha Division.

    d.     Deposition of Doug Schult.

    e.     Deposition of Timothy Haumont.

    f.     Answers to questions submitted to Dan Hoppes' attorneys.

    g.     Minutes of meetings of September 12, 2008, and September 15, 2008.

    h.     A memorandum entitled JBS Talking Points - GI Prayer Issue Background - Updated 9/16/2008.

    i.     Letter dated September 16, 2008 from Doug Schult to Dan Hoppes.

    j.     Summaries of NEOC interviews of Dan Hoppes, Terry Mostek, and Tim Haumont.

    k.     Timeline supplied by the Union of September, 2008.

    l.     Correspondence including a letter to Hoppes from CAIR dated August 29, 2007; letter to Hoppes from Doug Schult dated September 16, 2008; letter to Union from Dennis Sydow outlining the 7:45 p.m. agreement; termination notice form dated September 19, 2008; handwritten notes dated September 18-19, 2008 regarding people walking off the line to pray; a grievance filed by the Union on

2

behalf of all terminated Somalis, Company response thereto, and numerous requests for extensions to proceed and Company concurrences to do.

    m.    Deposition of Farhan Abdi.

    n.    Deposition of Mohamed Jama Farah.

4.    PREMISES

    a.    An employer whose employees are represented by a labor organization ("Union") is not legally permitted to take unilateral action to change wages, hours or other terms and conditions of employment. Any change, no matter how seemingly minor, or well intentioned, can only be achieved following good faith negotiations with the Union.

    b.    A Union is obligated to represent all the employees in a bargaining unit notwithstanding significant differences in the employee make-up of the unit, and the employer must deal with the Union as the exclusive representative of all the employees. The employer cannot legally deal separately with any group within a bargaining unit without the Union's involvement.

    c.    In dealing with intra-bargaining unit issues, the Union has to acknowledge the critical role that seniority plays. Seniority is an objective factor that plays a substantial role in the Unionized workplace.

    d.    The goal of our national labor policy is to encourage employers and Unions to negotiate binding collective bargaining agreements and to resolve disputes in accord with the terms of those agreements.

    e.    The principal labor relations problem with which management and Union representatives had to deal concerned the timing of the evening meal break consistent with the provisions of the collective bargaining agreement, the desires of the minority Somali Muslim employees, the majority non-Muslim employees, and the safe and efficient operation of the production line.

        1.    The collective bargaining agreement provided that the evening meal break had to commence between 7:30 and 8:30 p.m., the precise timing of which was based on production considerations.

        2.    The practice of relieving employees for the break was to do so on a rolling, staggered basis commencing at the front (i.e. the start of the fabrication production line) and ending at the line's conclusion. This practice could not be changed without the concurrence of the Union. Thus, any accommodation of Muslim employees' desires to change the timing and practice of the break had to be negotiated with the Union.

3

3.      Following a work stoppage by the minority Muslim employees, the Company and Union representatives engaged in bargaining which resulted in the agreement to a fixed "mass" break commencing at 7:45 p.m. for the entire fabrication department.

4.      As a result of the change, the majority non-Muslim employees engaged in a work stoppage until the Company, without objection from the Union, returned the evening meal break to the previous regular practice.

f.      The Muslim employees' interest in a prayer-based break was only one of three distinct interests which had to be accommodated. The other two interests were that of the majority non-Muslim employees, and the Company's interest in the safe and efficient operation of the production line. Despite the efforts of management and union representatives to fashion a resolution over the timing of breaks, both employee groups resorted to work stoppages in an attempt to force their desires on the issue. Muslim employees first engaged in a work stoppage to force a decision by management and the Union to change the timing and process of rolling breaks to a mass break at 7:45 p.m. Non-Muslim employees then engaged in a work stoppage to force a return to the regular break practice. The Muslim employees then engaged in a second work stoppage in an attempt to again force their desires concerning breaks.

g.      What began as a substantive issue of how best to provide breaks which could accommodate all the needs devolved into a larger, process issue of different groups striking in violation of the collective bargaining agreement. Moreover, the striking became cyclical. The only feasible way to bring "law and order" back into the plant was to enforce the no-strike provision, which the Company did when the Somalis struck a second time. A failure to enforce the no-strike provision at this point would have defeated the entire purpose of the agreement and would have been contrary to the national labor policy which exists to promote employers and unions resolving issues by collective bargaining and enforcing those labor agreements.

h.      The Company's decision not to terminate the Muslims and the non-Muslims for each group's first strikes did not waive the Company's right to enforce the no-strike provisions when the Muslims struck a second time.

i.      The Company's decision to not terminate the strikers at the outset was reasonable and comports with sound management practice because discharging "wildcat" strikers initially frequently leads to further escalation, a wider disruption and leaves the employer with insufficient employees to perform the work. Once the second round of strikes began with the Somalis refusing to work, however, the need to end this cyclical striking became the foremost concern of management and rightly so. Generalized business considerations such as employee training, diversity training, employee turnover, recruiting issues, etc. while important on a long-term basis, cannot be considered when the paramount need is to restore

4

fundamental order in the plant and allow the collective bargaining agreement and its grievance procedure to function. The Union acted responsibly throughout the period of the work stoppages and urged the employees to return to work in accordance with the no-strike clause. (See testimony of Haumont deposition at p. 225, NEOC interview of Terry Mostek).

