# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | 8:10CV318 |
| V. | ) ) | |
| JBS USA, LLC, | ) ) | ORDER |
| Defendant. | ) ) | |

Theodore A. Olsen has moved to withdraw as counsel of record for Defendant JBS USA, LLC ("JBS"). (Filing 494.) Upon the representation that JBS will remain represented in this action, the motion to withdraw will be granted.

Accordingly,

**IT IS ORDERED:**

1. Theodore A. Olsen's Motion for Leave to Withdraw (filing 494) is granted.

2. The Clerk of Court shall terminate Mr. Olsen's appearance as counsel for Defendant JBS and shall terminate future notices to Mr. Olsen in this matter.

**DATED May 30, 2013.**

> BY THE COURT:
>
> S/ F.A. Gossett
> **United States Magistrate Judge**