# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br><br>   Plaintiff,<br><br>   vs.<br><br>**JBS USA, LLC,**<br><br>   Defendant. | **CASE NO. 8:10CV318**<br><br>**JUDGMENT** |

For the reasons stated in the accompanying Memorandum and Order entered this day, as well as the Court's Findings of Fact and Conclusions of Law (Filing No. 516), entered on October 11, 2013,

IT IS ORDERED:

1. The Motion for Certification of Final Judgment on Phase I Proceedings (Filing No. 531), filed by the Defendant JBS USA, LLC, is granted; and

2. Judgment is entered in Phase I of this matter (as defined by the parties' bifurcation agreement at Filing No. 76-1) in favor of Defendant JBS USA, LLC f/k/a JBS Swift & Co. a/k/a Swift Beef Company, and against Plaintiff Equal Employment Opportunity Commission.

Dated this 27th day of January, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge