IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>ABDI MOHAMED, et al.,<br><br>Plaintiff/Intervenors,<br><br>FARHAN ABDI, et al.,<br><br>Plaintiff/Intervenors,<br><br>V.<br><br>JBS USA, LLC, f/k/a JBS SWIFT & CO., a/k/a SWIFT BEEF COMPANY,<br><br>Defendant. | Case No. 8:10CV00318<br><br>ORDER |

This matter is before the Court on Barbara Seely's Motion to Withdraw as counsel for Plaintiff Equal Employment Opportunity Commission ("EEOC"). (Filing 562.) Upon the representation that the EEOC will remain represented in this matter, the motion will be granted.

**IT IS ORDERED:**

1. The Motion to Withdraw (filing 562) is granted.

2. The Clerk of Court shall terminate Barbara Seely's appearance as counsel of record for the EEOC and shall terminate future notices to Ms. Seely in this matter.

DATED June 3, 2014.

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge