## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**

                    **Plaintiff,**

        **vs.**

**JBS USA, LLC,**

                    **Defendant.**

**CASE NO. 8:10CV318**

**ORDER**

This matter is before the Court following the Judgment (Filing No. 560) and Mandate (Filing No. 561) from the United States Court of Appeals for the Eighth Circuit. On May 29, 2014, this Court entered an Order staying this case pending appeal (Filing No. 559). The parties jointly dismissed their appeal, and the stay is no longer necessary. Accordingly,

IT IS ORDERED: The stay entered in this case on May 29, 2014 (Filing No. 559), is lifted.

Dated this 24th day of June, 2014.

                                        BY THE COURT:

                                        s/Laurie Smith Camp
                                        Chief United States District Judge