IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>JBS USA, LLC,<br><br>    Defendant. | **8:10CV318**<br><br>**ORDER** |

On November 11, 2013 Defendant JBS USA, LLC filed a Bill of Costs seeking $105,947.77 in taxable costs from Plaintiff EEOC, (Filing No. 526). The undersigned taxation clerk issued an order stating the Bill of Costs would not addressed until the motions pending at that time were resolved, (Filing No. 530). Those motions have been ruled upon and the Office of the Clerk is ready to proceed with consideration of the Bill of Costs filed by Defendant.

The EEOC shall have fourteen (14) days from the date of this order to file a response to Defendant's request for the taxation of costs (absent a response the clerk will tax costs). Defendant shall have seven (7) days following the filing of a response to file a reply. Costs will be taxed in accordance with the court's Bill of Costs Handbook available on the court's Web site.

Dated this 25th day of June, 2014.

                OFFICE OF THE CLERK:

                *s/ Bren H. Chambers*
                Deputy Clerk