IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA
OMAHA DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | Case No. 8:10CV00318 |
| **Plaintiff,** | ) ) | |
| ABDI MOHAMED, et al., | ) ) | |
| **Plaintiff/Intervenors,** | ) ) ) | ORDER |
| FARHAN ABDI, et al., | ) ) | |
| **Plaintiff/Intervenors,** | ) ) ) | |
| JBS USA, LLC, f/k/a JBS SWIFT & CO., a/k/a SWIFT BEEF COMPANY, | ) ) ) | |
| **Defendant.** | ) | |

Counsel appeared telephonically on August 7, 2014, at 10:00 a.m. for a Rule 16 Planning Conference to discuss progression of Phase II of the case. The parties advised the Court that they are in settlement discussions and asked that case progression be further stayed. Counsel for Plaintiff EEOC and Intervenors ("Plaintiffs") requested that the Planning Conference be held on October 14, 2014, and that responses to Defendant's Bill of Costs (Filing No. 526) and Motion for Partial Summary Judgment (Filing No. 569) be due by October 14, 2014.

Upon good cause shown, case progression is stayed until October 14, 2014. The Planning Conference is continued to October 14, 2014, at 11:00 AM (CST) before Magistrate Judge F.A. Gossett, to be held by conference call initiated by counsel for Plaintiff EEOC. The response of Plaintiff EEOC to the Bill of Costs and the response of Plaintiffs to the Motion for Partial Summary Judgment are due no later than October 14, 2014.

**IT IS SO ORDERED.**

**DATED August 18, 2014.**

                                        **BY THE COURT:**

                                        **S/ F.A. Gossett**
                                        **United States Magistrate Judge**