IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** ) ) ) | Case No. 8:10CV00318 |
| **Plaintiff,** ) ) ) | **ORDER** |
| **ABDI MOHAMED, et al.,** ) ) | |
| **Plaintiff/Intervenors,** ) ) ) ) | |
| **FARHAN ABDI, et al.,** ) ) | |
| **Plaintiff/Intervenors,** ) ) | |
| **V.** ) ) ) ) ) | |
| **JBS USA, LLC, f/k/a JBS SWIFT & CO., a/k/a SWIFT BEEF COMPANY,** ) ) ) | |
| **Defendant.** ) | |

    Plaintiffs have filed a motion requesting a settlement conference. ([Filing 575](.)) The motion will be denied. A settlement conference would not be useful in resolving this action unless each party voluntarily agrees to participate. It does not appear that Defendant is willing to do so.

    If the parties want to engage in further mediation using a private mediator, they may do so. However, case progression will not be stayed past the October 14, 2014 deadline previously imposed by the Court.

    **IT IS ORDERED** that Plaintiffs' Joint Motion for Settlement Conference ([filing 575](.)) is denied.

    DATED August 25, 2014.

                                                  **BY THE COURT:**

                                                 S/ F.A. Gossett
                                                 **United States Magistrate Judge**