IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | 8:10CV318 |
| V. | ) ) | |
| JBS USA, LLC, | ) ) | ORDER |
| Defendant. | ) ) ) | |

This matter is before the Court upon the motions of the law firm Vincent Powers & Associates (the "Firm") to withdraw as counsel for fifty-five intervenors in this case. (Filings 599 & 600.)  In support of its motions, the Firm states that "there has been a difference in litigation strategy" with respect to six of the intervenors (filing 599), and that "there have been communication difficulties that have hindered the movants' ability to adequately represent" forty-nine other intervenors.  (Filing 600.)

The Court is without sufficient information to determine whether the Firm should be permitted to withdraw at this time.  In particular, it is unclear as to what sort of "communication difficulties" have arisen that has made further representation impossible, or what strategy disputes prevent representation.

Accordingly,

**IT IS ORDERED** that the Firm's motions to withdraw as counsel (Filings 599 & 600) are denied without prejudice to reassertion.  If appropriate, the Firm may file a renewed motion to withdraw (including evidentiary materials) under seal to support any such motion.

**DATED January 16, 2015.**

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge