IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | 8:10CV318 |
| V. | ) ) | |
| JBS USA, LLC, | ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court on the Renewed Motion to Withdraw as Counsel filed by the law firm Vincent Powers & Associates (the "Firm") (Filing 607.) The Firm wishes to withdraw as counsel for certain intervenors because communication difficulties, as well as differences in legal strategy, have hindered its ability to adequately represent those intervenors. Having considered the matter, the motion to withdraw is granted.

**IT IS ORDERED:**

1. The law firm of Vincent Powers & Associates is granted leave to withdraw as counsel for the following intervenors:

| | |
|---|---|
| Asha Abdi | Fadumo Abdi |
| Halimo Abdullahi | Ifra Abdullahi |
| Abdiwali H. Adan | Abdulkadir A. Adan |
| Abdisalaan Ahmed | Farhiya O. Ahmed |
| Leyla Ahmed | Muhubo A. Ahmed |
| Abdirisaak Ali | Barlin Ali |
| Kaltun Ali | Mohamud Ali |
| Abdirahman Diriye | Astur Egal |
| Mohamed Elmi | Abdisamad a. Farah |
| Fartun Farah | Ayan Geedi |
| Sainab Gurhan | Abdulahi Hashi |
| Amina Hassa | Asha Hussein |
| Rahma Hussein | Amina Hussien |
| Habsa Ibrahim | Fowsiya Ibrahmim |
| Mustafa Jama | Ahmed Jibril |

| | |
|---|---|
| Abdi Mohamed | Ahmed Mohamed |
| Dhoofo Mohamed | Hawo Mohamed |
| Muna Mohamed | Naima Mohamed |
| Ayan Mohamud | Faysal Mohamud |
| Sahra Mohamud | Nimo Musse |
| Sahara Noor | Said Nuuh |
| Khadro Osman | Ahmed Query |
| Abdirizak Sahal | Hawo Sharif |
| Abdullahi Sheekh | Abdifatah Warsame |
| Abdulaziz Warsame | Abdiaziz Yusuf |
| Ahmed Hassen Yusuf | Jama A. Yusuf |
| Maryan Yusuf | Maymun Yusuf |

2. The Firm shall immediately mail copies of this Order, by certified mail, to the above-referenced intervenors. The Firm shall also provide said intervenors, by certified mail, a letter notifying them that the Firm will no longer be representing them in this action, and detailing the overall status of this case. The Firm shall transcribe these documents into Somali before sending them to any non-english speaking intervenor. The Firm will not be relieved of applicable duties to the Court, those intervenors and opposing counsel until proof of service is filed showing compliance with this Order, and listing the names and addresses of the persons to whom the documents were sent.

3. Upon the filing of proof of service pursuant to Paragraph 2 of this Order, the listed intervenors will be deemed to be proceeding *pro se*, that is, without the assistance of counsel, unless substitute counsel has entered a written appearance on their behalf. If substitute counsel has not entered a written appearance, each intervenor shall file a written notice with the Clerk of the Court of his/her current address and telephone number within fourteen business days of being served with this Order. Any intervenor may retain substitute counsel at any time, however, until such time as substitute counsel enters a written appearance, the intervenor shall comply with all orders of this Court, the Federal Rules of Civil Procedure, and the Local Rules of Practice. Failure to comply with these requirements may result in the imposition of sanctions, including payment of costs and attorney's fees and/or the entry of default.

4. Upon the Firm's submission of proof of service as described in Paragraph 2 of this Order, the Clerk of Court shall terminate the Firm's appearance as counsel for the named intervenors.

**DATED February 3, 2015.**

        **BY THE COURT:**

        **S/ F.A. Gossett**
        **United States Magistrate Judge**