IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | 8:10CV318 |
| V. | ) ) | |
| JBS USA, LLC, | ) ) | ORDER |
| Defendant. | ) ) ) | |

On January 28, 2015, Chief District Court Judge Laurie Smith Camp entered an order granting Defendant's Motion for Partial Summary Judgment, in part, and dismissing certain other claims. ([Filing 611](#).) A planning conference is scheduled with the undersigned on March 6, 2015. By or before February 27, 2015, the parties shall provide the Court with a joint status report, detailing the impact, if any, that Judge Smith Camp's ruling will have on the progression of this case.

**IT IS SO ORDERED.**

**DATED February 4, 2015.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**