IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | 8:10CV318 |
| V. | ) ) | |
| JBS USA, LLC, | ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court on the EEOC's Motion to Alter Dates (filing 633). Upon consultation with the parties, the EEOC's motion is granted as follows:

1. Plaintiffs shall disclose expert witnesses by May 15, 2015. Defendant shall disclose expert witnesses by June 15, 2015.

2. Plaintiffs shall serve expert reports by June 15, 2015. Defendant shall serve expert reports by July 15, 2015.

3. Rebuttal expert reports shall be served by August 1, 2015.

4. Parties shall complete depositions of the selected claimants, as well as depositions of fact and expert witnesses, by August 14, 2015.

**IT IS SO ORDERED.**

**DATED March 9, 2015.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**