IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | Case No. 8:10CV318 |
| Plaintiff, | ) ) | |
| ABDI MOHAMED, et al., | ) ) | |
| Plaintiff-Intervenors, | ) ) | ORDER |
| FARHAN ABDI, et al., | ) ) | |
| Plaintiff-Intervenors, | ) ) | |
| vs. | ) ) | |
| JBS USA, LLC f/k/a JBS SWIFT & CO., a/k/a SWIFT BEEF COMPANY, | ) ) ) | |
| Defendant. | ) | |

This matter came before the court for a status conference to discuss the parties' positions regarding progression of Phase II of the case. Counsel appeared telephonically: Andrea Baran and Peter Laura represented EEOC, Vince Powers and Kathleen Neary represented the Mohamed intervenor-plaintiffs, Rabya Khan represented the Abdi intervenor-plaintiffs, and Heather Vickles and Walter Siebert represented the defendant. After hearing the parties' positions,

**IT IS ORDERED:**

1. If agreement is reached, the parties will, **on or before April 10, 2015,** file a joint proposal for plaintiffs' groupings and proposed case progression.

2. If agreement is not reached, the parties will file their individual proposals for plaintiffs' groupings and proposed case progression **on or before April 10, 2015**.

Dated this 26th day of March 2015.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge