IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT** <br> **OPPORTUNITY COMMISSION,** | ) <br> ) <br> ) | |
| **Plaintiff,** | ) <br> ) | 8:10CV318 |
| **V.** | ) <br> ) | |
| **JBS USA, LLC,** | ) <br> ) | **ORDER** |
| **Defendant.** | ) <br> ) | |

This matter is before the Court on Rebecca Stith's Motion to Withdraw as Counsel for Plaintiff Equal Employment Opportunity Commission (the "EEOC"). (Filing 669.) Upon the representation that the EEOC will continue to be represented in this action, the motion will be granted.

Accordingly,

1. Rebecca Stith's Motion to Withdraw (filing 669) is granted.

2. The Clerk of Court shall terminate Rebecca Stith's appearance as counsel for the EEOC and shall terminate future notices to her in this action.

**DATED May 12, 2015.**

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge