IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 8:10cv318 |
| ABDI MOHAMED, et al., | ) ) | |
| Plaintiff/Intervenors, and | ) ) | |
| FARHAN ABDI, et al., | ) ) | ORDER |
| Plaintiff/Intervenors, | ) ) | |
| vs. | ) ) | |
| JBS USA, LLC, f/k/a JBS SWIFT & CO., a/k/a SWIFT BEEF COMPANY, | ) ) ) | |
| Defendant. | ) | |

This matter is before the court on the Plaintiff EEOC's Motion to Quash and for Protective Order Regarding Defendant's Subpoenas for Employment and Job Application Records of Abdiaziz Jama and Brief in Support (#683). Plaintiff EEOC's motion is granted and the subject subpoenas are quashed.

On June 24, 2015, Plaintiff EEOC moved the court to Quash defendant JBS USA's Subpoenas to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action. Because the subject subpoenas command action on June 26, 2015, at 9:00 A.M., and the plaintiff EEOC's motion was filed on June 24, sufficient time is not allowed for a response from JBS USA. Therefore,

**IT IS ORDERED:**

Plaintiff EEOC's Motion to Quash and for Protective Order Regarding Defendant's Subpoenas for Employment and Job Application Records of Abdiaziz Jama and Brief in

Support (#683) is granted, without prejudice to JBS USA re-filing the third-party subpoenas, along with their response to the issues raised by the EEOC in Plaintiff EEOC's Objections to Defendant's Subpoenas for Employment and Application Records of Abdiaziz Jama (#683-6).

Dated this 25th day of June 2015.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge