# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>ABDI MOHAMED, et al.,<br><br>Plaintiff/Intervenors, and<br><br>FARHAN ABDI, et al.,<br><br>Plaintiff/Intervenors,<br><br>v.<br><br>JBS USA, LLC f/k/a JBS SWIFT & CO., a/k/a SWIFT BEEF COMPANY,<br><br>Defendant. | Case No. 8:10cv318<br><br>**ORDER AMENDING DEADLINES** |

This matter is before the Court on the parties' Joint Motion to Extend Deadlines Relating to Experts, Discovery and Dispositive Motions (filing 699). The Court having reviewed the file and being fully advised, grants the Joint Motion as follows:

**IT IS ORDERED:**

1. Defendant shall serve the expert report of Jory Laine and Plaintiffs shall serve the amended expert report of Sovan Tun by **August 14, 2015**.

2. Rebuttal expert reports shall be served by **August 31, 2015**.

3. Parties shall complete all depositions of fact and expert witnesses by **September 30, 2015**.

4. Dispositive motions shall be filed by **October 30, 2015**.

EMPLOY/1222161.1

5. Other stipulations and Orders which are not in conflict with the provisions of this Order shall remain in effect and govern the progression of Phase II.

**DATED this 17th day of July, 2015.**

**BY THE COURT:**

**s/ F.A. Gossett, III**
**United States Magistrate Judge**