# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | 8:10CV318 |
| V. | ) ) ) | |
| JBS USA, LLC, | ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court on the Motion to Withdraw as Counsel filed by Council on American-Islamic Relations ("CAIR-Chicago"). (Filing 708.) CAIR-Chicago wishes to withdraw as counsel for certain intervenors because communication difficulties have hindered its ability to adequately represent those intervenors. Having considered the matter, the motion to withdraw is granted.

**IT IS ORDERED:**

1. CAIR-Chicago is granted leave to withdraw as counsel for the following intervenors:

    (a) Asli Abdille Abdullahi (f/k/s Ambiya Roble);
    (b) Said Adoow;
    (c) Noor Ahmed;
    (d) Ahmed Farah Ali;
    (e) Ayan Ali;
    (f) Rashid Yusuf Hundule;
    (g) Abdirisak Adan Abdulahi (f/k/a/ Hussein Hussein);
    (h) Adbulkadir Jama;
    (i) Mohamed Jama;
    (j) Abdalle Hassan Mahamud;
    (k) Hanad Mohammed;
    (l) Yusuf Hassan Mohamud (f/k/a/ Abdalle Ali Mohamud);
    (m) Astur Mur;
    (n) Warsame Nur;
    (o) Ali Abdi Hakim Said; and
    (p) Abdulqani Yusuf

2. CAIR-Chicago shall immediately mail copies of this Order, by certified mail, to the above-referenced intervenors. CAIR-Chicago shall also provide said intervenors, by certified mail, a letter notifying them that it will no longer be representing them in this action, and detailing the overall status of this case. CAIR-Chicago shall transcribe these documents into Somali before sending them to any non-english speaking intervenor. CAIR-Chicago will not be relieved of applicable duties to the Court, those intervenors and opposing counsel until proof of service is filed showing compliance with this Order, and listing the names and addresses of the persons to whom the documents were sent.

3. Upon the filing of proof of service pursuant to Paragraph 2 of this Order, the listed intervenors will be deemed to be proceeding *pro se*, that is, without the assistance of counsel, unless substitute counsel has entered a written appearance on their behalf. If substitute counsel has not entered a written appearance, each intervenor shall file a written notice with the Clerk of the Court of his/her current address and telephone number within fourteen business days of being served with this Order. Any intervenor may retain substitute counsel at any time, however, until such time as substitute counsel enters a written appearance, the intervenor shall comply with all orders of this Court, the Federal Rules of Civil Procedure, and the Local Rules of Practice. Failure to comply with these requirements may result in the imposition of sanctions, including payment of costs and attorney's fees and/or the entry of default.

4. Upon CAIR-Chicago's submission of proof of service as described in Paragraph 2 of this Order, the Clerk of Court shall terminate its appearance as counsel for the named intervenors.

**DATED July 28, 2015.**

                                      **BY THE COURT:**

                                      **S/ F.A. Gossett**
                                      **United States Magistrate Judge**