# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>ABDI MOHAMED, et al.,<br><br>    Plaintiff/Intervenors, and<br><br>FARHAN ABDI, et al.,<br><br>    Plaintiff/Intervenors,<br><br>  v.<br><br>JBS USA, LLC f/k/a JBS SWIFT & CO., a/k/a SWIFT BEEF COMPANY,<br><br>    Defendant. | Civil Action No. 10-318<br><br><br><br>**ORDER** |

This matter is before the Court on the parties' Joint Motion to Extend Expert Deadlines (Filing 718), and the Court having reviewed the file and being fully advised, the Joint Motion is granted as follows:

1. Defendant shall serve the expert report of Jory Laine by August 31, 2015.

2. Rebuttal expert reports shall be served by September 15, 2015.

**IT IS SO ORDERED.**

    **DATED August 17, 2015.**

                                      **BY THE COURT:**

                                      **S/ F.A. Gossett, III**
                                      **United States Magistrate Judge**