# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT** | ) | |
| **OPPORTUNITY COMMISSION,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV318 |
| | ) | |
| V. | ) | |
| | ) | |
| **JBS USA, LLC,** | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the Court on Nicholas Pladson's Motion to Withdraw as attorney for Plaintiff Equal Employment Opportunity Commission ("EEOC"). (Filing 737.) Upon the representation that the EEOC will remain represented in this action, the Motion to Withdraw will be granted.

Accordingly,

**IT IS ORDERED:**

1. Nicholas Pladson's Motion to Withdraw (filing 737) is granted.

2. The Clerk of Court shall terminate Mr. Pladson's appearance as counsel for the EEOC and shall terminate future notices to him in this matter.

**DATED September 10, 2015.**

                                              **BY THE COURT:**

                                              **S/ F.A. Gossett**
                                              **United States Magistrate Judge**