# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br><br>Plaintiff,<br><br>**ABDI MOHAMED, et al.,**<br><br>Plaintiff/Intervenors, and<br><br>**FARHAN ABDI, et al.,**<br><br>Plaintiff/Intervenors,<br><br>v.<br><br>**JBS USA, LLC f/k/a JBS SWIFT & CO., a/k/a SWIFT BEEF COMPANY,**<br><br>Defendant. | Civil Action Case No. 10CV318<br><br><br>**ORDER** |

This matter is before the Court on the Parties' Joint Motion To Extend Deposition and Dispositive Motion Deadlines and Reset Trial Date (filing 755). The Motion is granted.

1. The Parties shall have until November 30, 2015 to complete depositions and dispositive motions must be filed by December 30, 2015.

2. The Final Pretrial Conference with the undersigned is set for Monday, May 23, 2016 at 9:30 A.M., in chambers, 111 S. 18th Plaza, Suite 2210, Roman L. Hruska United States Courthouse, Omaha, Nebraska.

3. Trial is scheduled to commence the week of June 21, 2016, before Chief District Court Judge Laurie Smith Camp.

**IT IS SO ORDERED.**

**DATED October 9, 2015.**

        **BY THE COURT:**

        **S/ F.A. Gossett**
        **United States Magistrate Judge**