# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | 8:10CV318 |
| V. | ) ) | |
| JBS USA, LLC, | ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court on the Motion to Withdraw as Counsel filed by Rabya Khan. (Filing 771.) Kahn wishes to withdraw as counsel for certain Plaintiff Intervenors because she is leaving her employment at CAIR-Chicago. Upon the representation that these parties will remain represented in this matter, the Motion to Withdraw will be granted.

**IT IS ORDERED:**

1. The Motion to Withdraw (filing 771) is granted. Rabya Kahn is granted leave to withdraw as counsel for the following:

   Bashir Abdi
   Farhan Abdi
   Rahma Mohamed Abdi
   Saynab Abdirahman
   Abdirizaq Abdulle
   Ahmed Adam
   Mohamed Adan
   Said Ali Ahmed
   Sugule Ahmed
   Yasin Ahmed
   Sahra Botan
   Mohamed Dhadin
   Yusuf Dulane
   Amina Farah

        Farah Farah
        Saynab Farah
        Hassan Gabow
        Amina Gelle
        Abdikhadar Hassan
        Mohammed Isak
        Mohammed Isman
        Musa Abdalla Mohamed
        Nimo Mohamed
        Omar Mohamed
        Hawa Mohamud
        Abdighani Muse
        Asha Maryan Muse
        Mukhtar Omar
        Ayan Osman
        Abdirashid Ahmed Shire
        Hodan Sirad and
        Abdirahman Yusuf.

2.     The Clerk of Court shall terminate Rabya Kahn's appearance as counsel for these parties and shall terminate future notices to Rabya Kahn in this matter.

**DATED October 27, 2015.**

                                      **BY THE COURT:**

                                      S/ F.A. Gossett
                                      **United States Magistrate Judge**