# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) ) | CASE NO. 8:10CV318 |
| ABDI MOHAMED, et al., | ) ) ) | |
| Plaintiff/Intervenors, | ) ) | **REVISED PROGRESSION ORDER** |
| FARHAN ABDI, et al., | ) ) ) | |
| vs. | ) ) ) | |
| JBS USA, LLC, f/k/a JBS SWIFT & CO., a/k/a SWIFT BEEF COMPANY, | ) ) ) | |
| Defendant. | ) | |

This matter is before the Court on the parties' Joint Motion to Revise Initial Progression of Phase II ([filing 806](filing 806)). The Joint Motion is granted.

Accordingly,

**IT IS ORDERED:**

1. On or before February 19, 2016, Plaintiffs shall file their response to Defendant's Phase II Motion for Summary Judgment ([filing 791](filing 791)) ("Motion").

2. On or before March 14, 2016, Defendant shall file its reply in support of its Motion.

3. Following the Court's ruling on Defendant's Motion, any and all remaining claims asserted by or on behalf of two (2) of the four (4) selected Group B claimants shall be tried to a single jury. Within ten (10) days after the Court's ruling on

Defendant's Motion, Plaintiffs shall select one (1) claimant of the four (4) Group B claimants for trial. Within seven (7) days of the Plaintiffs' selection, Defendant shall select one (1) claimant from the four (4) Group B claimants for trial.

4. The parties shall have thirty (30) days following the date of the Court's ruling on Defendant's Motion to confer regarding settlement of any and all remaining claims asserted by or on behalf of two (2) of the four (4) selected Group B claimants, and if the parties deem it worthwhile, to schedule and conduct a settlement conference with the undersigned Magistrate or schedule a private mediation.

5. The Final Pretrial Conference will be held before the undersigned on August 22, 2016, at 10:00 a.m., in chambers, 111 S. 18th Plaza, Suite 2210, Roman L. Hruska United States Courthouse, Omaha, Nebraska.

6. An eight day jury trial before Chief District Judge Laurie Smith Camp will commence on Tuesday, September 20, 2016, at 9:00 a.m.

**DATED February 9, 2016.**

                                        **BY THE COURT**

                                        **S/F.A. Gossett**
                                        **United States Magistrate Judge**