## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) | |
| Plaintiff, ) ) | Case No. 8:10cv318 |
| ABDI MOHAMED, et al., ) ) | |
| Plaintiffs/Intervenors, ) ) | |
| FARHAN ABDI, et al., ) ) | ORDER |
| Plaintiffs/Intervenors, ) ) | |
| vs. ) ) | |
| JBS, USA, LLC, ) ) | |
| Defendant. ) | |

This case came before the court for the scheduled pretrial conference. Counsel appeared by telephone: Jennifer Arendes and Dayna Deck represented EEOC; Vince Powers, Kathleen Neary, and Phil Robertson represented the Intervenor plaintiffs; Heather Vickles and Kelly Robinson represented defendant JBS USA. Discussion was held concerning the Memorandum and Order issued on August 19, 2016, by Chief Judge Laurie Smith Camp and the jury trial schedule for September 20, 2016.

**IT IS ORDERED:**

1. The jury trial before Chief Judge Laurie Smith Camp set to begin on **September 20, 2016**, is cancelled.

2. A status conference will be held on **Thursday, September 22, 2016, at 10:00 A.M. (Central Time)**. Counsel for EEOC will make the call arrangements for the conference participants.

Dated this 22nd day of August 2016.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge