# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>                **Plaintiff,**<br><br>ABDI MOHAMED, et al.,<br><br>                **Plaintiffs/Intervenors,**<br><br>FARHAN ABDI, et al.,<br><br>                **Plaintiffs/Intervenors,**<br><br>    vs.<br><br>JBS USA, LLC,<br><br>                **Defendant.** | **8:10CV318**<br><br>**JUDGMENT** |

In accordance with the Court's Memorandum and Order of August 19, 2016 (Filing No. 861), and the accompanying Memorandum and Order,

IT IS ORDERED:

1. The Motion for Summary Judgment (Filing No. 791) is granted;

2. The Motion for Additional Findings and to Amend Judgment, and for Entry of Final Judgment (Filing No. 864) filed by Defendant JBS USA, LLC, is granted;

3. The EEOC's claims on behalf of all claimants asserted in the EEOC's Third Amended Complaint (Filing No. 723), are dismissed, with prejudice;

4. The claims of the First Intervenors asserted in their Third Amended Complaint (Abdi Mohamed, *et al.*) (Filing No. 721), are dismissed, with prejudice; and

2

5. Judgment is entered in Phase II of this matter (as defined by the parties' bifurcation agreement a Filing No. 76-1) in favor of Defendant JBS USA, LLC and against Plaintiff Equal Employment Opportunity Commission and Plaintiff-Intervenors Abdi Mohamed, et al.

Dated this 21st day of September, 2016.

                BY THE COURT:

                s/Laurie Smith Camp
                Chief United States District Judge