# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) | Case No. 8:10cv318 |
| Plaintiff, ) ) | |
| FARHAN ABDI, et al., ) ) | AMENDED ORDER FOR PROGRESSION OF CASE |
| Plaintiffs/Intervenors, ) ) | |
| v. ) ) | |
| JBS USA, LLC, ) ) | |
| Defendant. ) | |

This case is before the court on the Joint Motion to Amend Order for Progression of Case (#891). The motion will be granted.

**IT IS ORDERED:**

1. The deadline for Plaintiffs' verified supplemental Rule 26(a)(1) disclosures, verified supplemental discovery responses, and responses for interrogatories and requests for production served January 22, 2017, is extended to **March 2, 2017.**

2. The deadline for Fed. R. Civ. P. 26(a)(2) expert disclosures is extended to **April 28, 2017.**

3. The deadline for rebuttal expert disclosures is extended to **May 31, 2017.**

4. The deadline for completion of depositions is extended to **June 15, 2017.**

5. The deadline for dispositive motions is extended to **July 17, 2017.**

6. The planning conference remains scheduled for **Friday, September 29, 2017, at 9:30 A.M. (CST)** for the purpose of review and setting the case for trial. Plaintiffs' counsel shall initial the call.

7. All requests for changes of deadlines established by this order shall be directed to the magistrate judge by appropriate motion.

DATED this 1st day of March 2017.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge