## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| **ABDI MOHAMED, ET AL.,** | ) ) | |
| **Plaintiffs/Intervenors,** | ) ) | **8:10CV318** |
| **FARHAN ABDI, ET AL.,** | ) ) | **ORDER** |
| **Plaintiffs/Intervenors,** | ) ) ) | |
| **v.** | ) ) | |
| **JBS USA, LLC,** | ) ) | |
| **Defendant.** | ) | |

    This matter comes before the court on the Motion to Withdraw as Counsel for Certain Farhan Abdi, et al. Plaintiff-Intervenors (Filing No. 893) filed by Phillip J. Robertson at CAIR-Chicago.

    In support of this motion, Mr. Robertson states CAIR-Chicago has attempted to contact certain plaintiff-intervenors for the past several months through mailings at their last known addresses, and/or phone calls to their last known phone numbers to obtain their current mailing address or an e-mail address, with no responses. Additionally, CAIR-Chicago has attempted to communicate with these plaintiff-intervenors regarding discovery requests that were propounded by Defendant in January 2017. The requests were mailed to all of the plaintiff-intervenors several weeks ago, but after repeated phone calls and messages, CAIR-Chicago has not received any discovery responses in return. Due to these plaintiff-intervenors' failures to maintain contact and to respond to counsel's

communications, Mr. Robertson and CAIR-Chicago request leave to withdraw as attorney of record for the following plaintiff-intervenors: 1) Farah M. Farah (f/k/a Hassan Duwane); 2) Nimo Mohamed; 3) Farhan Abdi; 4) Rahma Mohamed Abdi; 5) Abdirizaq Abdulle; 6) Said Ali Ahmed; 7) Yasin Ahmed; 8) Yusuf Dulane; 9) Amina Farah; 10) Saynab Farah; 11) Amina Gelle; 12) Abdighani Muse; and 13) Mukhtar Omar.  CAIR-Chicago sent a letter in English and Somali via Certified Mail on March 6, 2017, to each of the thirteen above-named individuals informing them of this Motion to Withdraw, together with a copy of the Motion.  Under these circumstances, the court finds the motion to withdraw should be granted.  Accordingly,

**IT IS ORDERED:**

1. The Motion to Withdraw as Counsel for Certain Farhan Abdi, et al. Plaintiff-Intervenors ([Filing No. 893](#)) is granted.

2. CAIR-Chicago shall immediately serve copies of this Order on 1) Farah M. Farah (f/k/a Hassan Duwane); 2) Nimo Mohamed; 3) Farhan Abdi; 4) Rahma Mohamed Abdi; 5) Abdirizaq Abdulle; 6) Said Ali Ahmed; 7) Yasin Ahmed; 8) Yusuf Dulane; 9) Amina Farah; 10) Saynab Farah; 11) Amina Gelle; 12) Abdighani Muse; and 13) Mukhtar Omar, and thereafter file proof of service showing compliance with this Order, listing the name and address of the person to whom notice was sent.  CAIR-Chicago and Mr. Robertson will not be relieved of applicable duties to the Court, the above-named plaintiff-intervenors, and opposing counsel, until proof of service is filed.

3. Upon the filing of proof of service pursuant to Paragraph 2 of this Order, the plaintiff-intervenors named in Paragraph 2 will be deemed to be proceeding pro se, that is, without the assistance of counsel, unless substitute counsel has entered a written appearance on her behalf.  If substitute counsel has not entered a written appearance, the above-named plaintiff-intervenors shall each file a written notice with the Clerk of the

Court of their current address and telephone number within five (5) business days of being served with this Order. The above-named plaintiff-intervenors may retain substitute counsel at any time. However, until such time as substitute counsel enters a written appearance, the plaintiff-intervenors shall comply with all orders of this Court, the Federal Rules of Civil Procedure, and the Local Rules of Practice. Failure to comply with these requirements may result in the imposition of sanctions, including payment of costs and attorney's fees and/or the entry of default.

4. Upon CAIR-Chicago's submission of proof of service as described in Paragraph 2 of this Order, the Clerk of Court shall terminate Mr. Robertson and CAIR-Chicago's appearance as counsel for the plaintiff-intervenors named in Paragraph 2.

**DATED: March 7, 2017.**

        **BY THE COURT:**

        **s/ F.A. Gossett, III**
        **United States Magistrate Judge**