5.      SUMMARY OPINION

Given the facts and circumstances confronting management in September, 2008, they chose the best course of action to deal with an increasingly volatile employment relations problem and did so within the strictures of labor law requirements.

6.      PREVIOUS EXPERT TESTIMONY AND FEE CHARGES

   a.   *Boeing (International Association of Machinist)*; Case No. 19-CA-32431 (2011); retained to provide a report and expert testimony on behalf of Boeing concerning new production in its South Carolina plant. Although the report was prepared, the case settled prior to any testimony.

   b.   *Majestic Hotel v. Kaplan,* California State Court (2009) retained to provide Expert testimony concerning the gross negligence of Kaplan in representing the Majestic Hotel in an unfair labor practice proceeding before the NLRB. Case settled after providing testimony.

   c.   _____ *v. Carpenter's Union, Local __,* California State court (2006), prepared a report concerning the duties of a union business agent and whether the performance of those duties qualified the business agents to be exempt from the strictures of the Fair Labor Standards Act. Case settled after issuance of the report.

   d.   My rate is $650.00 per hour.

*Peter C. J. Hartgen*

*July 9, 2012*

# Heather Skinner, CPA

1808 Rosemary Ct. Fort Collins, CO 80528 – skinnercraig@hotmail.com – 303-913-5910

## Profile

- **Results-Oriented Financial Partner** - seeking a challenging role offering continued opportunities for professional and personal growth.
- Effective communicator with approachable demeanor and active listening skills.
- 14 years experience with continuous progression and growth. Recognized as engaged leader and trusted advisor.
- Strong planning, analytical, problem solving and decision-making skills.
- Recognized as a talented, collaborative, and personable performer.

## Experience

### JBS USA, LLC (formerly Swift & Company) Greeley, CO                              2003-Present

**Controller, North American Beef**                                                                    2007-Present
- Responsible for all aspects of financial management for the North American Beef business unit, part of the largest animal protein processor in the world, with sales exceeding $10 billion annually.
- Lead a broad based team with 16 direct reports, located in 8 states across the US and 1 in Canada.
- Continuous development of value-creating accounting and business analysis team. Foster team-building and open communication to standardize and improve processes.
- Responsible for integrity of company's financial processes and controls.
- Contributing member of successful ERP system conversion to SAP. This implementation was critical in the full integration of 4 plants acquired in 2008 and enabling consistent financial reporting across all 8 US beef plants.
- Partner with Operations to reduce and manage costs.

**Senior Business Analyst**                                                                             2005-2007
- Delivered action oriented analysis to senior management and ownership group in order to drive decisions and resolve problems.
- Fulfilled lead role on a large cross-functional team to establish the fiscal year budget and present to the Board of Directors for approval.
- Redesigned the financial budgeting process to deliver a more realistic and trackable budget with improved accountability.

**Business Analyst**                                                                                    2004-2005
- Asked by the Chief Financial Officer to be the accounting/finance representative on comprehensive performance improvement initiative after one year with the company.
- Developed metrics to measure sales/pricing/procurement performance.
- Designed and implemented process/system improvements to effectively communicate performance.
- Identified and analyzed worst performing customers in order to recommend necessary changes to bring them to profitability.

**Corporate Accountant**                                                                               2003-2004
- Senior member of the financial reporting team who created and successfully published the first public SEC filings following the purchase from ConAgra.
- Researched, developed and lead a company-wide sales reporting initiative to publish reports via the intranet.

## PricewaterhouseCoopers, Denver, CO                              1999-2003
### Senior Associate

- Working knowledge of Generally Accepted Accounting Principles (GAAP) and other authoritative guidance including SEC, FASB, and AICPA (now collectively known as accounting standards codification).
- Compilation of financial statements and footnotes for both public and privately-held companies.
- Managed audit engagements by preparing and analyzing engagement budgets, supervising staff and assessing propriety of audit work performed.
- Effectively managed client expectations in order to ensure timely deliverables and promote positive client relationships.
- Developed comprehensive understanding of client's business and industry in order to effectively communicate recommendations and best practice improvements.
- Researched, resolved, and presented key accounting and auditing issues to engagement partners and senior management.
- Performed analytical procedures on various financial data to identify trends and develop expectations.
- Selected for summer internship, 1998

## Baker Instrument Company, Fort Collins, CO                      1997-1999
### Accounting Assistant while attending college

- Helped compile financial statements for global manufacturing company with net income over $5.5 million.
- Performed various monthly journal entries and account reconciliations.
- Assisted in preparing for annual audits by regional accounting firm.

---

## Education, Certification

Bachelor of Science, Accounting, Colorado State University, Fort Collins, CO, 1999
Certified Public Accountant, passed exam in November 1999